# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION
## CASE NUMBER:

ISLAND ROOFING & RESTORATION
A/A/O ENCLAVE AT NAPLES CONDOMINIUM
ASSOCIATION, INC.,

     PLAINTIFF,

VS.

EMPIRE INDEMNITY INSURANCE COMPANY,

     DEFENDANT.

_____/

## PETITION FOR DECLARATORY JUDGMENT & BREACH OF CONTRACT

Plaintiff, ISLAND ROOFING & RESTORATION a/a/o ENCLAVE AT NAPLES CONDOMINIUM ASSOCIATION, INC. (hereinafter "ISLAND ROOFING") files this Petition for Declaratory Judgment and for Breach of Contract against EMPIRE INDEMNITY INSURANCE COMPANY (hereinafter "EMPIRE") and alleges:

### GENERAL ALLEGATIONS

1.    This Court has original jurisdiction over this civil action under 28 USC §1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of value of Seventy-Five Thousand Dollars and Zero Cents ($75,000.00). Additionally, this is an action pursuant to the Federal Declaratory Judgment Act, 28 USC § 2201(a), seeking to declare that the Policy's Appraisal provision, when

compared with other provisions of the Policy required EMPIRE to pay the Appraisal Award in full.

2.  ISLAND ROOFING is a corporation organized within the State of Florida, where its principal address, mailing address and registered agent's address is located in Collier County, Florida. ISLAND ROOFING conducts business, has offices, and/or maintains agents for the transaction of its customary business in Collier County, Florida, and it is otherwise *sui juris*.

3.  Jason Martin and Joshua Martin are the only members of ISLAND ROOFING. Jason Martin and Joshua Martin reside in Collier County, Florida and it is their intention is to remain in Florida for an indefinite amount of time.

4.  EMPIRE is an insurance company that is authorized to and does provide property insurance throughout the State of Florida. EMPIRE conducts business, has offices, and/or maintains agents for the transaction of its customary business in Collier County, Florida, and it is otherwise *sui juris*.

5.  EMPIRE is an Oklahoma corporation engaged in the insurance business with a statutory home office located at Broadway Executive Park 9, 200 NW 66th Street, Suite 965, Oklahoma City, OK 73116 and its principal place of business is located at 1299 Zurich Way, Schaumburg, Illinois 60196. EMPIRE operates as a qualified surplus lines insurer in Florida. Accordingly, EMPIRE is a citizen of Illinois and Oklahoma for purposes of diversity under 28 U.S.C. § 1332(c)(1).

6.    EMPIRE issued a policy of insurance (hereinafter "the Policy") to the Enclave at Naples Condominium Association, Inc. (hereinafter "the Association") which insures numerous buildings located at 1295 Wildwood Lake Blvd., Naples, FL (hereinafter the "Enclave") and which bears policy number ECL-9490173-04. *A true and correct copy of the Policy is attached as* **Exhibit A.**

7.    The Enclave consists of numerous separate buildings including a clubhouse, a pavilion, six (6) carports, and twelve (12) garages.

8.    Within the effective dates of coverage, on September 10, 2017, the Enclave sustained significant damage caused by wind, windstorm, and rain associated with Hurricane Irma ("the Loss"), a covered cause of loss under the Policy.  Specifically, nineteen (19) residential buildings, a clubhouse, a pavilion, six (6) carports, and twelve (12) garages suffered damage as a result of Hurricane Irma.

9.    On September 12, 2017, the Association reported the loss to EMPIRE, for which EMPIRE assigned the loss claim number 5630010470 (hereinafter the "Claim"). EMPIRE also assigned its adjuster, Naya Fithian, to begin its investigation of the Claim.

10.    Although nearly a month passed since the Loss was reported to EMPIRE, EMPIRE did not inspect the property or take any material steps toward a meaningful adjustment of the Loss. Instead, after a conversation with the Association's management company, EMPIRE made the decision to close the file because it did not

believe that the damages to the Enclave exceeded the Policy's applicable deductible.

11.    In seeking to repair the damages to the Enclave, the Association discovered that the damage was far more extensive than originally thought. To assist the Association pursue the Claim, the Association retained Reliant Public Adjusters, Inc. (hereinafter "Reliant"). In turn, on April 12, 2018, Reliant notified EMPIRE of its role in connection of the Claim and requested that the Claim be re-opened.

12.    In response, EMPIRE retained the services of Crawley Adjusting Services (hereinafter "Crawley") who in turn assigned adjuster Dallas Beechum to assist in the adjustment of the Claim. From May 8, 2018 through May 18, 2018 Crawley, along with Reliant and representatives from ISLAND ROOFING conducted inspections of the damaged buildings. Crawley and Mr. Beechum were provided full access to all areas of the property and was never prevented access to any areas of the property.

13.    At all times, Crawley and Mr. Beechum acted as agents of EMPIRE or represented themselves as agents of EMPIRE. Accordingly, EMPIRE is bound by the acts and representations made by Crawley and Mr. Beechum.

14.    During the course of the following two months, EMPIRE continued to communicate with and request additional information from ISLAND ROOFING, Reliant and the Association. EMPIRE was provided with all information requested.

15.    Following Crawley and Mr. Beechum's inspections, it was evident that

EMPIRE'S initial assessment of the Claim was incorrect. On July 18, 2018 EMPIRE conceded coverage and acknowledged that the damage amounted to at least $3,108,904.65; $937,526.65 in excess of the Policy's deductible. EMPIRE tendered payment of what it believed to be Actual Cash Value of the Claim, which included the Association and Reliant as loss payees.

16.    Notwithstanding the July 18, 2018 payment (hereinafter the "July 2018 Payment"), EMPIRE advised the Association and Reliant that although it believed certain elements of the Claim were excluded, it was still evaluating the Claim. On August 18, 2018, EMPIRE once again acknowledged that it failed to properly assess the Claim and issued payment in the amount of $203,723.32 (hereinafter the "August 2018 Payment"). That payment was for the Actual Cash Value of damaged items not included within the July 2018 Payment.

17.    Throughout the next couple of months, the Association and Reliant continued to communicate with and provide EMPIRE with additional information and supporting documents with regard to the Claim. In response, on November 21, 2018, EMPIRE made yet another payment on the Claim in the amount of $153,757.95 (hereinafter the "November 2018 Payment"). That payment was for the Actual Cash Value of damaged items not included within the July 2018 Payment or the August 2018 Payment.

18.    The Association and ISLAND ROOFING entered into a contract for which

ISLAND ROOFING was to make all necessary repairs to the Enclave. As part of the agreement, The Association assigned ISLAND ROOFING "all insurance rights, benefits, and proceeds" under the Policy. The Association further assigned to ISLAND ROOFING "any causes of action" related to the Claim (hereinafter the "Contract"). *A true and correct copy of the Contract is attached hereto as **Exhibit "B".***

19.    ISLAND ROOFING'S estimate was submitted to EMPIRE, but there remained a disagreement as to the amount of the Loss. Notwithstanding, on February 15, 2019, EMPIRE made a third payment in the amount of $717,982.08 (hereinafter the "February 2019 Payment"). The payment was made directly to ISLAND ROOFING and represented payment for the withheld depreciation for repair work that was completed.

20.    On March 13, 2019, EMPIRE, released another payment in the amount of $541,959.77, which was made payable to ISLAND ROOFING (hereinafter the "March 2019 Payment"). The March 2019 payment was another payment of the previously withheld depreciation, which became due and owing because repairs and work continued to be made and completed.

21.    EMPIRE demanded that ISLAND ROOFING submit a Sworn Statement in Proof of Loss. This demand was made on January 18, 2019, during a period in which EMPIRE issued the February 2019 and March 2019 Payments. ISLAND ROOFING complied with EMPIRE'S request, and on March 19, 2019 submitted a Sworn

Statement in Proof of Loss as well as supporting documentation which included photographs and estimates.

22.    After another inspection of the Enclave, which occurred on April 2, 2019, EMPIRE, made a final payment of $1,873,253.18 for what EMPIRE characterized as a payment on a supplemental claim (hereinafter the "April 2019 Payment").

23.    In total, EMPIRE conceded that the Enclave sustained a total of $6,071,607.51 in covered damages. After applying the Policy's deductible, EMPIRE tendered $3,558,413.76 in policy proceeds. Notwithstanding, there still remained a dispute as to the amount of Loss. Accordingly, on August 7, 2019, EMPIRE demanded that the amount of Loss be resolved through appraisal.

24.    The parties proceeded to appraisal, wherein the appraisers for ISLAND ROOFING and EMPIRE appointed Bradley Spradley to serve as the umpire in the event the appraisers were unable to reach an agreement as to the amount of the Loss.

25.    Throughout the course of the next year, the parties attended multiple inspections and exchanged numerous documents in connection with the Claim. Ultimately, on August 11, 2020, Mr. Bradley and Christopher Charles Knapp, ISLAND ROOFING'S designated appraiser, executed an Appraisal of Insurance Claim – Award Form (hereinafter the "Appraisal Award"). *A copy of the Appraisal Award is attached hereto as* **Exhibit "C"**. Attached and incorporated into the

$10,761,515.65 Appraisal Award, is a detailed estimate of the awarded damages, including a detailed description of each line item.

26.    ISLAND ROOFING and the Association have performed all requisite conditions precedent prior to filing this lawsuit. Alternatively, EMPIRE through its and its agents actions and/or representations have otherwise waived any requirement that ISLAND ROOFING or the Association comply with all conditions precedent.

27.    Through correspondence dated September 10, 2020, EMPIRE notified ISLAND ROOFING that "it is EMPIRE'S position that at this time, it does not owe any more than it has paid so far on this claim. In fact, to date, EMPIRE likely has paid more than it owes under the Policy (hereinafter the "Denial Letter")." *See Correspondence dated September 10, 2010 from EMPIRE to ISLAND ROOFING attached hereto as **Exhibit "D"***. To date, EMPIRE has failed to tender any additional policy proceeds in an amount that satisfies the Appraisal Award.

28.    Due to Defendant's refusal to fully indemnify ISLAND ROOFING, ISLAND ROOFING has been required to retain the services of undersigned counsel. Accordingly, pursuant to Florida Statutes § 627.428, §626.9373 and other authority, ISLAND ROOFING is entitled to recover reasonable attorney's fees incurred in connection with the Loss and this Lawsuit.

### COUNT I– PETITION FOR DECLARATORY JUDGMENT
### INTERPRETATION OF REPLACEMENT COST PROVISION

ISLAND ROOFING re-incorporates and re-alleges the allegations contained

within Paragraphs 1 through 28 as if fully set forth within.

29.     There exists a bona fide, actual, present practical need for a declaration. EMPIRE insists that it is not obligated to further indemnify ISLAND ROOFING or the Association for the work completed to the Enclave. Instead, EMPIRE argues that it is not required to issue further payment under its interpretation of the Policy against the backdrop of the Association's Contract with ISLAND ROOFING and the circumstances surrounding the repairs to the damaged property.

30.     In the Denial Letter, EMPIRE concedes that repairs have been performed at the property, and accordingly, the Policy's Replacement Cost coverage provision is triggered. Notwithstanding, EMPIRE contends the Replacement Cost provision is limited to the amounts "actually spent" to repair the property. The Denial Letter references the following provisions of the Policy:

> G.    Option Coverages
>
> If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:
>
> * * *
>
> 3.    Replacement Cost
>
> > a.    Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form
> >
> > * * *
> >
> > d.    We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

e.  We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f.  The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

31.    EMPIRE has taken the position that it has paid more than "the amount actually spent that is necessary to repair or replace the lost or damaged property," and accordingly "does not owe additional amounts." EMPIRE'S explanation is premised on its self-serving interpretation of the Contract that the most the

Association will ever have to pay is its $2,513,193.75 deductible. Therefore, EMPIRE asserts that since the deductible is the only "amount actually spent" by the Association, EMPIRE does not and will not owe anything more than what has already been tendered under the Policy.

32.     If this were reasonable and the ordinary meaning of Florida law, assignment of benefits would be invalidated because the Insureds do not "actually" spend on the Claim, thus contradicting 100 years of common law and an entire legislative scheme that was passed regulating and approving assignment of benefits.

33.     EMPIRE'S interpretation of the Policy's Replacement Cost provision impermissibly distorts and eviscerates the Contract between ISLAND ROOFING and the Association. Article 2 provides that the "Contractor will obtain payment directly from the Insurance Company for monies owed to Contractor in excess of the Insurance deductible." Thus, the parties contemplated that the repairs would exceed the deductible; the floor being $6,853,187.60 as identified in Article 8. Should the Association breach the Contract, it would be liable for that amount, which has since changed and been set by the appraisal amount.

34.     EMPIRE argues that Article 2 of the Contract provides that the most the Association will be responsible for payment is the amount of the Deductible. Article 2 also expressly provides that the amount necessary to repair the property is not limited to the Deductible, but rather acknowledges that ISLAND ROOFING will be

required to "obtain payment directly from [EMPIRE] for monies owed to [ISLAND ROOFING] in excess of the [ ] Deductible."

35.    Article 8 of the Contract estimates that the amount of costs of repairs at the time the Contract was executed were estimated to be $6,853,187.60. Notwithstanding, Addendum "A" also expressly provides contingencies for changes in the original scope and price of work agreed upon, including changes made by ISLAND ROOFING and the Association. Thus, the value of the repairs outlined in the Contract are not full and final and should not serve as the sole basis for amounts owed by EMPIRE under the Policy.

36.    The Policy affords the Association a privilege and a right to be indemnified for damage sustained to the Enclave for a covered loss. For over one hundred years, Florida law has afforded a policy holder the ability to assign their post-loss benefits to a third party. Conversely, those interests are antagonistic and adverse to that of EMPIRE in that EMPIRE is required to fully indemnify the Association and its assignees for a covered loss.

37.    EMPIRE'S interpretation of the Replacement Cost provision disregards the fact that as an assignee, ISLAND ROOFING stands in the shoes of the Association. Thus, the analysis of the "amount actually spent" should not be limited to what the Association spent but should also the amounts awarded to ISLAND ROOFING as a result of the Appraisal Award.

38.     The "amount actually spent" should also not be as narrowly interpreted as EMPIRE maintains. Given that work was performed by ISLAND ROOFING in consideration of an assignment of benefits, the determination of what "amount actually spent" is not applicable to this situation. Rather, the crux of the analysis of what EMPIRE is obligated to pay for this covered Claim is the value of the damaged property and services at issue, which was correctly determine in the Appraisal Award.

39.     Relevant portion of the Policy provide a procedural mechanism in order to determine values of the property or amount of loss when there is a dispute:

**E.     Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

\* \* \*

*As Amended by Endorsement "Florida Changes – Mediation or Appraisal*

**Mediation or Appraisal**

If we and you:

B.     ***Disagree on the value of the property or the amount of loss***, either may request an appraisal of the loss, in writing. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will

> submit their differences to the umpire. A decision agreed
> to by any two will be binding.

(emphasis added).

40.    Clearly, the value of the services are disputed, which is what prompted EMPIRE to invoke the appraisal process. Appraisal is the appropriate mechanism to determine the value of what was actually spent under the circumstances.

41.    Conversely, if an interpretation of the Policy is applied in the manner as EMPIRE insists, it will impermissibly infringe upon a policy holder's right to assign their benefits. Such an interpretation results in a limit of liability when there is an assignment of benefits. Against that backdrop, EMPIRE and other carriers will never be obligated to pay the contractor because the policy holder is only responsible for paying their deductible. Thus, EMPIRE'S interpretation violates public policy and eviscerates the Contract in such a manner that it results in the absurd result of relieving from the obligation to pay a covered Claim.

42.    All antagonistic and adverse interests are before the Court.  Moreover, the relief sought in this lawsuit is not merely seeking legal advice by the Court or to answer questions propounded from curiosity. ISLAND ROOFING is in doubt as to its rights and obligations as set forth within the Policy when compared to its rights under its Contract and Florida law.

WHEREFORE, ISLAND ROOFING respectfully requests this Honorable Court to enter judgement as follows:

(i)    An interpretation of the Policy's Replacement Cost provision surrounding "the amount actually spent," is not limited to just the Association, but also all of its assignees, including ISLAND ROOFING.

(ii)   The determination of "the amount actually spent" is to be made in accordance with the Policy's Appraisal provision.

(iii)  Pursuant to Florida Statutes § 627.428, § 626.9373, and other legal authority, award attorney's fees and costs against Defendant and in favor of ISLAND ROOFING, and;

(iv)   Further relief This Court deems just and proper.

### COUNT II– PETITION FOR DECLARATORY JUDGMENT INTERPRETATION OF THE APPRAISAL PROVISION

ISLAND ROOFING re-incorporates and re-alleges the allegations contained within Paragraphs 1 through 28 as if fully set forth within.

43.    There exists a bona fide, actual, present practical need for a declaration. EMPIRE insists that it is not obligated to further indemnify ISLAND ROOFING or the Association for the work completed to the Enclave. Instead, EMPIRE insists that it is not obligated to pay the Appraisal Award.

44.    It was EMPIRE who demanded that the dispute as to the amount of the loss be resolved through appraisal. Certainly, EMPIRE is aware of what its policy provides:

**Mediation or Appraisal**

If we and you:

B.    Disagree on the value of the property or the amount of loss, either may request an appraisal of the loss, in writing. In this event, each party will select a competent and impartial appraiser. The two

appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. ***A decision agreed to by any two will be binding.***

(emphasis added).

45.     Now, EMPIRE refuses to honor its own demand that the matter be finally resolved through appraisal. It is obvious that EMPIRE is not pleased with the result and has indicated that it rescinds its agreement and has chosen not to comply with the Policy's requirement to be bound by the very proceeding EMPIRE invoked and demanded.

46.     EMPIRE is withholding payment despite the fact that an Appraisal Award was issued. In the Denial Letter EMPIRE states that it "is continuing its investigation of the claim and . . . appraisal through its appraiser." EMPIRE specifically cites the Contract's inclusion of an estimated $6,853,187.60 for repairs, values stated by ISLAND ROOFING when it submitted permits to the building department for the repairs to the Enclave and the fact that the estimate submitted to the appraisal panel exceeded estimates previously provided to EMPIRE.

47.     Although the Policy and law permits EMPIRE the right to contest coverage even when an award is issued, EMPIRE'S basis for withholding payment goes to the amount of the loss in question, not a coverage dispute. Coverage has been

afforded and the only issue that remained has been resolved when the Appraisal Award was determined and issued.

48.    The Policy affords ISLAND ROOFING a privilege and a right to certain finality when an appraisal decision has been made by at least two of the three members of the appraisal panel. Conversely, EMPIRE has refused to be bound by that decision because it believes that it has the right to re-litigate the amount of Loss.

49.    All antagonistic and adverse interests are before the Court.  Moreover, the relief sought in this lawsuit is not merely seeking legal advice by the Court or to answer questions propounded from curiosity. ISLAND ROOFING is in doubt as to its rights and obligations as set forth within the Policy when compared to its rights under its Contract and Florida law.

WHEREFORE, ISLAND ROOFING respectfully requests this Honorable Court to enter judgement as follows:

(i)    An interpretation of the Policy's Appraisal provision surrounding "A decision agreed to by any two will be binding," to mean that EMPIRE his not afforded the right to withhold payment because it believes the Appraisal Award should be "millions less".

(ii)    Pursuant to Florida Statutes § 627.428, § 626.9373, and other legal authority, award attorney's fees and costs against Defendant and in favor of ISLAND ROOFING, and;

(iii)    Further relief This Court deems just and proper.

## COUNT III– BREACH OF CONTRACT

ISLAND ROOFING re-incorporates and re-alleges the allegations contained

within Paragraphs 1 through 18 as if fully set forth within.

50. The Policy's relevant provisions provide the following criteria for which payment becomes due and owing:

> **D**. The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:
>
> Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:
>
> (1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you;
>
> (2) Within 30 days after we receive the sworn proof of loss and:
>
> > (a) There is an entry of a final judgment; or
> >
> > **(b) There is a filing of an appraisal award with us;**
>
> (emphasis added).

51. On March 19, 2019, ISLAND ROOFING provided EMPIRE with a Sworn Statement in Proof of Loss. The parties continued to adjust the Loss. However, after nearly a year of inspections, payments and supplemental claims, it became apparent that there was a disagreement as to the amount of the Loss.

52. Accordingly, on August 7, 2019, EMPIRE demanded appraisal. Thereafter, and in accord with the Policy, each party designated an appraiser, and the respective appraiser appointed an umpire. During the course of the next year, the

appraisal panel met, inspected the Enclave, submitted documents and estimates in support of the Claim.

53.    On August 11, 2020, the Appraisal Award was issued and sent to and filed with EMPIRE. Although thirty days passed since there was a sworn proof of loss submitted and the filing of the Appraisal Award, EMPIRE has failed to fully indemnify and pay ISLAND ROOFING all that is due and owing under the policy. Thus, EMPIRE has breached the Policy.

54.    As a direct consequence of EMPIRE'S breach, ISLAND ROOFING has been damaged.

WHEREFORE, ISLAND ROOFING respectfully request this Honorable Court to enter judgement as follows:

(i).    A monetary award of damages, including pre-judgment interest;
(ii).   Pursuant to Florida Statutes § 627.428, § 626.9373, and other legal authority, an award of costs and attorney's fees;
(iii).  Further relief This Court deems just and proper

### TRIAL BY JURY

ISLAND ROOFING demands a trial by jury on all issues so triable.


Respectfully submitted,

TINELLI FERNANDEZ
2600 South Douglas Road, Suite 302
Coral Gables, Florida 33134
Telephone    (305) 735-3800
Facsimile    (305) 370-6750

By:    /s/ Anthony J. Tinelli
**ANTHONY J. TINELLI**
Florida Bar Number 959901
Tinelli@Tinellilaw.com

**GABRIEL FERNANDEZ**
Florida Bar Number 92374
fernandez@TinelliLaw.com

Empire Indemnity Insurance Company

I hereby certify this is a true and correct copy of the original policy number

_ECC 949 0173.04_ to the best of my belief and knowledge.

Dated _26_ day of _April_ , 20 _18_ .

By _____

Subscribed and sworn before me on the _____ day of _____ , 20 _____.

_____

Notary Public



Enclosed you will find your E-policy.  Please review this document carefully and notify our office immediately should you find any discrepancies or errors.

The enclosed policy now supersedes any Binders previously issued.  Please note that the date and time for delivery of this policy is the date and time you received this email. The sender of this email is your contact person regarding any corrections, if required.

Thank you for allowing Sigma Underwriting Managers to assist you in your insurance needs and we look forward to working with you in the future.

Yours sincerely,

**S**igma **U**nderwriting **M**anagers A Division of Hull & Company, Inc.

Enclosures: E-Policy

Non-Retail Certificate of Insurance Protocol 6/26/2010

## *Non-Retail Certificate of Insurance Protocol*

Dear Agent,

Please review this statement carefully, please refer any questions you may have to Ken Haupert at khaupert@sigmaprograms.com.

If the retail agent issues a certificate of insurance or evidence of insurance it must be according to the terms of this binder and the insurance policy. Any request to change, endorse or modify the terms of this binder or the insurance policy must be submitted in writing to the insurance company for its advanced written approval and shall not be effective if communicated by means of a certificate of insurance or evidence of insurance. Sigma Underwriting Managers disclaims and undertakes no responsibility for incorrectly issued or inaccurate certificates or evidence of insurance. Broker will provide copies of certificates or evidence of insurance issued by the retail agent to the respective insurance companies only if required by such insurance company. Be advised that the insurance company(ies) may or may not review and/or approve a certificate or evidence of insurance. If Producer provides copies of certificates or evidence of insurance to Broker, Broker will not review, analyze or otherwise comment on the accuracy, completeness or propriety of any certificate or evidence. Submission of a certificate or evidence of insurance to our office and/or the insurance company's office does not constitute approval of the certificate or evidence.

## *Binding Authority Protocol*

Producer has no authority to bind Broker or any of its principals, or commit to issue binders or policies of insurance on behalf of Broker or to make any representation not strictly in accordance with the policies and contracts placed pursuant to the terms of this Agreement. Producer shall not make, alter, or vary any terms of coverage, or modify the terms of payment of any premium or deposit, or incur any liability for Broker.

# Disclosure Statement



It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER
WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.



# Important Notice
**Florida Notification of Surplus Lines Policy**

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

## SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.

**Premium, Taxes and Fees for Policy Number ECL9490173-04**

| | |
|---|---|
| Commercial Property Premium | $ 155,000.00 |
| Commercial General Liability Premium | Not Covered |
| Commercial Crime Premium | Not Covered |
| Commercial Inland Marine Premium | Not Covered |
| Certified Acts of Terrorism Premium | Not Covered |
| Policy Fee | $ 35.00 |
| Inspection Fee | $ 250.00 |
| Surplus Lines Tax | $ 7,764.25 |
| FSLSO Service Fee | $ 232.93 |
| EMPA | $ 4.00 |
| Citizens Assessment Fee | $ 0.00 |
| Florida Hurricane CAT Fund | $ 0.00 |
| **Total Premiums, Taxes and Fees:** | **$ 163,286.18** |

Name of Surplus Lines Procuring Agent: Jeffrey Haupert

Address:  4000 Hollywood Blvd, Ste 350 N, Hollywood, FL  33021

Identification Number:  A113850

Name of Surplus Lines Producing Agent: COMBINED U/W OF MIAMI, INC.

Address:  8240 NW 52nd Ter, Ste 408, P.O. BOX 528020          , Miami, FL  33166

Identification Number:  135021



# Commercial Lines Policy

This policy consists of:
• Declarations
• Common policy conditions
• One or more coverage parts

A coverage part consists of:
• One or more coverage forms
• Applicable forms and endorsements

Empire Indemnity Insurance Company
Executive Office:
13810 FNB Parkway, PO Box 542003
Omaha, Nebraska 68154-8003
Phone: 800-228-9283

A Stock Company



# Important Claim Reporting Information

**Report all losses directly to the Company or to your agent.**

**EMPIRE INDEMNITY INSURANCE COMPANY**

**CLAIMS DEPARTMENT**

**Phone: 1-800-987-3373**

**Fax: 1-877-962-2567**

**Email: USZ_CareCenter@Zurichna.com**

**Internet: www.zurichna.com**

## COMMON POLICY DECLARATIONS

Policy Number:  ECL9490173-04
Renewal Number:ECL9490173-03

| ☐ **EMPIRE FIRE AND MARINE INSURANCE COMPANY** ☒ **EMPIRE INDEMNITY INSURANCE COMPANY** Executive Office:  13810 FNB Parkway, P.O. Box 542003 Omaha, Nebraska 68154-8003 | **Agent** 49605253 Hull & Company, Inc., DBA Sigma Underwriting  Managers 4000 Hollywood Blvd., Suite 350 North Tower Hollywood, FL 33021 |
|---|---|

| NAMED INSURED: | Enclave at Naples Condominium Association, Inc. | |
|---|---|---|
| MAILING ADDRESS: | 1295 Wildwood Lakes Blvd Naples, FL  34104 | *Flat Cancellation Not Permitted* |
| POLICY PERIOD: FROM   December 7, 2016   TO   December 7, 2017 | | 12:01 A.M. Standard Time At Your Mailing Address Shown Above. (Unless otherwise endorsed) |

| Business Description  Condominium Association |
|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | | PREMIUM |
|---|---|---|
| Commercial Property | | $              155,000.00 |
| Commercial General Liability | **Attention Producer / Insured** PLEASE EXAMINE THIS DOCUMENT CAREFULLY.  IF ANY OF THE TERMS OR CONDITIONS VARY FROM THOSE THAT YOU REQUESTED, PLEASE NOTIFY US IMMEDIATELY IN WRITING | $              Not Covered |
| Commercial Crime | | $              Not Covered |
| Commercial Inland Marine | | $              Not Covered |
| Certified Acts of Terrorism | | $              Not Covered |
| | Total | $              155,000.00 |

| Insured Producer: COMBINED U/W OF MIAMI, INC. 8240 NW 52nd Ter, Ste 408 Miami FL  33166 Code: 135021 | | |
|---|---|---|
| | Policy Fee | $              35.00 |
| | Inspection Fee | $              250.00 |
| | Surplus Lines Tax 5% | $              7,764.25 |
| | FSLSO - Service Fee .1% | $              232.93 |
| | EMPA | $              4.00 |
| | Citizens Assessment Fee | $              0.00 |
| | 2005 Florida Hurricane CAT Fund (FHCF) Surcharge | $              0.00 |
| | TOTAL | $              163,286.18 |

Premium shown is payable ☒ At Inception ☐ Per Payment Form Attached
Audit Period: Annual, unless otherwise stated

FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):
See Attached Schedule Of Endorsements

Date Issued:  12/22/2016                    Countersigned By

*[signature]*
Authorized Representative
Jeffrey Haupert
Surplus Lines Agent A113850

COINSURANCE CONTRACT - THE RATE CHARGED IN THIS POLICY IS BASED UPON THE USE OF THE COINSURANCE CLAUSE ATTACHED TO THIS POLICY, WITH THE CONSENT OF THE INSURED

This  insurance is issued pursuant to the Florida Surplus Lines Law.  Persons Insured by Surplus Lines Carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed Insurer.

# COMMERCIAL PROPERTY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NUMBER:**  ECL9490173-04          **EFFECTIVE DATE:** 12 /7/2016        ☐  "X" if Supplemental
**RENEWAL NUMBER:** ECL9490173-03                                                               Declarations is attached.

### NAMED INSURED

Enclave at Naples Condominium Association, Inc.

### DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|

See Attached Schedule, SUM 05

### COVERAGES PROVIDED  Insurance At The Described Premises Apply Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|

See Attached Schedule, SUM 01

*If Extra Expense Coverage, Limits on Loss Payment

### OPTIONAL COVERAGES  Applicable Only When Entries Are Made In The Schedule Below

| Prem. No. | Bldg. No. | Agreed Value | | | Replacement Cost (X) | | |
|---|---|---|---|---|---|---|---|
| | | Expiration Date | Cov. | Amount | Building | Pers. Prop. | Including "Stock" |
| | Bldg. | Inflation Guard (%) Pers. Prop. | *Monthly Limit Of Indemnity (Fraction) | | Maximum Period Of Indemnity (X) | | *Extended Period Of Indemnity (Days) |

See Attached Schedule (If Applicable), SUM 03

*Applies To Business Income Only

### PREMIUM

|  |  |
|---|---|
| **PREMIUM FOR ENDORSEMENTS** | $155,000.00 |
| **STATE TAX OR OTHER (if applicable)** | $ 8,286.18 |
| **TOTAL PREMIUM** | $ 163,286.18 |

### MORTGAGE HOLDERS

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|

See Attached Schedule (If Applicable), SUM 04

### DEDUCTIBLE                                                                     EARTHQUAKE DEDUCTIBLE

Not Covered

See Attached Schedule, SUM 02

### FORMS APPLICABLE TO ALL COVERAGES:

To All Coverages:

See Attached Schedule of Endorsements, U-GU-619-A CW (10/02)

Policy Number:  ECL9490173-04

**COVERAGES PROVIDED
SCHEDULE**

| Prem # | Bldg # | Item Description | Coverage | Limit of. Insurance | Deductible | Covered Causes of Loss | Valuation | Coins.% | Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | (Bldg. #14) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| | | | Ordinance or Law / Full A, 5% B and C Combined (BLANKET ALL BUILDINGS) | | | | | | 0.033 | 325 |
| 1 | 2 | (Bldg. #4) | Building / Calendar Year Hurricane Deductible | 2,552,927 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 7,837 |
| 1 | 3 | (Bldg. #15) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 4 | (Bldg. #5) | Building / Calendar Year Hurricane Deductible | 2,552,927 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 7,837 |
| 1 | 5 | (Bldg. #13) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 6 | (Bldg. #16) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 7 | (Bldg. #3) | Building / Calendar Year Hurricane Deductible | 2,552,927 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 7,837 |
| 1 | 8 | (Bldg. #12) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 9 | (Bldg. #6) | Building / Calendar Year Hurricane Deductible | 3,112,728 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 9,556 |

| Prem # | Bldg # | Item Description | Coverage | Limit of. Insurance | Deductible | Covered Causes of Loss | Valuation | Coins.% | Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | (Bldg. #7) | Building / Calendar Year Hurricane Deductible | 2,860,012 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 8,780 |
| 1 | 11 | (Bldg. #8) | Building / Calendar Year Hurricane Deductible | 3,112,728 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 9,556 |
| 1 | 12 | (Bldg. #2) | Building / Calendar Year Hurricane Deductible | 3,112,728 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 9,556 |
| 1 | 13 | (Bldg. #17) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 14 | (Bldg. #9) | Building / Calendar Year Hurricane Deductible | 2,860,012 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 8,780 |
| 1 | 15 | (Bldg. #18) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 16 | (Bldg. #11) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 17 | (Bldg. #10) | Building / Calendar Year Hurricane Deductible | 2,552,927 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 7,837 |
| 1 | 18 | (Bldg. #1) | Building / Calendar Year Hurricane Deductible | 2,552,927 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 7,837 |
| 1 | 19 | (Bldg. #19) | Building / Calendar Year Hurricane Deductible | 2,278,269 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 6,994 |
| 1 | 20 | (Clubhouse) | Building / Calendar Year Hurricane Deductible | 509,357 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 1,564 |
| 1 | 21 | (Pool) | Swimming Pool | 59,442 | See Ded. Schedule | Special Form | Replacement Cost, unless otherwise stated | 90% | 0.307 | 182 |

SUM 01

| Prem # | Bldg # | Item Description | Coverage | Limit of. Insurance | Deductible | Covered Causes of Loss | Valuation | Coins.% | Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 22 | (Maint/Car) | Building / Calendar Year Hurricane Deductible | 125,800 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 386 |
| 1 | 23 | (12 Garages) | Building / Calendar Year Hurricane Deductible | 1,038,852 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 3,189 |
| 1 | 24 | (6 Carports) | Building / Calendar Year Hurricane Deductible | 262,602 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 806 |
| 1 | 25 | (Pavilion) | Building / Calendar Year Hurricane Deductible | 30,250 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 93 |
| 1 | 26 | (Spa Pav.) | Building / Calendar Year Hurricane Deductible | 10,500 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 32 |
| 1 | 27 | (Jacuzzi) | Building / Calendar Year Hurricane Deductible | 18,500 | See Ded. Schedule | Special Form | Replacement Cost | 90% | 0.307 | 57 |

Building TIV: 50,382,567

Ordinance or Law / Full A, 5% B and C Combined (BLANKET ALL BUILDINGS)

SUM 01

Policy Number:  ECL9490173-04

**DEDUCTIBLE
SCHEDULE**

| Prem # | Bldg # | Item Description | Coverage | Deductible | |
|---|---|---|---|---|---|
| 1 | 1 | Bldg. #14 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 1 | Bldg. #14 | Ordinance or Law / Full A, 5% B and C Combined (BLANKET ALL BUILDINGS) | | |
| 1 | 2 | Bldg. #4 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 3 | Bldg. #15 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 4 | Bldg. #5 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 5 | Bldg. #13 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 6 | Bldg. #16 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 7 | Bldg. #3 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 8 | Bldg. #12 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 9 | Bldg. #6 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 10 | Bldg. #7 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 11 | Bldg. #8 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 12 | Bldg. #2 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 13 | Bldg. #17 | Building / Calendar Year | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |

SUM 02

| Prem # | Bldg # | Item Description | Coverage | Deductible | |
|---|---|---|---|---|---|
| | | | | Hurricane Deductible | |
| 1 | 14 | Bldg. #9 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 15 | Bldg. #18 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 16 | Bldg. #11 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 17 | Bldg. #10 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 18 | Bldg. #1 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 19 | Bldg. #19 | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 20 | Clubhouse | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 21 | Pool | Swimming Pool | $ 2,500 | Subject to Calendar Year Hurricane Deductible Terms |
| 1 | 22 | Maint/Car | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 23 | 12 Garages | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 24 | 6 Carports | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 25 | Pavilion | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 26 | Spa Pav. | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |
| 1 | 27 | Jacuzzi | Building / Calendar Year Hurricane Deductible | $ 2,500 | Calendar Year Hurricane Deductible: 5.0% |

Policy Number:  ECL9490173-04

**OPTIONAL COVERAGES**
**SCHEDULE**

| PREM.# | BLDG.# | AGREED VALUE EXPIRATION DATE | COVERAGE | AMOUNT | REPLACEMENT COST (X) BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | BUILDING | | X | | |
| 1 | 2 | | BUILDING | | X | | |
| 1 | 3 | | BUILDING | | X | | |
| 1 | 4 | | BUILDING | | X | | |
| 1 | 5 | | BUILDING | | X | | |
| 1 | 6 | | BUILDING | | X | | |
| 1 | 7 | | BUILDING | | X | | |
| 1 | 8 | | BUILDING | | X | | |
| 1 | 9 | | BUILDING | | X | | |
| 1 | 10 | | BUILDING | | X | | |
| 1 | 11 | | BUILDING | | X | | |
| 1 | 12 | | BUILDING | | X | | |
| 1 | 13 | | BUILDING | | X | | |
| 1 | 14 | | BUILDING | | X | | |
| 1 | 15 | | BUILDING | | X | | |
| 1 | 16 | | BUILDING | | X | | |
| 1 | 17 | | BUILDING | | X | | |
| 1 | 18 | | BUILDING | | X | | |
| 1 | 19 | | BUILDING | | X | | |
| 1 | 20 | | BUILDING | | X | | |
| 1 | 21 | | BUILDING | | X | | |
| 1 | 22 | | BUILDING | | X | | |
| 1 | 23 | | BUILDING | | X | | |
| 1 | 24 | | BUILDING | | X | | |
| 1 | 25 | | BUILDING | | X | | |
| 1 | 26 | | BUILDING | | X | | |

* Applies to Business Income only

1          27                        BUILDING                                    X

| PREM.# | BLDG.# | INFLATION GUARD (Percentage) | | * MONTHLY LIMIT OF INDEMNITY (Fraction/Percent) | * MAXIMUM PERIOD OF INDEMNITY (X) | * EXTENDED PERIOD OF INDEMNITY (Days) |
|--------|--------|------------------------------|-----------------|---------------------------------------------|-----------------------------------|---------------------------------------|
|        |        | BUILDING | PERSONAL PROPERTY | | | |

SUM 03                                                                          * Applies to Business Income only

## MORTGAGE HOLDERS
## SCHEDULE

| Prem # | Bldg # | Name and Mailing Address |
| --- | --- | --- |

Policy Number:  ECL9490173-04

# DESCRIPTION OF PREMISES
## SCHEDULE

| Prem. # | Bldg. # | Location Address | Terr. Code | # of Stories / ISO Class # | Construction | Occupancy | Prot. Class |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1150 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 2 | 1160 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 3 | 1170 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 4 | 1180 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 5 | 1185 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 6 | 1190 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 7 | 1195 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 8 | 1205 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 9 | 1210 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 10 | 1220 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 11 | 1230 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 12 | 1235 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 13 | 1240 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 14 | 1250 Wildwood Lakes Blvd. Naples, FL  34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |

| Prem. # | Bldg. # | Location Address | Terr. Code | # of Stories / ISO Class # | Construction | Occupancy | Prot. Class |
|---|---|---|---|---|---|---|---|
| 1 | 15 | 1260 Wildwood Lakes Blvd. Naples, FL 34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 16 | 1265 Wildwood Lakes Blvd. Naples, FL 34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 17 | 1270 Wildwood Lakes Blvd. Naples, FL 34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 18 | 1275 Wildwood Lakes Blvd. Naples, FL 34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 19 | 1280 Wildwood Lakes Blvd. Naples, FL 34104 | | 3 | JM, Fully Sprinklered (2) | CONDOMINIUM WITHOUT MERCANTILE OCCUPANCIES- OVER 30 UNITS - CC 0333 / OC 2 | 4 |
| 1 | 20 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | JM, Fully Sprinklered (2) | CLUB HOUSE AND RELATED FACILITIES -CC 0844 / OC 10 | 4 |
| 1 | 21 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | Swimming Pool / Concrete (3) | SWIMMING POOL- OC 0 | 4 |
| 1 | 22 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | JM (2) | CLUB HOUSE AND RELATED FACILITIES -CC 0844 / OC 10 | 4 |
| 1 | 23 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | JM, Fully Sprinklered (2) | PARKING GARAGES - CC 0931 / OC 11 | 4 |
| 1 | 24 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | JM (2) | PARKING GARAGES - CC 0931 / OC 11 | 4 |
| 1 | 25 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | JM (2) | CLUB HOUSE AND RELATED FACILITIES -CC 0844 / OC 10 | 4 |
| 1 | 26 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | JM (2) | CLUB HOUSE AND RELATED FACILITIES -CC 0844 / OC 10 | 4 |
| 1 | 27 | 1295 Wildwood Lakes Blvd. Naples, FL 34104 | | 1 | JM (2) | SWIMMING POOL- OC 0 | 4 |

Policy Number:  ECL9490173-04

## Schedule of Forms and Endorsements

Named Insured:  Enclave at Naples Condominium Association, Inc.  Effective Date:  12/07/2016
12:01 A.M., Standard Time

| EM 25 06 | 04 16 | IMPORTANT CLAIM REPORTING INFORMATION |
|---|---|---|
| EM 36 01 | 03/03 | COMMON POLICY DECLARATIONS |
| EM 36 06 | 03 02 | COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS PAGE |
| SUM 01 | 08-07 | SCHEDULE OF COVERAGES |
| SUM 02 | 08-07 | SCHEDULE OF DEDUCTIBLES |
| SUM 03 | 08-07 | SCHEDULE OF OPTIONAL COVERAGES |
| SUM 04 | 08-07 | SCHEDULE OF MORTGAGE HOLDERS |
| SUM 05 | 08-07 | SCHEDULE OF DESCRIPTION OF PREMISES |
| U-GU-619-A CW | 10/02 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| U-GU-630-D | 01 15 | DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT |
| U GU 681 C CW | 01 15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| U-GU-1191-A CW | 03 15 | SANCTIONS EXCLUSION  ENDORSEMENT |
| IL 0017 | 11-98 | COMMON POLICY CONDITIONS |
| IL 0003 | 09/08 | CALCULATION OF PREMIUM |
| U CP 750 A CW | 05 15 | MINIMUM EARNED PREMIUM ( Hurricane Season) |
| CP 0017 | 06/07 | CONDOMINIUM ASSOCIATION COVERAGE FORM |
| EM 06 03 | 08/09 | ADDITIONAL PROPERTY NOT COVERED |
| IL 01 12 | 06/10 | FLORIDA CHANGES - MEDIATION OR APPRAISAL (COMMERCIAL RESIDENTIAL PROPERTY) |
| CP 01 91 | 07/10 | FLORIDA CHANGES - RESIDENTIAL  CONDOMINIUM ASSOCIATIONS |
| CP 0090 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 1030 | 0607 | CAUSES OF LOSS - SPECIAL FORM |
| CP 04 05 | 04 02 | ORDINANCE OR LAW |
| IL 04 15 | 04/98 | PROTECTIVE SAFEGUARDS |
| CP 03 23 | 06/07 | FLORIDA CALENDAR YEAR HURRICANE PERCENTAGE DEDUCTIBLE (RESIDENTIAL RISKS) |
| EM 6702 | 04/09 | ADDITIONAL COVERAGE ENDORSEMENT |
| EM 6703 | 01/09 | ADDITIONAL PROPERTY IN TRANSIT COVERAGE ENDORSEMENT |
| IL 09 35 | 07 02 | EXCLUSION OF CERTAIN COMPUTER RELATED LOSSES |
| STF CP 387 A CW | 06 16 | FLORIDA CHANGES |
| CP 01 25 | 02 12 | FLORIDA CHANGES |
| IL0175 | 09/07 | FLORIDA CHANGES LEGAL ACTION AGAINST US |
| CP 1032 | 08/08 | WATER EXCLUSION ENDORSEMENT |
| CP-0140 | 07-06 | EXCLUSIONS OF LOSS DUE TO VIRUS OR BACTERIA |
| STF GU 199 B | 01 09 | IMPORTANT NOTICE - SERVICE OF SUIT AND IN WITNESS CLAUSE |

Insured Name: Enclave at Naples Condominium Association, Inc.
Policy Number: ECL9490173-04
Effective Date: 12/7/16 12:00:00 AM



THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE***

> Premium attributal to risk of loss from certified acts of terrorism for lines on insurance subject to TRIA:
>
> **NOT APPLICABLE - TERRORISM EXCLUDED**

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:
January1, 2015 – December 31, 2015 federal share: 85%
January1, 2016 – December 31, 2016 federal share: 84%
January1, 2017 – December 31, 2017 federal share: 83%
January1, 2018 – December 31, 2018 federal share: 82%
January1, 2019 – December 31, 2019 federal share: 81%
January1, 2020 – December 31, 2020 federal share: 80%

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E. Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:
1. To be an act of terrorism;
2. To be a violent act or an act that is dangerous to human life, property or infrastructure;
3. To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
4. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

**Copyright © 2015  Zurich American Insurance Company**
**Includes copyrighted material of ISO Properties, Inc. with its permission**



# Exclusion of Certified Acts of Terrorism

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies your insurance:

COMMERCIAL PROPERTY COVERAGE PART

**SCHEDULE\***

The exception relating to certain fire losses applies to property located in the following state(s), if covered by this insurance:

| State(s) |
|---|
| |
| |
| |
| |
| |

*Information required to complete the Schedule, if not shown above, will be shown in the Declarations.

**A. Exclusion of Certified Acts of Terrorism**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism", including action in hindering or defending against an actual or expected "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**B. Exception Relating to Fire Losses Applicable to Property Located in Certain States**

If the "certified act of terrorism" results in fire, we will pay for the direct physical loss or damage to Covered Property caused by that fire. This exception does not apply to any other loss or damage including but not limited to business income, extra expense, any additional coverage and any coverage extension.

**C. Definition**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1. To be an act of terrorism;

2. To be a violent act or an act that is dangerous to human life, property or infrastructure;

3. To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**D.  Application of Other Exclusions**

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

**E.  Cap on Losses From Certified Acts of Terrorism**

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

All other terms and conditions of this policy remain unchanged.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



# SANCTIONS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided.  Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998       □

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL AUTOMOBILE COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

# Minimum Earned Premium



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Commercial Property Coverage Part**
**Common Policy Conditions**

The following is added, and to the extent permitted by law, supersedes any provision to the contrary with respect to premium refund:

If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to the following:

**A.** If we cancel, the refund will be calculated on a pro-rata basis.

**B.** If the first Named Insured cancels and the policy was in force at any time during the period of June 1st to November 30th, the amount of premium refund due is the annual premium times the Unearned Factor listed below:

| Days Policy in Force | Unearned Factor |
|---|---|
| 1-180 | 20% |
| 181-210 | 15% |
| 211-240 | 10% |
| 241-270 | 7.5% |
| 271-300 | 5.0% |
| 301-330 | 2.5% |
| 331 or more | 0% |

**C.** If the First Named Insured cancels and the policy was not in force at any time between June 1st and November 30th, then the premium refund will be equal to 90% of the pro rata unearned premium as of the effective date of cancellation subject to a minimum earned premium of 25% of the annual premium.

**D.** If this policy has been extended beyond the end of the policy period and the policy is cancelled at any time during such extended policy period, there will be no premium refund.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
CP 00 17 06 07

# CONDOMINIUM ASSOCIATION COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, outside of individual units, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

**(6)** Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

**(a)** Fixtures, improvements and alterations that are a part of the building or structure; and

**(b)** Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph **A.1.a.(6)** above.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

**(1)** Personal property owned by you or owned indivisibly by all unit-owners;

**(2)** Your interest in the labor, materials or services furnished or arranged by you on personal property of others;

**(3)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

But Your Business Personal Property does not include personal property owned only by a unit-owner.

© ISO Properties, Inc., 2007

**c.** **Personal Property Of Others** that is:

    **(1)** In your care, custody or control; and

    **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

    However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

    This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture or warehouse;

    **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

    **(c)** Rowboats or canoes out of water at the described premises; or

    **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

© ISO Properties, Inc., 2007

q. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops; or

   (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs, or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

  **a. Debris Removal**

   (1) Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) Debris Removal does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

   (3) Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

    (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    (b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

   (5) **Examples**

   The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---:|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

 © ISO Properties, Inc., 2007

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary for you to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

© ISO Properties, Inc., 2007

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

© ISO Properties, Inc., 2007

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

You may extend the insurance that applies to Building to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

© ISO Properties, Inc., 2007

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building #1: | $ 60,000 |
| Limit of Insurance – Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
−    250
$ 59,850   Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

 © ISO Properties, Inc., 2007

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage to Covered Property within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Unit-owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not to contribute with such other insurance.

**7. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**8. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.** and **c.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** Glass at the cost of replacement with safety-glazing material if required by law.

 © ISO Properties, Inc., 2007

**9. Waiver Of Rights Of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3).**

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

© ISO Properties, Inc., 2007

**2. Mortgageholders**

   **a.** The term mortgageholder includes trustee.

   **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

   **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

   **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

      **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

      **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

   **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

      **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

   **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

   **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

      **(1)** On or after the effective date of this Optional Coverage; and

      **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

   **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

   **b.** The amount of increase will be:

      **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

© ISO Properties, Inc., 2007

**EXAMPLE**

| | | | |
|---|---|---|---|
| If: | The applicable Limit of Insurance is: | $ | 100,000 |
| | The annual percentage increase is: | | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence; or

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

Under the terms of this Replacement Cost Optional Coverage, personal property owned indivisibly by all unit-owners, and the property covered under Paragraph **A.1.a.(6)** of this Coverage Form, are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

# Additional Property Not Covered



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CONDOMINIUM ASSOCIATION COVERAGE FORM**
**CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM**
**STANDARD PROPERTY POLICY**

**A.** The following is added to **PROPERTY NOT COVERED**:

1. Awnings or canopies of fabric or slat construction, including their supports;
2. Brick, metal, stone, or concrete chimneys or stacks not forming part of a building, or metal smokestacks;
3. Crop silos or their contents;
4. Waterwheels, windmills, wind pumps or their towers;
5. Personal Property contained in safes or vaults;
6. Ores, gravels, clay, or sand;
7. Property of others;
8. Property stored in open yards;
9. Vending machines or their contents;
10. Petroleum products and other merchandise, including the contents of above or below ground tanks;
11. Cranes;
12. Buildings or other structures not scheduled in the declarations and a specific limit shown.

**B.** The following is added to **PROPERTY NOT COVERED** unless the property is scheduled on the Declarations and a specific limit shown:

1. Swimming Pools, diving towers, or platforms;
2. Tenants improvements and betterments;
3. Signs inside the premises;
4. "Stock"
5. Buildings or their contents in which any cooking is done, including restaurants and lunch rooms;
6. Buildings or their contents used to repair tires or electric batteries except for buildings or their contents used for patching of tires and tubes;
7. Buildings or their contents used to store or repair motor vehicles you do not own except for buildings or their contents used for occasional incidental repairs;
8. Buildings used principally for storage, sales or repairing of appliances or heating devices or their part.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IL 01 12 06 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – MEDIATION OR APPRAISAL (COMMERCIAL RESIDENTIAL PROPERTY)

This endorsement modifies insurance provided under the following:

    BUILDERS RISK COVERAGE FORM (COMMERCIAL PROPERTY COVERAGE PART)
    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
    STANDARD PROPERTY POLICY

With respect to a loss to commercial residential property, the following replaces the **Appraisal** Condition:

**Mediation Or Appraisal**

If we and you:

**A.** Are engaged in a dispute regarding a claim, either may request a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of mediation is binding only if both parties agree, in writing, on a settlement, and you have not rescinded the settlement within three business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting the mediation conference. However, if:

**1.** You fail to appear at the mediation conference and you wish to schedule a new conference after failing to appear, then the new conference will be scheduled only upon your payment of a sum equal to the fees we paid for the mediation conference at which you failed to appear. This sum will then be applied to the cost of the rescheduled mediation conference, and we will pay the balance, if any, of the cost of conducting the rescheduled mediation conference; or

**2.** We fail to appear at a mediation conference without good cause, we will pay your actual cash expenses you incur in attending the mediation conference and also pay the total cost of the rescheduled mediation conference.

**B.** Disagree on the value of the property or the amount of loss, either may request an appraisal of the loss, in writing. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

However, you are not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the loss, if we:

**1.** Requested mediation and either party rejected the mediation result; or

**2.** Failed to notify you of your right to participate in the mediation program.

© Insurance Services Office, Inc., 2009
☐

POLICY NUMBER:                                                                          **COMMERCIAL PROPERTY**
                                                                                        **CP 01 91 07 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – RESIDENTIAL CONDOMINIUM ASSOCIATIONS

This endorsement modifies insurance provided under the following:

CONDOMINIUM ASSOCIATION COVERAGE FORM

**SCHEDULE**

| Condominium Additional Building Property | | |
|---|---|---|
| **Premises Number** | **Building Number** | **Additional Covered Property** |
|  |  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Building** section is replaced by the following:

**1.** Building, meaning the building or structure described in the Declarations, including:

  **a.** Additions, alterations and repairs;

  **b.** Fixtures, outside of individual units, including outdoor fixtures;

  **c.** Permanently installed:

    **(1)** Machinery; and

    **(2)** Equipment;

  **d.** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

    **(1)** Fire extinguishing equipment;

    **(2)** Outdoor furniture;

    **(3)** Floor coverings; and

    **(4)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

  **e.** If not covered by other insurance, materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure;

  **f.** Air conditioning and heating equipment, including air conditioning compressors, used to service any part of the building or structure, including individual units and the limited common elements;

  **g.** Any other portion of the condominium property located outside of individual units, including improvements, additions and alterations;

  **h.** Fixtures, improvements, additions and alterations that are a part of the building or structure and contained within the boundaries of an individual unit, regardless of ownership, if your Condominium Association Agreement requires you to insure such property; and

  **i.** Additional property as described in the Schedule or in the Declarations.

**2.** But Building does not include:

  **a.** Any personal property within individual units or limited common elements except as provided in Paragraph **A.1.f.** of this endorsement;

  **b.** Floor coverings, wall coverings and ceiling coverings located within the boundaries of an individual unit and which serve only such unit;

**CP 01 91 07 10**                          © Insurance Services Office, Inc., 2010                          **Page 1 of 2**    ▢

    **c.** Electrical fixtures, water heaters, water filters, window treatments, including curtains, drapes, blinds, hardware and similar window treatment components, and built-in cabinets and countertops which are located within the boundaries of an individual unit and serve only such unit;

    **d.** Appliances, such as those used for refrigerating, ventilating, cooking, dish-washing, laundering, security or housekeeping, which are located within the boundaries of an individual unit and serve only such unit.

**B.** With respect to the coverage provided under this Coverage Form, such coverage will be provided for all portions of the condominium property as originally installed or replacement of like kind and quality, in accordance with the original plans and specifications.

**C.** With respect to Replacement Cost coverage as provided under this Coverage Form, the property described in Paragraph **A.1.f.** of this endorsement is not considered to be the personal property of others.

© Insurance Services Office, Inc., 2010     **CP 01 91 07 10**     ☐

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

 © ISO Properties, Inc., 2007

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

© ISO Properties, Inc., 2007

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

 © ISO Properties, Inc., 2007

**k.** Collapse, including any of the following conditions of property or any part of the property:

  **(1)** An abrupt falling down or caving in;

  **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

  **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

  **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

  **(b)** To collapse caused by one or more of the following:

    **(i)** The "specified causes of loss";

    **(ii)** Breakage of building glass;

    **(iii)** Weight of rain that collects on a roof; or

    **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

  **(1)** Planning, zoning, development, surveying, siting;

  **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

  **(3)** Materials used in repair, construction, renovation or remodeling; or

  **(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

  **(1)** Any loss caused by or resulting from:

    **(a)** Damage or destruction of "finished stock"; or

    **(b)** The time required to reproduce "finished stock".

    This exclusion does not apply to Extra Expense.

  **(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

  **(3)** Any increase of loss caused by or resulting from:

    **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

© ISO Properties, Inc., 2007

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

© ISO Properties, Inc., 2007

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      **(1)** A cause of loss listed in **2.a.** or **2.b.;**

      **(2)** One or more of the "specified causes of loss";

      **(3)** Breakage of building glass;

      **(4)** Weight of people or personal property; or

      **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   **b.** Awnings, gutters and downspouts;

   **c.** Yard fixtures;

   **d.** Outdoor swimming pools;

   **e.** Fences;

   **f.** Piers, wharves and docks;

   **g.** Beach or diving platforms or appurtenances;

   **h.** Retaining walls; and

   **i.** Walks, roadways and other paved surfaces;

   if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

      **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

      **(2)** The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

   **b.** The personal property which collapses is inside a building; and

   **c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

© ISO Properties, Inc., 2007

**b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

© ISO Properties, Inc., 2007

POLICY NUMBER: **ECL9490173-04**                                    **COMMERCIAL PROPERTY**
                                                                     CP 04 05 04 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit Of Insur. | Cov. C Limit Of Insur. | Cov. B And C Combined Limit Of Insur. |
|---|---|---|---|---|
| ALL | N/A | $ N/A | $ N/A | $ N/A        ** |
| Ordinance or Law Coverage is - Full A, 5% B and C Combined (BLANKET ALL BUILDINGS) | | | | |

*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

**Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C,** or if one of these Coverages is not applicable.

**A.** Each Coverage – Coverage **A,** Coverage **B** and Coverage **C** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

**1.** The ordinance or law:

  **a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

  **b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2.a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

  **b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

  **c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage **A, B** or **C** of this endorsement for:

   **1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

   **1. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

   Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

   **2. Coverage B – Demolition Cost Coverage**

   With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

   The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C – Increased Cost Of Construction Coverage**

   **a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

      **(1)** Repair or reconstruct damaged portions of that building; and/or

      **(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

   However:

      **(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

      **(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

   **b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

      **(1)** The cost of excavations, grading, backfilling and filling;

      **(2)** Foundation of the building;

      **(3)** Pilings; and

      **(4)** Underground pipes, flues and drains.

   The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

   **1.** All following loss payment Provisions, **E.2.** through **E.5.,** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

 © ISO Properties, Inc., 2001

2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   **a.** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      **(1)** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      **(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

   **b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

      **(1)** The actual cash value of the building at the time of loss; or

      **(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   **a.** The amount you actually spend to demolish and clear the site of the described premises; or

   **b.** The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

4. Unless Paragraph **E.5.** applies, loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

   **a.** We will not pay under Coverage **C**:

      **(1)** Until the property is actually repaired or replaced, at the same or another premises; and

      **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   **b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

      **(1)** The increased cost of construction at the same premises; or

      **(2)** The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

   **c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

      **(1)** The increased cost of construction at the new premises; or

      **(2)** The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

5. If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   **a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   **b.** With respect to the Increased Cost of Construction:

      **(1)** We will not pay for the increased cost of construction:

         **(a)** Until the property is actually repaired or replaced, at the same or another premises; and

         **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      **(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

 © ISO Properties, Inc., 2001

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

  **1.** You were required to comply with before the loss, even if the building was undamaged; and

  **2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

  Assume:

  ● Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

  ● The building has a value of $200,000

  ● Total direct physical damage to building: $100,000

  ● The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

  ● Portion of direct physical damage that is covered (caused by wind): $30,000

  ● Portion of direct physical damage that is not covered (caused by flood): $70,000

  ● Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

Step **1:**

  Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

  $30,000 ÷ $100,000 = .30

Step **2:**

  Apply that proportion to the Ordinance or Law loss.

  $60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

**I.** The following definition is added:

  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

POLICY NUMBER:   ECL9490173-04                                                    INTERLINE

IL 04 15 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE***

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| **See attached Schedule of Protective Safeguard Symbols** | | |
| **Describe any "P-9":** | | |

| * Information necessary to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations. |
|---|

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property - Other Farm
    Provisions Form - Additional Coverages,
    Conditions, Definitions

General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form

General Conditions in the Livestock Coverage
Form

**PROTECTIVE SAFEGUARDS**

1.  As a condition of this insurance, you are
    required to maintain the protective devices or
    services listed in the Schedule above.

2.  The protective safeguards to which this
    endorsement applies are identified by the
    following symbols:

    **"P-1" Automatic Sprinkler System,** in-
        cluding related supervisory services.

    Automatic Sprinkler System means:
    **a.** Any automatic fire protective or ex-
        tinguishing system, including con-
        nected:

        **(1)** Sprinklers and discharge nozzles;

        **(2)** Ducts, pipes, valves and fittings;

        **(3)** Tanks, their componet parts and
            supports; and

        **(4)** Pumps and private fire protection
            mains.

    **b.** When supplied from an automatic fire
        protective system:

        **(1)** Non-automatic fire protective
            systems; and

        **(2)** Hydrants, standpipes and outlets.

    **"P-2" Automatic Fire Alarm,** protecting the
        entire building, that is:

    **a.** Connected to a central station; or

    **b.** Reporting to a public or private fire
        alarm station.

    **"P-3" Security Service,** with a recording
        system or watch clock, making hourly
        rounds covering the entire building,
        when the premises are not in actual
        operation.

    **"P-4" Service Contract** with a privately
        owned fire department providing fire
        protection service to the described
        premises.

    **"P-9"** The protective system described in the
        Schedule.

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND
   OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM - FARM
   PROPERTY
MOBILE AGRICULTURAL MACHINERY AND
   EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**SCHEDULE**

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 2 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 3 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 4 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 5 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 6 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 7 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 8 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 9 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 10 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 11 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 12 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |

**SCHEDULE**

| Prem.<br>No. | Bldg.<br>No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 13 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 14 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 15 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 16 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 17 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 18 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 19 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 20 | P-1 - Automatic Sprinkler System<br>P-9 - Hard Wired Smoke Alarms All Units<br>P-9 - Portable fire extinguishers located in or adjacent to all units, and services annually by a licensed and Insured contractor. |
| 1 | 23 | P-1 - Automatic Sprinkler System |

Copyright, Insurance Services Office, Inc., 1997

POLICY NUMBER:                                                          **COMMERCIAL PROPERTY**
                                                                              **CP 03 23 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CALENDAR YEAR HURRICANE PERCENTAGE DEDUCTIBLE (RESIDENTIAL RISKS)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Hurricane Deductible Percentage – Enter 1%, 2%, 3%, 5% Or 10% |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

The Hurricane Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Hurricane.

Under the terms of this endorsement, a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The Hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC, and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

If a windstorm is not declared to be a hurricane and there is loss or damage by windstorm to Covered Property, the applicable deductible is the same deductible that applies to Fire.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

**HURRICANE DEDUCTIBLE CALCULATIONS**

**A. Calculation of the Deductible – All Policies**

1. A Hurricane Deductible is calculated separately for, and applies separately to:

   a. Each building that sustains loss or damage;

   b. The personal property at each building at which there is loss or damage to personal property;

   c. Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

   The Hurricane Deductible(s), as described above, will apply anew in each calendar year. If the policy period does not coincide with the calendar year, then a separate Hurricane Deductible(s) will apply to loss or damage that occurs during each calendar year in which the policy is in force. For example, if your policy period is from July 1 of calendar year 1 to June 30 of calendar year 2, a separate Hurricane Deductible(s) applies to loss or damage occurring from July 1 to December 31 of calendar year 1 and to loss or damage occurring from January 1 to June 30 of calendar year 2.

2. Subject to Paragraphs **A.3.**, **A.4.** and **A.5.** below, we will not pay for loss or damage until the amount of loss or damage exceeds the applicable Hurricane Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

3. When a hurricane results in loss or damage that exhausts the Hurricane Deductible, then that Deductible will not apply to loss or damage from a subsequent hurricane(s) in the same calendar year. In such case, the Deductible that applies to Fire will apply to loss or damage from each subsequent hurricane in that calendar year.

4. When a hurricane(s) results in loss or damage that does not exhaust the Hurricane Deductible, then the Deductible applicable to a subsequent hurricane(s) in the same calendar year will be the Deductible that applies to Fire or the remaining amount of the Hurricane Deductible, whichever is greater. In this situation, the remaining amount of the Hurricane Deductible is determined by subtracting the amount(s) of the aforementioned loss or damage from the Hurricane Deductible.

5. When the Deductible on Fire applies in accordance with Paragraph **A.3.** or **A.4.**, that Deductible is applied to the total of all loss or damage sustained in one hurricane. It does not apply separately to each item of insurance.

6. If an item of insurance is insured under more than one policy issued by us or another insurer in our insurer group for the same policy period and different Hurricane Deductibles apply to the same item of insurance under such policies, then the Hurricane deductible for that item of insurance shall be the highest amount stated in any of the policies.

7. When a renewal policy is issued by us or another insurer in our insurer group, or we issue a policy that replaces our own policy, and the renewal or replacement policy takes effect on a date other than January 1 of a calendar year, the following provisions apply:

   a. If the renewal or replacement policy provides a **lower** Hurricane Deductible than the prior policy and you already incurred loss or damage from a hurricane that occurred in that calendar year, the lower Hurricane Deductible will not take effect until January 1 of the following calendar year. We will so notify you in writing at the time we offer the lower Hurricane Deductible.

   b. If the renewal or replacement policy provides a **higher** Hurricane Deductible than the prior policy, the higher Hurricane Deductible will take effect on the effective date of the renewal or replacement policy. However, all foregoing provisions of this endorsement relating to calendar year application of the Hurricane Deductible apply. If hurricane loss or damage was sustained earlier in the calendar year in which the higher Hurricane Deductible now applies, the difference between the higher and lower Hurricane Deductibles will be figured into the calculation of the remainder of the Hurricane Deductible for a subsequent hurricane that occurs in that calendar year.

**B. Calculation Of The Deductible – Specific Insurance Other Than Builders' Risk**

**1. Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 5% or 10% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**2. Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 5% or 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the full value(s) of the property on the report date, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C. Calculation Of The Deductible – Blanket Insurance Other Than Builders' Risk**

**1. Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 5% or 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

**2. Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 5% or 10% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D. Calculation Of The Deductible – Builders' Risk Insurance**

**1. Builders' Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 5% or 10% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

**2. Builders' Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 5% or 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**E. Calculation Of The Deductible – Property Covered Under The Coverage Extension For Newly Acquired Or Constructed Property**

The following applies when property is covered under the Coverage Extension for Newly Acquired or Constructed Property:

In determining the amount, if any, that we will pay for loss or damage to such property, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown.

**EXAMPLES – APPLICATION OF DEDUCTIBLE (ONE HURRICANE OCCURRING DURING A CALENDAR YEAR)**

**EXAMPLE #1 – SPECIFIC INSURANCE (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1)**: $70,000 ÷ $80,000 = .875

Step **(2)**: $60,000 X .875 = $52,500

Step **(3)**: $70,000 X 1% = $700

Step **(4)**: $52,500 − $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### EXAMPLE #2 – SPECIFIC INSURANCE (B.1.)

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

### BUILDING

Step **(1)**: $80,000 X 2% = $1,600

Step **(2)**: $60,000 − $1,600 = $58,400

### PERSONAL PROPERTY

Step **(1)**: $64,000 X 2% = $1,280

Step **(2)**: $40,000 − $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### EXAMPLE #3 – BLANKET INSURANCE (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

### BUILDING #1

Step **(1)**: $500,000 X 2% = $10,000

Step **(2)**: $40,000 − $10,000 = $30,000

### BUILDING #2

Step **(1)**: $500,000 X 2% = $10,000

Step **(2)**: $20,000 − $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

### EXAMPLE #4 – BLANKET INSURANCE (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Personal Property at Building #1 ($250,000) and Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building #1 and Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 3%.

### BUILDING

Step **(1)**: $500,000 X 3% = $15,000

Step **(2)**: $95,000 − $15,000 = $80,000

### PERSONAL PROPERTY

Step **(1)**: $250,000 X 3% = $7,500

The loss, $5,000, does not exceed the deductible.

The most we will pay is $80,000. The remainder of the building loss, $15,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

**EXAMPLES – APPLICATION OF DEDUCTIBLE (TWO OR MORE HURRICANES OCCURRING DURING A CALENDAR YEAR)**

**EXAMPLE #1 – SPECIFIC INSURANCE (B.1.)**

**Hurricane A Occurs On September 1 Of A Calendar Year**

The amounts of loss to the damaged buildings are $20,000 to Building #1 and $10,000 to Building #2.

The value of damaged Building #1 at time of loss is $50,000 and the value of damaged Building #2 at time of loss is $100,000. The coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirements are $40,000 for Building #1 (80% of $50,000) and $80,000 for Building #2 (80% of $100,000).

The **actual** Limits of Insurance on the damaged buildings are $40,000 for Building #1 and $80,000 for Building #2 (therefore no coinsurance penalty).

The Deductible on Fire is $1,000.

The Hurricane Deductible is 5%.

**BUILDING #1**

Step **(1)** $40,000 X 5% = $2,000 (Calendar Year Hurricane Deductible)

Step **(2)** $20,000 – $2,000 deductible = $18,000

**BUILDING #2**

Step **(1)** $80,000 X 5% = $4,000 (Calendar Year Hurricane Deductible)

Step **(2)** $10,000 – $4,000 deductible = $6,000

The most we will pay is $24,000. The portion of the loss not covered due to application of the deductible is $6,000. The total loss ($30,000) exceeds the Hurricane Deductible of $6,000. The Hurricane Deductible is exhausted.

**Hurricane B Occurs On October 1 Of The Same Calendar Year**

The amounts of loss to the damaged buildings are $3,000 to Building #1 and $5,000 to Building #2. Because the Hurricane Deductible applicable to each building was exceeded by the amount of loss incurred in Hurricane A, the Deductible that applies to Fire ($1,000) will apply to the loss. Therefore, we will pay $7,000 ($8,000 – $1,000 = $7,000).

**EXAMPLE #2 – SPECIFIC INSURANCE (B.1.)**

**Hurricane A Occurs On October 1 Of A Calendar Year**

The amount of loss to damaged Building #1 is $20,000.

The value of Building #1 at time of loss is $1,000,000. The coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $800,000 (80% of $1,000,000).

The **actual** Limit of Insurance on the damaged property is $800,000 (therefore no coinsurance penalty).

The Deductible on Fire is $1,000.

The Hurricane Deductible is 5%.

$800,000 X 5% = $40,000 (Calendar Year Hurricane Deductible)

We will not pay for loss or damage since the amount of loss ($20,000) did not exceed the Hurricane Deductible ($40,000). The loss of $20,000 is subtracted from the Hurricane Deductible. The remaining amount of Hurricane Deductible applicable to such subsequent claims is $20,000.

**Hurricane B Occurs On November 1 Of The Same Calendar Year**

The amount of loss to damaged Building #1 is $80,000. The remaining amount of the Hurricane Deductible ($20,000) is applied to the loss of $80,000. The amount that we will pay is $60,000. The Hurricane Deductible is exhausted.

**Hurricane C Occurs On December 1 Of The Same Calendar Year**

The amount of loss to damaged Building #1 is $35,000.

Since the Hurricane Deductible is exhausted, the Deductible that applies to Fire ($1,000) applies to the loss. The amount that we will pay is $34,000.

# Additional Coverage Endorsement



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**CONDOMINIUM ASSOCIATION COVERAGE FORM**
**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.**   The following changes are made to section **A. Coverage**, paragraph **4. Additional Coverage:**

   **1.**   In paragraph **a. Debris Removal (4)**, the amounts for debris removal expense listed as $10,000 are changed to $25,000.

   Please note the **Example #2** listed in the coverage form may not be accurate because of this change.

   **2.**   Paragraph **b. Preservation Of Property (2)**, is deleted and replaced by;

   **(2)**   Only if the loss or damage occurs within 60 days after the property is first moved.

   **3.**   In paragraph **c. Fire Department Service Charge**, the amount available for fire department service charge is changed from $1,000 to $25,000.

   **4.**   In **d. Pollutant Clean-up And Removal,** the last paragraph is deleted and replaced by;

   The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all Covered Causes of Loss occurring during each separate 12-month period of this policy.

   **5.**   In paragraph **e. Increased Cost Of Construction (6)**, the amounts for this additional coverage are changed from "$10,000 or 5%" to "$25,000 or 5%".

   **6.**   In paragraph **f. Electronic Data (4)**, the amount available under this additional coverage is changed from $2,500 to $25,000.

**B.**   The following changes are made to section **A. Coverage**, paragraph **5. Coverage Extensions:**

   **1.**   Under paragraph **b. Personal Effects And Property Of Others,** the last paragraph is deleted and replaced by:

   The most we will pay for loss or damage under this coverage Extension is $25,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

   **2.**   In paragraph **c. Valuable Papers And Records (Other Than Electronic Data) (4)** the amount of $2,500 is changed to $25,000.

   **3.**   Under paragraph **d. Property Off-Premises**, paragraph **(3)** is deleted and replaced by:

   **(3)** The most we will pay for loss or damage under this Extension is $25,000.

   **4.**   Under **e. Outdoor Property,** the last paragraph is deleted and changed to;

   The most we will pay for loss or damage under this Extension is $25,000, but not more than $250 for any one tree, shrub, or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

   **5.**   Under paragraph **f. Non-owned Detached Trailers**, paragraph **(3)** is deleted and replaced by:

   **(3)**   The most we will pay for loss or damage under this Extension is $25,000, unless a higher limit is shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# Additional Property In-Transit Coverage Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**CAUSES OF LOSS - SPECIAL FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following changes are made to section **F.  Additional Coverage Extensions:**

Paragraph **1. Property In Transit, c.**, is deleted and replaced by:

The most we will pay for loss or damage under this Extension is $25,000.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

  **a.** Any of the following, whether belonging to any insured or to others:

    **(1)** Computer hardware, including micropro-cessors;

    **(2)** Computer application software;

    **(3)** Computer operating systems and related software;

    **(4)** Computer networks;

    **(5)** Microprocessors (computer chips) not part of any computer system; or

    **(6)** Any other computerized or electronic equipment or components; or

  **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorse-ment;

  due to the inability to correctly recognize, pro-cess, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial In-land Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

  **a.** In a "Specified Cause of Loss", or in eleva-tor collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

  **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Caus-es Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", eleva-tor collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modifi-cation of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficien-cies or change any features.

© ISO Properties, Inc.,  2001

# Florida Changes



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Common Policy Conditions**
**Commercial Property Coverage Part**
**Condominium Association Coverage Part**

**A.** **Common Policy Conditions** Section **A. Cancellation** is amended as follows:

    **1.** Paragraph **2.** Of the **Cancellation** Common Policy Condition is replaced by the following:

        **2.** **Cancellation For Policies In Effect 90 Days Or Less**

        If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reason for cancellation, at least:

        **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

        **b.** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

            **(1)** A material misstatement or misrepresentation; or

            **(2)** A failure to comply with underwriting requirements established by the insurer.

    **2.** The following is added to the **Cancellation** Common Policy Condition:

        **7.** **Cancellation For Policies In Effect For More Than 90 Days**

        If this policy has been in effect for more than 90 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

        **a.** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium; or

        **b.** 45 days before the effective date of cancellation, if cancellation is for any other reason.

**B.** The following is added:

**Nonrenewal**

    **1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least 45 days prior to the expiration of this policy.  This requirement does not apply if:

        **a.** We have manifested our willingness to renew, and the offer is not rescinded prior to expiration of the policy; or

        **b.** A notice of cancellation for nonpayment of premium is provided as set forth above.

    **2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.  If notice is mailed, proof of mailing will be sufficient proof of notice.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**COMMERCIAL PROPERTY**
**CP 01 25 02 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.** Broward County;

**2.** Dade County;

**3.** Martin County;

**4.** Monroe County;

**5.** Palm Beach County; and

**6.** All the areas east of the west bank of the Intracoastal Waterway in the counties of:

    **a.** Indian River; and

    **b.** St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**1.** Paint; or

**2.** Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

**a.** The amount of the Windstorm or Hail Deductible; or

**b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

**(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

**(2)** Within 30 days after we receive the sworn proof of loss and:

    **(a)** There is an entry of a final judgment; or

    **(b)** There is a filing of an appraisal award with us; or

**(3)** Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

    **(a)** A claim under a policy covering residential property;

    **(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

© Insurance Services Office, Inc., 2011

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E. Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed, as indicated in Paragraphs **E.1.** through **E.4.;** and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

**1.** In the Causes Of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**2.** In the Causes Of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**3.** In the Causes Of Loss – Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

**4.** In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**1.** The abrupt collapse of the ground cover;

**2.** A depression in the ground cover clearly visible to the naked eye;

**3.** "Structural damage" to the building, including the foundation; and

**4.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

**1.** The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

**2.** The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

**3.** Civil Authority coverage is subject to all other provisions of that Additional Coverage.

**H.** The following provisions are added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

    **(1)** A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

    This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

    **(2)** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

**I.** The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

**1.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

**2.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

**3.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

**4.** Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

**5.** Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

© Insurance Services Office, Inc., 2011

IL 01 75 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

COMMERCIAL PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

**1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**2.** Mudslide or mudflow;

**3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**4.** Water under the ground surface pressing on, or flowing or seeping through:

**a.** Foundations, walls, floors or paved surfaces;

**b.** Basements, whether paved or not; or

**c.** Doors, windows or other openings; or

**5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

    © ISO Properties, Inc., 2006       ☐



# Important Notice
**Service of Suit and In Witness Clause**

**Service of Suit**

In the event an action or proceeding arises under the contract, it is agreed that the Company, at your request, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver or limitation of the right to arbitration as set forth herein or to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or any state in the United States. It is further agreed that service of process in such suit may be made upon Illinois Corporation Service Company,  801 Adlai Stevenson Drive, Springfield, IL 62703.  In any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance, other officer specified for that purpose in the statute, or his successors in office as its true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured of any beneficiary hereunder arising out of this policy of insurance and hereby designates the above named Illinois Corporation Service Company as the entity to whom the said officer is authorized to mail such process or a true copy thereof.

**In Witness Clause**

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President                                                           Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email**: info.source@zurichna.com

**ISLAND ROOFING**
WE'RE HERE TO MAKE IT EASY

**Island Roofing and Restoration LLC**
**12342 Tamiami Trail East, Suite 201**
**Naples, FL 34113 (239) 778-4050**

**Certified Roofing Contractor CCC1327412**
**Certified General Contractor CGC1512249**

Board Member: Kathleen Janeski          Board Member James Rosa

Address: 1295 Wildwood Lakes Blvd, Naples, FL 34104

Phone: 239-354-3200          Email: thumperj@comcast.net

Insurance Co.: Zurich          Policy #: ECL 9490173-04

Claim #: 5630010470          Date of Loss: 09/10/2017

This Agreement made by and between Island Roofing and Restoration, LLC., hereinafter called the "Contractor" and the above-named Enclave at Naples Condominium Association, Inc., hereinafter called the "Association." This document is the full Agreement between Association and Contractor, regardless of any prior proposals or communications. Contractor and Association, for the consideration named herein, the sufficiency hereby acknowledged, hereby agree as follows:

**Article 1 - Objective -** The Association hereby hires Contractor to perform a replacement of the roof and other repairs on the property damaged as a result of a casualty/loss suffered by Association on or about September 10, 2017. The Association's casualty/loss is an insurable event and is covered by Association's Insurance Policy. Contractor has prepared a proposed Scope of Work reflecting all necessary repairs related to the Agreement (the "Work"). The Work is described in detail and included herein as Amendment "A" and EXHIBITS "1-4" as attached hereto.

**Article 2 – Insurance -**Through the assignment of benefits agreed to in Article 3, Contractor will communicate and negotiate with Insurance Company regarding the Work, additions, supplements, and pricing.   Association shall be responsible for only the insurance deductible in the amount of $2,500,000.00 (Two Million Five Hundred Thousand USD ("Insurance Deductible") and no other amounts in any circumstance unless expressly agreed to in writing by the Association.  Contractor will obtain payment directly from the Insurance Company for monies owed to Contractor in excess of the Insurance Deductible. This Agreement applies to all funds received from Insurance Company for this casualty/loss, inclusive of any additions, supplements and/or General Contractor Overhead & Profit paid or payable by the Insurance Company.

**Article 3 – Assignment–** Association(s) hereby assigns to Contractor any and all insurance rights, benefits, and proceeds under any applicable insurance policies relating to the above-referenced casualty/loss. Association makes this assignment in consideration of Contractor's agreement to: a) perform services and supply materials as set forth herein in Amendment "A," and as set forth in EXHIBITS "1-4" attached hereto;  (b) include within this agreement all past, present, and future mitigation work performed by Contractor including but not limited to mitigation as set forth and attached hereto in EXHIBIT 5; (c) assess damages to the roof and all other areas of the Condominium damaged

Initial(s) _____
Contractor

Page **1** of 7

Initial(s) _____
Association President

by the insurable event; (d) pay all past, present, and future costs/fees associated with Reliant Public Adjusters, LLC, in connection to this casualty/loss as set forth in the contract between Association and Reliant Public Adjusters, LLC attached hereto as EXHIBIT "6;" (e) require any buyout of Association's insurance claim by Contractor be by written consent of both Association and Contractor pursuant to the conditions set forth in Article 3, Section 1 a set forth below; and (f) otherwise perform its obligations under its contract with Association, including Contractor  accepting the Association's Insurance Deductible for claims related to the casualty/loss as the only payment responsibility from Association to Contractor.

    a. This Agreement is contingent upon the execution of separate agreement between Association and Reliant Public Adjuster, LLC, releasing Association from any and all obligations pursuant to the contract between Association and Reliant Public Adjuster, LLC attached hereto as EXHIBIT "6."

    b. Should Association and Contractor agree in writing to Contractor's buyout of Association's insurance claim, Contractor agrees to be bound by all agreements herein relating to the delivery of the Work and Additional Work as requested by the Association and/or Additional Work pursuant to the supplemental claims.  Contractor shall deposit 25% of the amount of "Total Work" (as described herein in Addendum "A") into escrow account within two (2) days of buyout of Association's insurance claim. Said monies shall remain in escrow until such time as the conditions for are met for the payment of the final deductible invoice pursuant to Article 9.

**Article 4 – Direct to Pay -** We hereby authorize and unequivocally demand direct payment of any benefits or proceeds for services rendered by Contractor to be made payable solely to Contractor and shall be delivered directly and exclusively to Contractor. The Insurance Deductible, and any portion of work requested by Association involving property betterment, depreciation, or additional work not related to code enforcement and not covered by the Association's insurance policy, is ultimately the Association's responsibility. See Addendum "A" included herein and EXHIBITS "1-4" attached hereto.

**Article 5 –** Association(s) agree(s) to assist Contractor in obtaining payment from the Insurance Company by providing all necessary document reasonably required by Contractor and/or Insurance Company and by executing any additional documents reasonably required by Contractor and/or Insurance Company to make the payments to Contractor.

**Article 6 – Lien Warning:** Florida law mandates the following provision be included in all residential construction contracts:

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND SERVICES AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THE CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THOSE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY**

PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.

## TERMS AND CONDITIONS

**Article 7 –Guarantee On Material And Workmanship**: All materials are guaranteed to be as specified in the warranty provided by the manufacturer's warranty. The installation is guaranteed to be performed in accordance with the permits approved by the municipal authority having jurisdiction over the Work for ten years from the date of substantial completion. However, no warranty will be provided for damage caused to the Work by ordinary wear and tear, lack of adequate maintenance, or acts of God, including hurricanes, tornadoes, and the like.

**Article 8 – Scope of Work:** Within the agreed upon Work outlined in this Proposal, and subject to Article 2, for which the costs have been estimated in the amount of $6,853,187.60 (Six Million Eight Hundred Fifty-three Thousand One Hundred Eighty-seven and 60/100 USD), Contractor guarantees that Contractor will perform all repairs as identified in the agreed upon Work. Contractor further agrees that it will perform all repairs identified within the agreed Work regardless of whether those repairs are covered by the subject insurance policy. Nothing within this Agreement is intended to, nor does it, relieve the Association of its obligation to contributed funds for the repairs to the subject property in the amount of the Insurance Deductible as provided for within Article 2. All work will be in accordance with all Florida statutes, codes, and Work and if applicable, Additional Work as set forth herein as Addendum "A" and EXHIBITS "1-4" attached hereto.

**Article 9 – Payment Schedule:**
Article 2 sets forth Association's total payment responsibility under this Agreement. Payments thereto shall by tendered as follows:

1.    When Work on the Clubhouse commences, the Association shall make an initial payment of $275,000.00 to Contractor.

2.    Thereafter, and in accordance with Article 9, Paragraph 3 below, at the Commencement of construction for each building, the Association shall pay to Contractor 40% of the Association's Insurance Deductible for which it is responsible for. Upon Substantial Completion of each building, Association shall pay to Contractor 50% of the Association's Insurance Deductible payment responsibility for the substantially completed building. The remaining 10% of the Association's Insurance Deductible for each building shall be paid as part of the final payment referenced in subsection (5) below. For purpose of this subsection (2), "Commencement" shall mean the issuance of a permit for the Contractor to replace the roofs on each building on the property, and "Substantial Completion" shall mean the Contractor's request for final inspection for the roof on each building on the property.

3.    Notwithstanding the above, Contractor Acknowledge that the Work may proceed at a pace which exceeds the unit owner's assessment obligations to the Association to pay the Insurance Deductible. As a result, in the event that Contractor is entitled to payment which exceed $615,000 per calendar quarter (as defined below) resulting from commencement and completion payments, then the Association shall be obligated to pay Contractor sum amounts not to exceed $615,000 per calendar quarter and any additional amounts owed above $615,000 per calendar quarter shall be included in the final payment.

4.    For purposes of this section the term "calendar quarter" shall mean: 1) January 1 through March 31, 2) April 1 through June 30, 3) July 1 through September 30, October 1 through December 31.

Initial(s) _____    Page **3** of 7    Initial(s) _____
Contractor    Association President

5.     Upon completion of all Work and accordance with Article 12, Section C, the Association shall pay to Contractor the balance due from Association to Contractor minus financing fees incurred by Association pursuant to Greensky loans.  For purposes of this subsection, the phrase "completion of all Work" shall mean that all inspections have been passed and all permits related to the Work and Additional Work being performed pursuant to this Agreement have been closed.

**Article 10 – Three Day Right Of Rescission**: Association may cancel this Agreement at any time before midnight of the third business day after the date of this agreement.

**Article 11 – Time of Completion:** Association acknowledges that delays to the progress of the Work can be caused by events out of Contractor's control, including but not limited to delays in permit processing, inspections, material shortages, unavailability of qualified workers, and severe weather events. Contractor shall not be liable for failure to undertake or complete the Work within a particular time pursuant to such events out of Contractors control. Contractor may suspend the Work for causes beyond its control, including but not limited to fire, flood or other casualty; the presence on or beneath the work site of utilities, facilities, substances, or objects, including but not limited to any substance that is hazardous or toxic or the reporting, remediation, clean-up of which is required by any law or regulation (together "subsurface conditions"); or labor disputes.

**Article 12 – General Provisions**

A. Contractor will maintain Workers' Compensation covering its employees, as well as General Liability Insurance, as required by law.

B. Association shall provide suitable access to the work area. Contractor will provide the Association thirty (30) days written notice of all necessary access requirements and a complete list of other work that requires completion prior to Contractor commencing and/or-completing Total Work.   If Contractor's work is dependent upon or must be undertaken in conjunction with the work of others, such work shall be so performed and completed as to permit Contractor to perform its work hereunder in a normal uninterrupted single shift operation.

C. Final payment for all work performed hereunder shall be made pursuant to Article 9 and upon issuance of a Certificate of Occupancy by the building department or upon passing final inspection by the building department ("Due Date").  Interest at the rate of one and one-half percent (1 ½ %) per month shall accrue on all unpaid balances from the due date to the date Contractor receives final payment.

Upon final payment by the Association, Contractor hereby releases of any and all lien rights related to the Property which may arise under this Agreement or related to Contractor's rights or claims arising out of the insurance policy.

D. Attorney's Fees and Costs: If any action is brought arising out of or related to this Agreement, the prevailing party shall be entitled to reasonable attorney's fees (at all levels), costs, and necessary disbursements in addition to any other relief to which it may be entitled.

E. Indemnification.  Contractor shall indemnify, defend, and hold harmless the Association, as well

Initial(s) _____
Contractor

Page **4** of 7

Initial(s) _____
Association President

as the directors, officers, and employees of the Association, from and against any and all disputes, actions, damages, lawsuits, expenses, and claims arising out of or in connection with the Agreement, which result in bodily injury to or death of any person, or damage to or destruction or loss of, tangible real and/or personal property of any person, including the Association common areas, to the extent such injury, death, damage, destruction, or loss, was proximately caused by the negligent or intentionally wrongful acts or omissions of Contractor, including its agents and subcontractors, or the owners, partners, directors, officers, employees, agents, or contractors (excluding the Association) of Contractor, in connection with the Agreement.

Contractor hereby agrees to indemnify and hold the Association harmless against any damages, costs, expenses (including, without limitation, reasonable attorneys' fees), losses, claims, and liabilities arising out of or in connection with the failure of Contractor to bond off liens filed against the Work, the Association's property, or the site of any of the Work for payments due Contractor. Contractor hereby agrees that amounts which are subject to a good faith dispute shall not be deemed due and owing. Costs incurred by Contractor on account of bonding off liens shall be paid by the Association only if it is finally determined that the disputed amount was due and owing to Contractor and only to the extent such costs are reasonable.

F. Venue and Choice of Law: The parties agree that venue for any action arising out of this Agreement or performance hereunder, must be in Collier County, Florida, to the exclusion of all other places. This Agreement is governed and will be interpreted in accordance with Florida Law.

G. This Agreement may be amended only by a written instrument signed by both parties.

H. If after the roof has been completed and paid in full, including supplements, additions and/or Contractor's Overhead and Profit allotted for the roof, the Association or Contractor should want to terminate its contractual obligations to the other they may do so with no penalties.

**Addendum "A": Scope of Work/Production Plan, Concealed Conditions, and Changes in Scope of Work:**

1. Scope of Work/Production Plan – The first building reroofed will be the Clubhouse, and Contractor will work from the entrance of the property to the rear. Contractor will next perform work on all residences, and the garages and carports last. Contractor will perform work on four (4) buildings at a time, starting the next building each time a building in production is complete. Once construction has begun, Contractor will continue roofing until Total Work is complete.

Contractor will replace all awnings, at no additional cost to Association, even if only the ACV amount is allotted per insurance policy exclusions.

Contractor will remove and replace all un-nailable substrates (e.g. fascia and plywood) that is required for a successful reroof at no additional cost to Association, even if Insurance Company does not pay for it. Contractor will paint the replaced fascia, and if the Insurance Company does not pay for the painting of the replaced fascia the Association will incur no additional expense.

Contractor will remove and replace all 4" x 5" wall flashings required to get the underlayment up the roof 4" and perform the subsequent stucco repairs and paint touch up if needed, at no additional cost to Association. If Insurance Company approves and pays for line of sight painting for the stucco repairs, the Contractor will also perform the additional painting that is paid for by the Insurance Company. If the Insurance Company pays for line of sight repainting, then Contractor agrees to paint the doors at no cost to the Association.

Contractor agrees to remove a single sheet of plywood on each roof top, to allow for fire sprinkler system check, during tear off. Contractor will coordinate with the Association's Fire Sprinkler vendor for this work. Contractor will re-nail the roof deck as required by code, and Association will incur no additional costs for the fire sprinkler system check.

Contractor agrees that in at all stages, the Scope of Work includes any and all improvements necessary to comply with current and applicable building codes.  Any such expenses necessary to accomplish improvements to the same shall be included in claims from Contractor to Insurance Company and at no time shall Association be responsible for said building code improvement expenses.

Roofing System – Contractor will install Tag-Stick 2 ply underlayment system, with a 2- component foam adhesive attachment method for the concrete tile. Hip and Ridge metal will be installed as required by code. All other roof components will be installed according to relevant codes.

2. <u>Changes in Scope of Work – Association requested</u>:  Any change in the Scope of Work concerning property damage not covered by the Association's insurance policy and specifically requested by Association or required by Association plan reviewers, involving extra work and/or costs ("Additional Work") will only be performed with an Association approved change order, and this work done by change order will be charged on a time and material basis, plus 20% for Contractor's profit and overhead expenses.   The cost of the Additional Work will be invoiced separately by the Contractor and will be paid by Association within sixty (60) days of receipt.

3. <u>Changes in Scope of Work – Concealed Conditions</u>:   Contractor acknowledges that Contractor is receiving an assignment of all benefits under the Association's insurance policy, which may include benefits for damages under the roof system and other latent damage.  Additional Work may be required if concealed conditions are discovered after work has commenced which require work beyond the Work described in Article 1.  Concealed conditions shall be defined as: damage to units, common elements, and/or limited common elements caused on or about September 10, 2017 and not readily observable at the time of signing this Agreement.  Contractor may, at its discretion, stop work until the parties execute a Change Order describing Additional Work, and the Insurance Company has sufficient time to investigate a supplemental claim to the same.   The cost of the Additional Work pursuant to a supplemental claim for concealed conditions will be added to the outstanding balance to be paid by the Insurance Company and, except for the original Insurance Deductible payment, not assessed against the Association.

4. The Contractor shall deliver the full Work as detailed herein plus any Additional Work as requested by Association or pursuant to a supplemental claim ("Total Work") for a value commensurate with the negotiated amounts between Contractor and the Insurance Company and/or the Association as

Initial(s) _____
Contractor

Page **6** of 7

Initial(s) _____
Association President

the case may be. Contractor shall deliver such Total Work, whether the insurance carrier approves payment. Insurance carrier non-acceptance in full or in part of such Total Work will not affect Time of Completion as set forth in Article 11.

NOTICE OF CLAIM:  Florida law mandates the following provisions be included in all residential construction contracts:

### CHAPTER 558 NOTICE OF CLAIM

ANY CLAIMS FOR CONSTRUCTION DEFECTS ARE SUBJECT TO THE NOTICE AND CURE PROVISIONS OF CHAPTER 558, FLORIDA STATUTES.
### FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND

PAYMENT MAY BE AVAILABLE FROM THE FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

FLORIDA CONSTRUCTION INDUSTRY LICENSING
BOARD 1940 MONROE STREET, SUITE 33
TALLAHASSEE, FL 32399-1039
Phone: 850.487.1395

**We represent and warrant that we are the Contractor's and Association's respective representatives and that we have the authority to execute this contract relating to the aforementioned real estate. We have read and fully understand this Agreement and we agree to all Terms and Conditions contained herein.  We have received a signed copy of this agreement.**

| _____ 11-23-2018 | _____ 11/23/18 |
|---|---|
| **ISLAND ROOFING, LLC.** **Date** | **ENCLAVE AT NAPLES** **Date** |
| FOR THE COMPANY __Jason S Martin__ | IT'S PRESIDENT, __Kathleen Janeski__ |

_____ 11/23/18
**ENCLAVE AT NAPLES** **Date**
IT'S VICE-PRESIDENT, _____

_____
**ENCLAVE AT NAPLES** **Date**
IT'S DIRECTOR, _____



Zurich
P.O. Box 66941
Chicago, IL 60666

Island Roofing and Restoration, LLC
12342 Tamiami Trail East, Suite 201
Naples, FL 34113



September 10, 2020

Island Roofing and Restoration, LLC
12342 Tamiami Trail East, Suite 201
Naples, FL 34113

Claim Number:        5630010470
Named Insured:       Enclave At Naples Condominium Association, Inc.
Policy Number:       ECL-9490173-04
Date of Loss:        09-10-2017
Loss Location:       1295 Wildwood Lake Blvd Naples, FL
Company:             Empire Indemnity Ins. Co.

Dear Mr. Joshua Martin

On August 11, 2020, Empire received the $10,761,515.65 million "RCV" Appraisal Award in this matter. The Appraisal Award, oddly, includes a figure under the "ACV Amount" column that is the same as the figure under "RCV Amount" column. Empire understands that the appraisal panel did not apply depreciation because ACV was not being appraised given that the property was already repaired. In other words, despite the "ACV" label, this Appraisal Award was intended as an "RCV" award, and the Appraisal Award estimate—which includes "zero" for depreciation across the board in the default column for "DEPREC".

After careful review of the policy, the Appraisal Award, and other information Empire recently obtained, it is Empire's position that at this time, it does not owe any more than it has paid so far on this claim. In fact, to date, Empire likely has paid more than it owes under the policy.

As you may know, the policy outlines Empire's payment obligations. Repairs have been performed at the property. Therefore, the Replacement Cost coverage provision is triggered. But payment under that provision is limited, in this case, to amounts actually spent to repair the property under G.3.e. below.

**G. Optional Coverages**
If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**3. Replacement Cost**
   **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   **d.** We will not pay on a replacement cost basis for any loss or damage:
      **(1)** Until the lost or damaged property is actually repaired or replaced; and
      **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

Zurich North America
PO Box 968057
Schaumburg, IL 60196

Phone:    (941(708-0286)
Fax:      (855) 856-5666)

Scott Klaben

Scott.klaben@zurichna.com

Confidential \ Personal Data



Page 2

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property:

        **(a)** Of comparable material and quality; and

        **(b)** Used for the same purpose; or

   **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

   If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

 **f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

Empire has paid more than "the amount actually spent that is necessary to repair or replace the lost or damaged property" and therefore, at this time, does not owe additional amounts. The Enclave, the insured under this policy which must comply with policy terms and conditions, regardless of any assignment, has spent only $2,225,303.25 on repairs and will never owe Island Roofing more than $2.5 million (the exact amount of the deductible is $2,513,193.75), as outlined in a November 23, 2018, contract between Island Roofing and the Enclave. Empire has paid $3,552,199.60 on the claim so far. So, since the "amount actually spent" for repairs never will exceed $2,500,000 or even the sum of $2,513,193,75 (deductible) and $3,552,199.60 (prior payment), Empire does not and will not owe anything more for Replacement Cost coverage.

Also, please note that Empire is continuing its investigation of the claim and Island Roofing's involvement in the 1) claim submission, 2) the appraisal through its appraiser, and 3) the pulling of permits for the roof work. The contract between Island Roofing and the Enclave includes a repair estimate for $6,853,187.60, that is millions less than the estimate submitted to Empire (which totalled $10,701,900.23) or the estimates submitted to the appraisal panel (which we understand may have been as high as $12 million. Likewise, the $6.5 million in total stated values provided in the permit applications reflect repair work far less than amounts presented to the appraisal panel and Empire. Island Roofing never provided the contract it signed with the Enclave, which would have revealed the much lower estimate and the fact that the insured's payment for repairs would never exceed $2.5 million.

Moreover, Empire is concerned that Island Roofing, through its appraiser, increased the amount of the claim, never presented the contract it had with the Enclave, and never revealed the amounts stated on the permit applications for the repair work. Therefore, Empire reserves all rights to contest the validity of the Appraisal Award and is continuing its investigation regarding that aspect of the claim. Nothing here should be considered a waiver of any rights under the policy or Florida law. Empire specifically reserves all such rights.

Confidential \ Personal Data



Page 3

Empire awaits your response and will consider any additional facts or thoughts on the issues raised here.

Please feel free to contact me at (941) 708-0286 if you have questions about the contents of this letter.

Scott Klaben
General Adjuster
Empire Indemnity Insurance Company

Scott.Klaben@Zurichna.com
941-708-0286  (Office)

cc:  Reliant Public Adjusters, James Blunt

## Appraisal of Insurance Claim – Award Form

| | |
|---|---|
| *** Insured(s): | Enclave at Naples Condominium Association, Inc |
| *** Insurer: | Zurich Insurance |
| *** Policy No.: | ECL9490173-04 |
| *** Claim No.: | 5630010470 |
| *** Loss Location: | 1295 Wildwood Lakes Blvd, Naples, FL, 34104 |
| *** Date of Loss: | 9/10/2017 |

**TO THE ABOVE NAMED PARTIES AT INTEREST**:

We, the undersigned, pursuant to our appointment as appraisers and umpire, DO HEREBY CERTIFY, that we have investigated and conscientiously considered all the material facts while performing the duties within our appointment pursuant to the appraisal clause of the subject policy. We have investigated and determined the award for the following sum as the amount of the loss for the above referenced claim number less any prior payments on this day 11th of August, 2020. The appraised value is as follows:

| Description of Coverage Appraised | Award Amount | | Appraised ** Check "Yes" or " No" | | Reason NOT Appraised |
|---|---|---|---|---|---|
| | ACV Amount | RCV Amount | Yes | No | Reason |
| Coverage A/Building | $10,761,515.65 | $10,761,515.65 | Yes | | |
| Law & Ordinance | | | | No | Not Appraised |
| | | | | | |
| | | | | | |
| | | | | | |

This Appraisal Award shall be valid and binding upon all parties concerned if at least two of the three panel members concur in a decision, as evidenced by their signatures below.

This award does not include nor does this award account for or deduct the insured's deductible and/or any prior or advance payments that were made to the insured by this insurer or any other insurer, if any. Additionally, this award does not consider any limitations or exclusions which may or may not exist under the terms of the contract of insurance.

All executed copies shall be considered as counterpart originals.

**WE AGREE TO THE ABOVE**:

Appraiser: _Christopher Charles Khayn_     Date _8/11/2020_

Appraiser: _____     Date _8/11/2020_

Umpire: _Bradford Spradley_

 **SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

| | |
|---|---|
| Insured: | Enclave at Naples Condominium Association, Inc |
| Property: | 1295 Wildwood Lakes Blvd |
| | Naples, FL 34104 |

| | |
|---|---|
| Claim Rep.: | Umpire |
| Estimator: | Umpire |

**Claim Number:** 5630010470          **Policy Number:** ECL9490173-04          **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 9/10/2017 | Date Received: | |
| Date Inspected: | | Date Entered: | 6/28/2020 2:52 PM |

| | |
|---|---|
| Price List: | FLNA8X_JUL20 |
| | Restoration/Service/Remodel |
| Estimate: | ENCLAVE_NAPLES_ |
| | CONDO |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### ENCLAVE_NAPLES_CONDO

### Commercial Building Coverage

### Building #1 - Bldg. #14 - 1150 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 2. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 1,400.00 SF | 1.22 | 22.54 | 346.10 | 2,076.64 | (0.00) | 2,076.64 |
| 3. Roofer - per hour | 14.77 HR | 174.17 | 0.00 | 514.50 | 3,086.99 | (0.00) | 3,086.99 |
| 4. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **22.54** | **1,011.78** | **6,070.72** | **0.00** | **6,070.72** |

#### Building Roof -#1 - Building #14

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 817.65 | 5,797.74 | 34,786.39 | (0.00) | 34,786.39 |
| **Includes: Labor to remove tile roofing, dust protection, (3) story debris chutes, hauling, disposal & dump fees** | | | | | | | |
| 6. Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 7. Re-nailing of roof sheathing - complete re-nail | 10,166. SF 00 | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 8. R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |
| 9. Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 10. Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 11. Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 12. Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 13. R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 14. R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 15. Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 16. R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 17. R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 18. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 19. R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 20. Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 21. Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 4,747.86 | 4,747.86 | (0.00) | 4,747.86 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### CONTINUED - Building Roof -#1 - Building #14

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Building Roof -#1 - Building #14** | | | **4,712.60** | **42,614.34** | **260,988.50** | **0.00** | **260,988.50** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22.  Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **per ABC Supply, Inc in Naples, Florida = $17.60 per square for freight & $30.00 per square for loading onto roof** | | | | | | | |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23.  Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24.  Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals:  Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 25.  R&R Sheathing - plywood - 5/8" CDX | 608.00 SF | 3.81 | 54.90 | 474.28 | 2,845.66 | (0.00) | 2,845.66 |
| **Totals:  Sheathing** | | | **54.90** | **474.28** | **2,845.66** | **0.00** | **2,845.66** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. R&R 1" x 2" lumber (.167 BF per LF) | 375.00 LF | 5.23 | 13.91 | 395.04 | 2,370.20 | (0.00) | 2,370.20 |
| **Totals: 1" x 2" Framing** | | | **13.91** | **395.04** | **2,370.20** | **0.00** | **2,370.20** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. R&R Fascia - 1" x 8" - #1 pine | 153.00 LF | 7.31 | 22.92 | 228.28 | 1,369.63 | (0.00) | 1,369.63 |
| **Totals: Fascia - Repair/Replacement** | | | **22.92** | **228.28** | **1,369.63** | **0.00** | **1,369.63** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 29. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 30. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 31. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. Exterior - paint two coats | 13,675. SF 80 | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals: Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 33. Window Reglazing & Repair * | 1.00 EA | 3,179.00 | 0.00 | 635.80 | 3,814.80 | (0.00) | 3,814.80 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **635.80** | **3,814.80** | **0.00** | **3,814.80** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 34. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 2,514.00 | 72.15 | 517.24 | 3,103.39 | (0.00) | 3,103.39 |
| **Totals: Interior** | | | **72.15** | **517.24** | **3,103.39** | **0.00** | **3,103.39** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 36. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 38. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| **Includes: Dumpster, hauling, disposal and dump fees for all non-related tile roofing material** | | | | | | | |
| 41. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **for daily & post construction clean up of job-site and surrounding areas** | | | | | | | |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #1 - Bldg. #14 - 1150 Wildwood Lakes Blvd** | | | **5,983.95** | **74,273.46** | **451,197.27** | **0.00** | **451,197.27** |

### Building #2 - Bldg #4 - 1160 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 42. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 43. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 400.00 SF | 1.22 | 6.44 | 98.88 | 593.32 | (0.00) | 593.32 |
| 44. Roofer - per hour | 17.41 HR | 174.17 | 0.00 | 606.46 | 3,638.76 | (0.00) | 3,638.76 |
| 45. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **6.44** | **856.52** | **5,139.17** | **0.00** | **5,139.17** |

### Building Roof -#2 - Building #4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Remove Tear off, haul and dispose of tile roofing | 119.76 SQ | 277.11 | 957.61 | 6,828.86 | 40,973.16 | (0.00) | 40,973.16 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 47. Remove Roll roofing | 119.76 SQ | 97.71 | 0.00 | 2,340.36 | 14,042.11 | (0.00) | 14,042.11 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Building Roof -#2 - Building #4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 48.  Re-nailing of roof sheathing - complete re-nail | 11,976. SF 00 | 0.57 | 25.15 | 1,370.30 | 8,221.77 | (0.00) | 8,221.77 |
| 49.  R&R Drip edge/gutter apron | 1,568.00 LF | 3.31 | 103.17 | 1,058.66 | 6,351.91 | (0.00) | 6,351.91 |
| 50.  Modified bitumen roof - cold adhesive application | 119.76 SQ | 413.59 | 902.20 | 10,086.74 | 60,520.48 | (0.00) | 60,520.48 |
| 51.  Tile roofing - Concrete - "S" or flat tile | 137.72 SQ | 697.87 | 2,759.28 | 19,774.00 | 118,643.94 | (0.00) | 118,643.94 |
| 52.  Bird stop - Eave closure strip for tile roofing - clay | 388.00 LF | 5.36 | 63.28 | 428.60 | 2,571.56 | (0.00) | 2,571.56 |
| 53.  Hip & ridge nailer board for tile roofing - channel metal | 194.00 LF | 3.34 | 21.73 | 133.94 | 803.63 | (0.00) | 803.63 |
| 54.  R&R Ridge / Hip / Rake cap - tile roofing | 194.00 LF | 18.32 | 94.25 | 729.68 | 4,378.01 | (0.00) | 4,378.01 |
| 55.  R&R Mortar bed for tile | 1,056.00 SF | 8.41 | 133.80 | 1,802.94 | 10,817.70 | (0.00) | 10,817.70 |
| 56.  Step flashing | 862.00 LF | 11.63 | 82.06 | 2,021.44 | 12,128.56 | (0.00) | 12,128.56 |
| 57.  R&R Flashing - pipe jack - lead | 50.00 EA | 85.78 | 126.25 | 883.06 | 5,298.31 | (0.00) | 5,298.31 |
| 58.  R&R Roof vent - off ridge type - 6' | 24.00 EA | 221.85 | 113.62 | 1,087.60 | 6,525.62 | (0.00) | 6,525.62 |
| 59.  R&R Flat roof exhaust vent / cap - gooseneck 5"* | 40.00 EA | 94.68 | 75.32 | 772.50 | 4,635.02 | (0.00) | 4,635.02 |
| 60.  R&R Roof vent -large turtle type - Metal* | 28.00 EA | 116.49 | 85.99 | 669.54 | 4,017.25 | (0.00) | 4,017.25 |
| 61.  Remove Additional charge for high roof (2 stories or greater) | 119.76 SQ | 5.46 | 0.00 | 0.00 | 653.89 | (0.00) | 653.89 |
| 62.  Additional charge for high roof (2 stories or greater) | 137.12 SQ | 40.58 | 0.00 | 0.00 | 5,564.33 | (0.00) | 5,564.33 |
| **Totals:  Building Roof -#2 - Building #4** | | | **5,543.71** | **49,988.22** | **306,147.25** | **0.00** | **306,147.25** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Delivery charge / loading up to 37' * | 141.06 EA | 47.60 | 0.00 | 1,342.90 | 8,057.36 | (0.00) | 8,057.36 |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,342.90** | **8,057.36** | **0.00** | **8,057.36** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 64.  Scaffolding - easement protection * | 1.00 EA | 74,416.29 | 0.00 | 14,883.26 | 89,299.55 | (0.00) | 89,299.55 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Scaffolding / Easement Overhead Protection | | | 0.00 | 14,883.26 | 89,299.55 | 0.00 | 89,299.55 |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 65. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| Totals: Commercial Supervision | | | 0.00 | 967.16 | 5,802.93 | 0.00 | 5,802.93 |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 66. R&R Sheathing - plywood - 5/8" CDX | 1,216.00 SF | 3.81 | 109.80 | 948.54 | 5,691.30 | (0.00) | 5,691.30 |
| Totals: Sheathing | | | 109.80 | 948.54 | 5,691.30 | 0.00 | 5,691.30 |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 67. R&R 1" x 2" lumber (.167 BF per LF) | 500.00 LF | 5.23 | 18.55 | 526.72 | 3,160.27 | (0.00) | 3,160.27 |
| Totals: 1" x 2" Framing | | | 18.55 | 526.72 | 3,160.27 | 0.00 | 3,160.27 |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Fascia - 1" x 8" - #1 pine | 286.00 LF | 7.31 | 42.84 | 426.70 | 2,560.20 | (0.00) | 2,560.20 |
| Totals: Fascia - Repair/Replacement | | | 42.84 | 426.70 | 2,560.20 | 0.00 | 2,560.20 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 69. Remove Metal lath & stucco | 1,293.00 SF | 0.80 | 0.00 | 206.88 | 1,241.28 | (0.00) | 1,241.28 |
| 70. Metal lath & stucco | 1,293.00 SF | 6.87 | 157.49 | 1,808.08 | 10,848.48 | (0.00) | 10,848.48 |
| 71. R&R House wrap (air/moisture barrier) | 1,293.00 SF | 0.31 | 14.48 | 83.06 | 498.37 | (0.00) | 498.37 |
| 72. Stucco Plasterer - per hour | 60.00 HR | 40.11 | 0.00 | 481.32 | 2,887.92 | (0.00) | 2,887.92 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **171.97** | **2,579.34** | **15,476.05** | **0.00** | **15,476.05** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Exterior - paint two coats | 15,180. SF 13 | 2.45 | 754.45 | 7,589.16 | 45,534.93 | (0.00) | 45,534.93 |
| **Totals: Exterior Painting** | | | **754.45** | **7,589.16** | **45,534.93** | **0.00** | **45,534.93** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Window Reglazing & Repair * | 1.00 EA | 1,530.00 | 0.00 | 306.00 | 1,836.00 | (0.00) | 1,836.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **306.00** | **1,836.00** | **0.00** | **1,836.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 78. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 80. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 81. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #2 - Bldg #4 - 1160 Wildwood Lakes Blvd** | | | **6,901.98** | **84,016.78** | **510,572.73** | **0.00** | **510,572.73** |

## Building #3 - Bldg #15 - 1170 Wildwood Lakes Blvd

### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 82. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 83. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 1,440.00 SF | 1.22 | 23.18 | 356.00 | 2,135.98 | (0.00) | 2,135.98 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 84. Roofer - per hour | 14.77 HR | 174.17 | 0.00 | 514.50 | 3,086.99 | (0.00) | 3,086.99 |
| 85. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **23.18** | **1,021.68** | **6,130.06** | **0.00** | **6,130.06** |

### Building Roof -#3 - Building #15

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 86. Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.88 | 5,796.78 | 34,780.66 | (0.00) | 34,780.66 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 87. Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 88. Re-nailing of roof sheathing - complete re-nail | 10,166. SF 00 | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 89. R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |
| 90. Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 91. Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 92. Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 93. Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 94. R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 95. R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 96. Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 97. R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 98. R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 99. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 100. R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 101. Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 102. Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals: Building Roof -#3 - Building #15** | | | **4,707.83** | **42,613.38** | **260,982.77** | **0.00** | **260,982.77** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 103.  Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 104.  Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 105.  Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals:  Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 106.  R&R Sheathing - plywood - 5/8" CDX | 1,312.00 SF | 3.81 | 118.47 | 1,023.44 | 6,140.63 | (0.00) | 6,140.63 |
| **Totals:  Sheathing** | | | **118.47** | **1,023.44** | **6,140.63** | **0.00** | **6,140.63** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 107.  R&R 1" x 2" lumber (.167 BF per LF) | 429.00 LF | 5.23 | 15.92 | 451.92 | 2,711.51 | (0.00) | 2,711.51 |
| **Totals:  1" x 2" Framing** | | | **15.92** | **451.92** | **2,711.51** | **0.00** | **2,711.51** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 108. R&R Fascia - 1" x 8" - #1 pine | 255.00 LF | 7.31 | 38.20 | 380.46 | 2,282.71 | (0.00) | 2,282.71 |
| **Totals: Fascia - Repair/Replacement** | | | **38.20** | **380.46** | **2,282.71** | **0.00** | **2,282.71** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 109. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 110. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 111. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 112. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 113. Exterior - paint two coats | 13,675. SF 80 | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals: Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 114. R&R Gutter / downspout - aluminum - 7" to 8" | 257.00 LF | 14.46 | 209.04 | 785.04 | 4,710.30 | (0.00) | 4,710.30 |
| **Totals: Gutters** | | | **209.04** | **785.04** | **4,710.30** | **0.00** | **4,710.30** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 115. Window Reglazing & Repair * | 1.00 EA | 1,295.00 | 0.00 | 259.00 | 1,554.00 | (0.00) | 1,554.00 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Screen Repair/Replacement** | | | **0.00** | **259.00** | **1,554.00** | **0.00** | **1,554.00** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 116.  Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 2,873.00 | 82.46 | 591.10 | 3,546.56 | (0.00) | 3,546.56 |
| **Totals: Interior** | | | **82.46** | **591.10** | **3,546.56** | **0.00** | **3,546.56** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 117.  Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 118.  Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 119.  Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 120. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 121. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 122. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 123. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #3 - Bldg #15 - 1170 Wildwood Lakes Blvd** | | | **6,280.03** | **75,522.72** | **458,692.91** | **0.00** | **458,692.91** |

### Building #4 - Bldg #5 - 1180 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 124. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 125. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 800.00 SF | 1.22 | 12.88 | 197.78 | 1,186.66 | (0.00) | 1,186.66 |
| 126. Roofer - per hour | 17.41 HR | 174.17 | 0.00 | 606.46 | 3,638.76 | (0.00) | 3,638.76 |
| 127. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **12.88** | **955.42** | **5,732.51** | **0.00** | **5,732.51** |

### Building Roof -#4 - Building #5



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 128.  Remove Tear off, haul and dispose of tile roofing | 119.76 SQ | 277.11 | 957.61 | 6,828.86 | 40,973.16 | (0.00) | 40,973.16 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 129.  Remove Roll roofing | 119.76 SQ | 97.71 | 0.00 | 2,340.36 | 14,042.11 | (0.00) | 14,042.11 |
| 130.  Re-nailing of roof sheathing - complete re-nail | 11,976.00 SF | 0.57 | 25.15 | 1,370.30 | 8,221.77 | (0.00) | 8,221.77 |
| 131.  R&R Drip edge/gutter apron | 1,568.00 LF | 3.31 | 103.17 | 1,058.66 | 6,351.91 | (0.00) | 6,351.91 |
| 132.  Modified bitumen roof - cold adhesive application | 119.76 SQ | 413.59 | 902.20 | 10,086.74 | 60,520.48 | (0.00) | 60,520.48 |
| 133.  Tile roofing - Concrete - "S" or flat tile | 137.72 SQ | 697.87 | 2,759.28 | 19,774.00 | 118,643.94 | (0.00) | 118,643.94 |
| 134.  Bird stop - Eave closure strip for tile roofing - clay | 388.00 LF | 5.36 | 63.28 | 428.60 | 2,571.56 | (0.00) | 2,571.56 |
| 135.  Hip & ridge nailer board for tile roofing - channel metal | 194.00 LF | 3.34 | 21.73 | 133.94 | 803.63 | (0.00) | 803.63 |
| 136.  R&R Ridge / Hip / Rake cap - tile roofing | 194.00 LF | 18.32 | 94.25 | 729.68 | 4,378.01 | (0.00) | 4,378.01 |
| 137.  R&R Mortar bed for tile | 1,056.00 SF | 8.41 | 133.80 | 1,802.94 | 10,817.70 | (0.00) | 10,817.70 |
| 138.  Step flashing | 862.00 LF | 11.63 | 82.06 | 2,021.44 | 12,128.56 | (0.00) | 12,128.56 |
| 139.  R&R Flashing - pipe jack - lead | 50.00 EA | 85.78 | 126.25 | 883.06 | 5,298.31 | (0.00) | 5,298.31 |
| 140.  R&R Roof vent - off ridge type - 6' | 24.00 EA | 221.85 | 113.62 | 1,087.60 | 6,525.62 | (0.00) | 6,525.62 |
| 141.  R&R Flat roof exhaust vent / cap - gooseneck 5"* | 40.00 EA | 94.68 | 75.32 | 772.50 | 4,635.02 | (0.00) | 4,635.02 |
| 142.  R&R Roof vent -large turtle type - Metal* | 28.00 EA | 116.49 | 85.99 | 669.54 | 4,017.25 | (0.00) | 4,017.25 |
| 143.  Remove Additional charge for high roof (2 stories or greater) | 119.76 SQ | 5.46 | 0.00 | 0.00 | 653.89 | (0.00) | 653.89 |
| 144.  Additional charge for high roof (2 stories or greater) | 137.12 SQ | 40.58 | 0.00 | 0.00 | 5,564.33 | (0.00) | 5,564.33 |

| **Totals:  Building Roof -#4 - Building #5** | | | **5,543.71** | **49,988.22** | **306,147.25** | **0.00** | **306,147.25** |
|---|---|---|---|---|---|---|---|

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 145.  Delivery charge / loading up to 37' * | 141.06 EA | 47.60 | 0.00 | 1,342.90 | 8,057.36 | (0.00) | 8,057.36 |

| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,342.90** | **8,057.36** | **0.00** | **8,057.36** |
|---|---|---|---|---|---|---|---|

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 146.  Scaffolding - easement protection * | 1.00 EA | 74,416.29 | 0.00 | 14,883.26 | 89,299.55 | (0.00) | 89,299.55 |

| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **14,883.26** | **89,299.55** | **0.00** | **89,299.55** |
|---|---|---|---|---|---|---|---|



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 147. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 148. R&R Sheathing - plywood - 5/8" CDX | 1,696.00 SF | 3.81 | 153.15 | 1,322.98 | 7,937.89 | (0.00) | 7,937.89 |
| **Totals: Sheathing** | | | **153.15** | **1,322.98** | **7,937.89** | **0.00** | **7,937.89** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 149. R&R 1" x 2" lumber (.167 BF per LF) | 434.00 LF | 5.23 | 16.10 | 457.18 | 2,743.10 | (0.00) | 2,743.10 |
| **Totals: 1" x 2" Framing** | | | **16.10** | **457.18** | **2,743.10** | **0.00** | **2,743.10** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 150. R&R Fascia - 1" x 8" - #1 pine | 355.00 LF | 7.31 | 53.18 | 529.66 | 3,177.89 | (0.00) | 3,177.89 |
| **Totals: Fascia - Repair/Replacement** | | | **53.18** | **529.66** | **3,177.89** | **0.00** | **3,177.89** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 151. Remove Metal lath & stucco | 1,293.00 SF | 0.80 | 0.00 | 206.88 | 1,241.28 | (0.00) | 1,241.28 |
| 152. Metal lath & stucco | 1,293.00 SF | 6.87 | 157.49 | 1,808.08 | 10,848.48 | (0.00) | 10,848.48 |
| 153. R&R House wrap (air/moisture barrier) | 1,293.00 SF | 0.31 | 14.48 | 83.06 | 498.37 | (0.00) | 498.37 |
| 154. Stucco Plasterer - per hour | 60.00 HR | 40.11 | 0.00 | 481.32 | 2,887.92 | (0.00) | 2,887.92 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Stucco** | | | **171.97** | **2,579.34** | **15,476.05** | **0.00** | **15,476.05** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 155. Exterior - paint two coats | 15,180. SF 13 | 2.45 | 754.45 | 7,589.16 | 45,534.93 | (0.00) | 45,534.93 |
| **Totals: Exterior Painting** | | | **754.45** | **7,589.16** | **45,534.93** | **0.00** | **45,534.93** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 156. Window Reglazing & Repair * | 1.00 EA | 2,755.00 | 0.00 | 551.00 | 3,306.00 | (0.00) | 3,306.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **551.00** | **3,306.00** | **0.00** | **3,306.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 157. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 158. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 159.  Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals:  Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 160.  Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals:  Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 161.  Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals:  Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 162.  Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 163.  Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals:  Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total:  Building #4 - Bldg #5 - 1180 Wildwood Lakes Blvd** | | | **6,959.66** | **84,768.54** | **515,083.18** | **0.00** | **515,083.18** |

### Building #5 - Bldg #13 - 1185 Wildwood Lakes Blvd

### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 164.  Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 165.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 2,240.00 SF | 1.22 | 36.06 | 553.78 | 3,322.64 | (0.00) | 3,322.64 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

## CONTINUED - Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 166.  Roofer - per hour | 14.77 HR | 174.17 | 0.00 | 514.50 | 3,086.99 | (0.00) | 3,086.99 |
| 167.  Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals:  Mitigation** | | | **36.06** | **1,219.46** | **7,316.72** | **0.00** | **7,316.72** |

### Building Roof -#5 - Building #13

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 168.  Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.88 | 5,796.78 | 34,780.66 | (0.00) | 34,780.66 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 169.  Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 170.  Re-nailing of roof sheathing - complete re-nail | 10,166. SF 00 | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 171.  R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |
| 172.  Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 173.  Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 174.  Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 175.  Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 176.  R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 177.  R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 178.  Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 179.  R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 180.  R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 181.  R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 182.  R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 183.  Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 184.  Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals:  Building Roof -#5 - Building #13** | | | **4,707.83** | **42,613.38** | **260,982.77** | **0.00** | **260,982.77** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 185. Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 186. Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 187. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 188. R&R Sheathing - plywood - 5/8" CDX | 864.00 SF | 3.81 | 78.02 | 673.98 | 4,043.84 | (0.00) | 4,043.84 |
| **Totals: Sheathing** | | | **78.02** | **673.98** | **4,043.84** | **0.00** | **4,043.84** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 189. R&R 1" x 2" lumber (.167 BF per LF) | 187.00 LF | 5.23 | 6.94 | 196.98 | 1,181.93 | (0.00) | 1,181.93 |
| **Totals: 1" x 2" Framing** | | | **6.94** | **196.98** | **1,181.93** | **0.00** | **1,181.93** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 190. R&R Fascia - 1" x 8" - #1 pine | 273.00 LF | 7.31 | 40.90 | 407.32 | 2,443.85 | (0.00) | 2,443.85 |
| **Totals: Fascia - Repair/Replacement** | | | **40.90** | **407.32** | **2,443.85** | **0.00** | **2,443.85** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 191. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 192. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 193. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 194. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 195. Exterior - paint two coats | 13,675.80 SF | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals: Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 196. Window Reglazing & Repair * | 1.00 EA | 5,109.00 | 0.00 | 1,021.80 | 6,130.80 | (0.00) | 6,130.80 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **1,021.80** | **6,130.80** | **0.00** | **6,130.80** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 197. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 2,388.00 | 68.54 | 491.30 | 2,947.84 | (0.00) | 2,947.84 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

**CONTINUED - Interior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Interior** | | | **68.54** | **491.30** | **2,947.84** | **0.00** | **2,947.84** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 198.  Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals:  Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 199.  Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals:  Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 200.  Awnings & Patio Covers (Bid Item) | 1.00 EA | 6,100.00 | 0.00 | 1,220.00 | 7,320.00 | (0.00) | 7,320.00 |
| **Totals:  Awnings** | | | **0.00** | **1,220.00** | **7,320.00** | **0.00** | **7,320.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 201.  Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals:  Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 202. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 203. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 204. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #5 - Bldg #13 - 1185 Wildwood Lakes Blvd** | | | **6,023.22** | **75,340.92** | **457,602.12** | **0.00** | **457,602.12** |

### Building #6 - Bldg #16 - 1190 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 205. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 206. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 2,540.00 SF | 1.22 | 40.89 | 627.94 | 3,767.63 | (0.00) | 3,767.63 |
| 207. Roofer - per hour | 14.77 HR | 174.17 | 0.00 | 514.50 | 3,086.99 | (0.00) | 3,086.99 |
| 208. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **40.89** | **1,293.62** | **7,761.71** | **0.00** | **7,761.71** |

### Building Roof -#6 - Building #16

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 209. Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.81 | 5,796.76 | 34,780.57 | (0.00) | 34,780.57 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 210. Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 211. Re-nailing of roof sheathing - complete re-nail | 10,166.00 SF | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 212. R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### CONTINUED - Building Roof -#6 - Building #16

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 213.  Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 214.  Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 215.  Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 216.  Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 217.  R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 218.  R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 219.  Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 220.  R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 221.  R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 222.  R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 223.  R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 224.  Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 225.  Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals:  Building Roof -#6 - Building #16** | | | **4,707.76** | **42,613.36** | **260,982.68** | **0.00** | **260,982.68** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 226.  Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 227.  Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 228. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 229. R&R Sheathing - plywood - 5/8" CDX | 1,184.00 SF | 3.81 | 106.92 | 923.60 | 5,541.56 | (0.00) | 5,541.56 |
| **Totals: Sheathing** | | | **106.92** | **923.60** | **5,541.56** | **0.00** | **5,541.56** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 230. R&R 1" x 2" lumber (.167 BF per LF) | 510.00 LF | 5.23 | 18.92 | 537.24 | 3,223.46 | (0.00) | 3,223.46 |
| **Totals: 1" x 2" Framing** | | | **18.92** | **537.24** | **3,223.46** | **0.00** | **3,223.46** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 231. R&R Fascia - 1" x 8" - #1 pine | 326.00 LF | 7.31 | 48.83 | 486.38 | 2,918.27 | (0.00) | 2,918.27 |
| **Totals: Fascia - Repair/Replacement** | | | **48.83** | **486.38** | **2,918.27** | **0.00** | **2,918.27** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 232. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 233. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 234. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 235. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

**CONTINUED - Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 236.  Exterior - paint two coats | 13,675. SF 80 | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals:  Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 237.  Window Reglazing & Repair * | 1.00 EA | 1,385.00 | 0.00 | 277.00 | 1,662.00 | (0.00) | 1,662.00 |
| **Totals:  Screen Repair/Replacement** | | | **0.00** | **277.00** | **1,662.00** | **0.00** | **1,662.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 238.  Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals:  Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 239.  Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals:  Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 240.  Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals:  Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 241.  Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals:  Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 242.  Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals:  Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 243.  Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 244.  Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals:  Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total:  Building #6 - Bldg #16 - 1190 Wildwood Lakes Blvd** | | | **6,008.25** | **74,527.90** | **452,724.05** | **0.00** | **452,724.05** |

### Building #7 - Bldg #3 - 1195 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 245.  Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 246.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 200.00 SF | 1.22 | 3.22 | 49.44 | 296.66 | (0.00) | 296.66 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## CONTINUED - Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 247. Roofer - per hour | 17.41 HR | 174.17 | 0.00 | 606.46 | 3,638.76 | (0.00) | 3,638.76 |
| 248. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 158.10 | 0.00 | 31.62 | 189.72 | (0.00) | 189.72 |
| **Totals: Mitigation** | | | **3.22** | **784.44** | **4,706.64** | **0.00** | **4,706.64** |

## Building Roof - #7 - Building #3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 249. Remove Tear off, haul and dispose of tile roofing | 119.76 SQ | 277.11 | 953.76 | 6,828.10 | 40,968.55 | (0.00) | 40,968.55 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 250. Remove Roll roofing | 119.76 SQ | 97.71 | 0.00 | 2,340.36 | 14,042.11 | (0.00) | 14,042.11 |
| 251. Re-nailing of roof sheathing - complete re-nail | 11,976. SF 00 | 0.57 | 25.15 | 1,370.30 | 8,221.77 | (0.00) | 8,221.77 |
| 252. R&R Drip edge/gutter apron | 1,568.00 LF | 3.31 | 103.17 | 1,058.66 | 6,351.91 | (0.00) | 6,351.91 |
| 253. Modified bitumen roof - cold adhesive application | 119.76 SQ | 413.59 | 902.20 | 10,086.74 | 60,520.48 | (0.00) | 60,520.48 |
| 254. Tile roofing - Concrete - "S" or flat tile | 137.72 SQ | 697.87 | 2,759.28 | 19,774.00 | 118,643.94 | (0.00) | 118,643.94 |
| 255. Bird stop - Eave closure strip for tile roofing - clay | 388.00 LF | 5.36 | 63.28 | 428.60 | 2,571.56 | (0.00) | 2,571.56 |
| 256. Hip & ridge nailer board for tile roofing - channel metal | 194.00 LF | 3.34 | 21.73 | 133.94 | 803.63 | (0.00) | 803.63 |
| 257. R&R Ridge / Hip / Rake cap - tile roofing | 194.00 LF | 18.32 | 94.25 | 729.68 | 4,378.01 | (0.00) | 4,378.01 |
| 258. R&R Mortar bed for tile | 1,056.00 SF | 8.41 | 133.80 | 1,802.94 | 10,817.70 | (0.00) | 10,817.70 |
| 259. Step flashing | 862.00 LF | 11.63 | 82.06 | 2,021.44 | 12,128.56 | (0.00) | 12,128.56 |
| 260. R&R Flashing - pipe jack - lead | 50.00 EA | 85.78 | 126.25 | 883.06 | 5,298.31 | (0.00) | 5,298.31 |
| 261. R&R Roof vent - off ridge type - 6' | 24.00 EA | 221.85 | 113.62 | 1,087.60 | 6,525.62 | (0.00) | 6,525.62 |
| 262. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 40.00 EA | 94.68 | 75.32 | 772.50 | 4,635.02 | (0.00) | 4,635.02 |
| 263. R&R Roof vent -large turtle type - Metal* | 28.00 EA | 116.49 | 85.99 | 669.54 | 4,017.25 | (0.00) | 4,017.25 |
| 264. Remove Additional charge for high roof (2 stories or greater) | 119.76 SQ | 5.46 | 0.00 | 0.00 | 653.89 | (0.00) | 653.89 |
| 265. Additional charge for high roof (2 stories or greater) | 137.12 SQ | 40.58 | 0.00 | 0.00 | 5,564.33 | (0.00) | 5,564.33 |
| **Totals: Building Roof - #7 - Building #3** | | | **5,539.86** | **49,987.46** | **306,142.64** | **0.00** | **306,142.64** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 266. Delivery charge / loading up to 37' * | 141.06 EA | 47.60 | 0.00 | 1,342.90 | 8,057.36 | (0.00) | 8,057.36 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,342.90** | **8,057.36** | **0.00** | **8,057.36** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 267. Scaffolding - easement protection * | 1.00 EA | 74,416.29 | 0.00 | 14,883.26 | 89,299.55 | (0.00) | 89,299.55 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **14,883.26** | **89,299.55** | **0.00** | **89,299.55** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 268. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 269. R&R Sheathing - plywood - 5/8" CDX | 896.00 SF | 3.81 | 80.91 | 698.92 | 4,193.59 | (0.00) | 4,193.59 |
| **Totals: Sheathing** | | | **80.91** | **698.92** | **4,193.59** | **0.00** | **4,193.59** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 270. R&R 1" x 2" lumber (.167 BF per LF) | 210.00 LF | 5.23 | 7.79 | 221.22 | 1,327.31 | (0.00) | 1,327.31 |
| **Totals: 1" x 2" Framing** | | | **7.79** | **221.22** | **1,327.31** | **0.00** | **1,327.31** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 271. R&R Fascia - 1" x 8" - #1 pine | 200.00 LF | 7.31 | 29.96 | 298.40 | 1,790.36 | (0.00) | 1,790.36 |
| **Totals: Fascia - Repair/Replacement** | | | **29.96** | **298.40** | **1,790.36** | **0.00** | **1,790.36** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 272. Remove Metal lath & stucco | 1,293.00 SF | 0.80 | 0.00 | 206.88 | 1,241.28 | (0.00) | 1,241.28 |
| 273. Metal lath & stucco | 1,293.00 SF | 6.87 | 157.49 | 1,808.08 | 10,848.48 | (0.00) | 10,848.48 |
| 274. R&R House wrap (air/moisture barrier) | 1,293.00 SF | 0.31 | 14.48 | 83.06 | 498.37 | (0.00) | 498.37 |
| 275. Stucco Plasterer - per hour | 60.00 HR | 40.11 | 0.00 | 481.32 | 2,887.92 | (0.00) | 2,887.92 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **171.97** | **2,579.34** | **15,476.05** | **0.00** | **15,476.05** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 276. Exterior - paint two coats | 15,180. SF 13 | 2.45 | 754.45 | 7,589.16 | 45,534.93 | (0.00) | 45,534.93 |
| **Totals: Exterior Painting** | | | **754.45** | **7,589.16** | **45,534.93** | **0.00** | **45,534.93** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 277. Window Reglazing & Repair * | 1.00 EA | 2,830.00 | 0.00 | 566.00 | 3,396.00 | (0.00) | 3,396.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **566.00** | **3,396.00** | **0.00** | **3,396.00** |

### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 278. Fencing * | 1.00 EA | 579.83 | 0.00 | 115.96 | 695.79 | (0.00) | 695.79 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## CONTINUED - Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Fencing** | | | **0.00** | **115.96** | **695.79** | **0.00** | **695.79** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 279. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 280. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 281. Awnings & Patio Covers (Bid Item) | 1.00 EA | 6,100.00 | 0.00 | 1,220.00 | 7,320.00 | (0.00) | 7,320.00 |
| **Totals: Awnings** | | | **0.00** | **1,220.00** | **7,320.00** | **0.00** | **7,320.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 282. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 283. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 284. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 285. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #7 - Bldg #3 - 1195 Wildwood Lakes Blvd** | | | **6,842.38** | **83,956.48** | **510,210.87** | **0.00** | **510,210.87** |

### Building #8 - Bldg #12 - 1205 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 286. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 287. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 2,540.00 SF | 1.22 | 40.89 | 627.94 | 3,767.63 | (0.00) | 3,767.63 |
| 288. Roofer - per hour | 14.77 HR | 174.17 | 0.00 | 514.50 | 3,086.99 | (0.00) | 3,086.99 |
| 289. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **40.89** | **1,293.62** | **7,761.71** | **0.00** | **7,761.71** |

### Building Roof - #8 - Building #12

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 290. Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.81 | 5,796.76 | 34,780.57 | (0.00) | 34,780.57 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 291. Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 292. Re-nailing of roof sheathing - complete re-nail | 10,166.00 SF | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 293. R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Building Roof - #8 - Building #12

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 294. Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 295. Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 296. Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 297. Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 298. R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 299. R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 300. Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 301. R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 302. R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 303. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 304. R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 305. Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 306. Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals: Building Roof - #8 - Building #12** | | | **4,707.76** | **42,613.36** | **260,982.68** | **0.00** | **260,982.68** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 307. Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 308. Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 309. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 310. R&R Sheathing - plywood - 5/8" CDX | 832.00 SF | 3.81 | 75.13 | 649.00 | 3,894.05 | (0.00) | 3,894.05 |
| **Totals: Sheathing** | | | **75.13** | **649.00** | **3,894.05** | **0.00** | **3,894.05** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 311. R&R 1" x 2" lumber (.167 BF per LF) | 360.00 LF | 5.23 | 13.36 | 379.24 | 2,275.40 | (0.00) | 2,275.40 |
| **Totals: 1" x 2" Framing** | | | **13.36** | **379.24** | **2,275.40** | **0.00** | **2,275.40** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 312. R&R Fascia - 1" x 8" - #1 pine | 172.00 LF | 7.31 | 25.77 | 256.62 | 1,539.71 | (0.00) | 1,539.71 |
| **Totals: Fascia - Repair/Replacement** | | | **25.77** | **256.62** | **1,539.71** | **0.00** | **1,539.71** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 313. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 314. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 315. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 316. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 317. Exterior - paint two coats | 13,675. SF 80 | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals: Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 318. Window Reglazing & Repair * | 1.00 EA | 3,850.00 | 0.00 | 770.00 | 4,620.00 | (0.00) | 4,620.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **770.00** | **4,620.00** | **0.00** | **4,620.00** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 319. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 3,777.00 | 108.40 | 777.08 | 4,662.48 | (0.00) | 4,662.48 |
| **Totals: Interior** | | | **108.40** | **777.08** | **4,662.48** | **0.00** | **4,662.48** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 320. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 321. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 322. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 323. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 324. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 325. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 326. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #8 - Bldg #12 - 1205 Wildwood Lakes Blvd** | | | **6,056.24** | **75,135.62** | **456,370.40** | **0.00** | **456,370.40** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Building #9 - Bldg #6 - 1210 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 327. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 328. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 2,540.00 SF | 1.22 | 40.89 | 627.94 | 3,767.63 | (0.00) | 3,767.63 |
| 329. Roofer - per hour | 17.41 HR | 174.17 | 0.00 | 606.46 | 3,638.76 | (0.00) | 3,638.76 |
| 330. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **40.89** | **1,385.58** | **8,313.48** | **0.00** | **8,313.48** |

#### Building Roof - #9 - Building #6

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 331. Remove Tear off, haul and dispose of tile roofing | 146.84 SQ | 277.11 | 1,173.43 | 8,372.84 | 50,237.10 | (0.00) | 50,237.10 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 332. Remove Roll roofing | 146.84 SQ | 97.71 | 0.00 | 2,869.54 | 17,217.28 | (0.00) | 17,217.28 |
| 333. Re-nailing of roof sheathing - complete re-nail | 14,684. SF 00 | 0.57 | 30.84 | 1,680.14 | 10,080.86 | (0.00) | 10,080.86 |
| 334. R&R Drip edge/gutter apron | 1,754.00 LF | 3.31 | 115.41 | 1,184.24 | 7,105.39 | (0.00) | 7,105.39 |
| 335. Modified bitumen roof - cold adhesive application | 146.84 SQ | 413.59 | 1,106.20 | 12,367.56 | 74,205.32 | (0.00) | 74,205.32 |
| 336. Tile roofing - Concrete - "S" or flat tile | 168.87 SQ | 697.87 | 3,383.38 | 24,246.54 | 145,479.23 | (0.00) | 145,479.23 |
| 337. Bird stop - Eave closure strip for tile roofing - clay | 524.00 LF | 5.36 | 85.46 | 578.82 | 3,472.92 | (0.00) | 3,472.92 |
| 338. Hip & ridge nailer board for tile roofing - channel metal | 251.00 LF | 3.34 | 28.11 | 173.28 | 1,039.73 | (0.00) | 1,039.73 |
| 339. R&R Ridge / Hip / Rake cap - tile roofing | 251.00 LF | 18.32 | 121.94 | 944.06 | 5,664.32 | (0.00) | 5,664.32 |
| 340. R&R Mortar bed for tile | 1,220.00 SF | 8.41 | 154.57 | 2,082.96 | 12,497.73 | (0.00) | 12,497.73 |
| 341. Step flashing | 949.00 LF | 11.63 | 90.34 | 2,225.44 | 13,352.65 | (0.00) | 13,352.65 |
| 342. R&R Flashing - pipe jack - lead | 64.00 EA | 85.78 | 161.59 | 1,130.32 | 6,781.83 | (0.00) | 6,781.83 |
| 343. R&R Roof vent - off ridge type - 6' | 34.00 EA | 221.85 | 160.96 | 1,540.78 | 9,244.64 | (0.00) | 9,244.64 |
| 344. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 52.00 EA | 94.68 | 97.92 | 1,004.26 | 6,025.54 | (0.00) | 6,025.54 |
| 345. R&R Roof vent -large turtle type - Metal* | 38.00 EA | 116.49 | 116.69 | 908.66 | 5,451.97 | (0.00) | 5,451.97 |
| 346. Remove Additional charge for high roof (2 stories or greater) | 146.84 SQ | 5.46 | 0.00 | 0.00 | 801.75 | (0.00) | 801.75 |
| 347. Additional charge for high roof (2 stories or greater) | 168.87 SQ | 40.58 | 0.00 | 0.00 | 6,852.74 | (0.00) | 6,852.74 |
| **Totals: Building Roof - #9 - Building #6** | | | **6,826.84** | **61,309.44** | **375,511.00** | **0.00** | **375,511.00** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 348. Delivery charge / loading up to 37' * | 173.19 EA | 47.60 | 0.00 | 1,648.76 | 9,892.60 | (0.00) | 9,892.60 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,648.76** | **9,892.60** | **0.00** | **9,892.60** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 349. Scaffolding - easement protection * | 1.00 EA | 87,460.21 | 0.00 | 17,492.04 | 104,952.25 | (0.00) | 104,952.25 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **17,492.04** | **104,952.25** | **0.00** | **104,952.25** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 350. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 351. R&R Sheathing - plywood - 5/8" CDX | 1,728.00 SF | 3.81 | 156.04 | 1,347.94 | 8,087.66 | (0.00) | 8,087.66 |
| **Totals: Sheathing** | | | **156.04** | **1,347.94** | **8,087.66** | **0.00** | **8,087.66** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 352. R&R 1" x 2" lumber (.167 BF per LF) | 573.00 LF | 5.23 | 21.26 | 603.62 | 3,621.67 | (0.00) | 3,621.67 |
| **Totals: 1" x 2" Framing** | | | **21.26** | **603.62** | **3,621.67** | **0.00** | **3,621.67** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 353. R&R Fascia - 1" x 8" - #1 pine | 260.00 LF | 7.31 | 38.95 | 387.92 | 2,327.47 | (0.00) | 2,327.47 |
| **Totals: Fascia - Repair/Replacement** | | | **38.95** | **387.92** | **2,327.47** | **0.00** | **2,327.47** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 354. Remove Metal lath & stucco | 1,423.50 SF | 0.80 | 0.00 | 227.76 | 1,366.56 | (0.00) | 1,366.56 |
| 355. Metal lath & stucco | 1,423.50 SF | 6.87 | 173.38 | 1,990.58 | 11,943.41 | (0.00) | 11,943.41 |
| 356. R&R House wrap (air/moisture barrier) | 1,423.50 SF | 0.31 | 15.94 | 91.44 | 548.67 | (0.00) | 548.67 |
| 357. Stucco Plasterer - per hour | 70.00 HR | 40.11 | 0.00 | 561.54 | 3,369.24 | (0.00) | 3,369.24 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **189.32** | **2,871.32** | **17,227.88** | **0.00** | **17,227.88** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 358. Exterior - paint two coats | 17,231.51 SF | 2.45 | 856.41 | 8,614.72 | 51,688.33 | (0.00) | 51,688.33 |
| **Totals: Exterior Painting** | | | **856.41** | **8,614.72** | **51,688.33** | **0.00** | **51,688.33** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 359. R&R Gutter / downspout - aluminum - 7" to 8" | 235.00 LF | 14.46 | 191.15 | 717.86 | 4,307.11 | (0.00) | 4,307.11 |
| **Totals: Gutters** | | | **191.15** | **717.86** | **4,307.11** | **0.00** | **4,307.11** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 360. Window Reglazing & Repair * | 1.00 EA | 2,285.00 | 0.00 | 457.00 | 2,742.00 | (0.00) | 2,742.00 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Screen Repair/Replacement** | | | **0.00** | **457.00** | **2,742.00** | **0.00** | **2,742.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 361. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 362. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 363. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 364. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 365. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 366. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 367. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #9 - Bldg #6 - 1210 Wildwood Lakes Blvd** | | | **8,575.08** | **101,405.62** | **616,342.10** | **0.00** | **616,342.10** |

### Building #10 - Bldg #7 - 1220 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 368. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 369. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 400.00 SF | 1.22 | 6.44 | 98.88 | 593.32 | (0.00) | 593.32 |
| 370. Roofer - per hour | 19.78 HR | 174.17 | 0.00 | 689.02 | 4,134.10 | (0.00) | 4,134.10 |
| 371. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **6.44** | **939.08** | **5,634.51** | **0.00** | **5,634.51** |

### Building Roof - #10 - Building #7

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 372. Remove Tear off, haul and dispose of tile roofing | 136.19 SQ | 277.11 | 1,088.89 | 7,765.70 | 46,594.20 | (0.00) | 46,594.20 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 373. Remove Roll roofing | 136.19 SQ | 97.71 | 0.00 | 2,661.42 | 15,968.54 | (0.00) | 15,968.54 |
| 374. Re-nailing of roof sheathing - complete re-nail | 13,619.00 SF | 0.57 | 28.60 | 1,558.28 | 9,349.71 | (0.00) | 9,349.71 |
| 375. R&R Drip edge/gutter apron | 1,625.00 LF | 3.31 | 106.93 | 1,097.14 | 6,582.82 | (0.00) | 6,582.82 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## CONTINUED - Building Roof - #10 - Building #7

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 376. Modified bitumen roof - cold adhesive application | 136.19 SQ | 413.59 | 1,025.97 | 11,470.56 | 68,823.35 | (0.00) | 68,823.35 |
| 377. Tile roofing - Concrete - "S" or flat tile | 156.62 SQ | 697.87 | 3,137.94 | 22,487.66 | 134,926.00 | (0.00) | 134,926.00 |
| 378. Bird stop - Eave closure strip for tile roofing - clay | 468.00 LF | 5.36 | 76.33 | 516.96 | 3,101.77 | (0.00) | 3,101.77 |
| 379. Hip & ridge nailer board for tile roofing - channel metal | 223.00 LF | 3.34 | 24.98 | 153.96 | 923.76 | (0.00) | 923.76 |
| 380. R&R Ridge / Hip / Rake cap - tile roofing | 223.00 LF | 18.32 | 108.33 | 838.74 | 5,032.43 | (0.00) | 5,032.43 |
| 381. R&R Mortar bed for tile | 1,095.00 SF | 8.41 | 138.74 | 1,869.54 | 11,217.23 | (0.00) | 11,217.23 |
| 382. Step flashing | 872.00 LF | 11.63 | 83.01 | 2,044.88 | 12,269.25 | (0.00) | 12,269.25 |
| 383. R&R Flashing - pipe jack - lead | 60.00 EA | 85.78 | 151.49 | 1,059.66 | 6,357.95 | (0.00) | 6,357.95 |
| 384. R&R Roof vent - off ridge type - 6' | 34.00 EA | 221.85 | 160.96 | 1,540.78 | 9,244.64 | (0.00) | 9,244.64 |
| 385. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 50.00 EA | 94.68 | 94.15 | 965.64 | 5,793.79 | (0.00) | 5,793.79 |
| 386. R&R Roof vent -large turtle type - Metal* | 36.00 EA | 116.49 | 110.55 | 860.84 | 5,165.03 | (0.00) | 5,165.03 |
| 387. Remove Additional charge for high roof (2 stories or greater) | 136.19 SQ | 5.46 | 0.00 | 0.00 | 743.60 | (0.00) | 743.60 |
| 388. Additional charge for high roof (2 stories or greater) | 156.62 SQ | 40.58 | 0.00 | 0.00 | 6,355.64 | (0.00) | 6,355.64 |
| **Totals: Building Roof - #10 - Building #7** | | | **6,336.87** | **56,891.76** | **348,449.71** | **0.00** | **348,449.71** |

## Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 389. Delivery charge / loading up to 37' * | 160.46 EA | 47.60 | 0.00 | 1,527.58 | 9,165.48 | (0.00) | 9,165.48 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,527.58** | **9,165.48** | **0.00** | **9,165.48** |

## Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 390. Scaffolding - easement protection * | 1.00 EA | 81,572.68 | 0.00 | 16,314.54 | 97,887.22 | (0.00) | 97,887.22 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **16,314.54** | **97,887.22** | **0.00** | **97,887.22** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 391. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 392. R&R Sheathing - plywood - 5/8" CDX | 1,312.00 SF | 3.81 | 118.47 | 1,023.44 | 6,140.63 | (0.00) | 6,140.63 |
| **Totals: Sheathing** | | | **118.47** | **1,023.44** | **6,140.63** | **0.00** | **6,140.63** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 393. R&R 1" x 2" lumber (.167 BF per LF) | 386.00 LF | 5.23 | 14.32 | 406.62 | 2,439.72 | (0.00) | 2,439.72 |
| **Totals: 1" x 2" Framing** | | | **14.32** | **406.62** | **2,439.72** | **0.00** | **2,439.72** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 394. R&R Fascia - 1" x 8" - #1 pine | 210.00 LF | 7.31 | 31.46 | 313.32 | 1,879.88 | (0.00) | 1,879.88 |
| **Totals: Fascia - Repair/Replacement** | | | **31.46** | **313.32** | **1,879.88** | **0.00** | **1,879.88** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 395. Remove Metal lath & stucco | 1,308.00 SF | 0.80 | 0.00 | 209.28 | 1,255.68 | (0.00) | 1,255.68 |
| 396. Metal lath & stucco | 1,308.00 SF | 6.87 | 159.31 | 1,829.06 | 10,974.33 | (0.00) | 10,974.33 |
| 397. R&R House wrap (air/moisture barrier) | 1,308.00 SF | 0.31 | 14.65 | 84.04 | 504.17 | (0.00) | 504.17 |
| 398. Stucco Plasterer - per hour | 65.00 HR | 40.11 | 0.00 | 521.44 | 3,128.59 | (0.00) | 3,128.59 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Stucco** | | | **173.96** | **2,643.82** | **15,862.77** | **0.00** | **15,862.77** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 399. Exterior - paint two coats | 16,137. SF 44 | 2.45 | 802.03 | 8,067.74 | 48,406.50 | (0.00) | 48,406.50 |
| **Totals: Exterior Painting** | | | **802.03** | **8,067.74** | **48,406.50** | **0.00** | **48,406.50** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 400. R&R Gutter / downspout - aluminum - 7" to 8" | 276.00 LF | 14.46 | 224.50 | 843.08 | 5,058.54 | (0.00) | 5,058.54 |
| **Totals: Gutters** | | | **224.50** | **843.08** | **5,058.54** | **0.00** | **5,058.54** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 401. Window Reglazing & Repair * | 1.00 EA | 3,470.00 | 0.00 | 694.00 | 4,164.00 | (0.00) | 4,164.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **694.00** | **4,164.00** | **0.00** | **4,164.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 402. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 403.  Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals:  Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 404.  Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals:  Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 405.  Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals:  Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 406.  Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals:  Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 407.  Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 408.  Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals:  Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total:  Building #10 - Bldg #7 - 1220 Wildwood Lakes Blvd** | | | **7,962.27** | **94,234.40** | **572,759.61** | **0.00** | **572,759.61** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Building #11 - Bldg #8 - 1230 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 409. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 410. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 900.00 SF | 1.22 | 14.49 | 222.50 | 1,334.99 | (0.00) | 1,334.99 |
| 411. Roofer - per hour | 21.34 HR | 174.17 | 0.00 | 743.36 | 4,460.15 | (0.00) | 4,460.15 |
| 412. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **14.49** | **1,117.04** | **6,702.23** | **0.00** | **6,702.23** |

### Building Roof - #11 - Building #8

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 413. Remove Tear off, haul and dispose of tile roofing | 146.84 SQ | 277.11 | 1,174.04 | 8,372.96 | 50,237.83 | (0.00) | 50,237.83 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 414. Remove Roll roofing | 146.84 SQ | 97.71 | 0.00 | 2,869.54 | 17,217.28 | (0.00) | 17,217.28 |
| 415. Re-nailing of roof sheathing - complete re-nail | 14,684. SF 00 | 0.57 | 30.84 | 1,680.14 | 10,080.86 | (0.00) | 10,080.86 |
| 416. R&R Drip edge/gutter apron | 1,754.00 LF | 3.31 | 115.41 | 1,184.24 | 7,105.39 | (0.00) | 7,105.39 |
| 417. Modified bitumen roof - cold adhesive application | 146.84 SQ | 413.59 | 1,106.20 | 12,367.56 | 74,205.32 | (0.00) | 74,205.32 |
| 418. Tile roofing - Concrete - "S" or flat tile | 168.87 SQ | 697.87 | 3,383.38 | 24,246.54 | 145,479.23 | (0.00) | 145,479.23 |
| 419. Bird stop - Eave closure strip for tile roofing - clay | 524.00 LF | 5.36 | 85.46 | 578.82 | 3,472.92 | (0.00) | 3,472.92 |
| 420. Hip & ridge nailer board for tile roofing - channel metal | 251.00 LF | 3.34 | 28.11 | 173.28 | 1,039.73 | (0.00) | 1,039.73 |
| 421. R&R Ridge / Hip / Rake cap - tile roofing | 251.00 LF | 18.32 | 121.94 | 944.06 | 5,664.32 | (0.00) | 5,664.32 |
| 422. R&R Mortar bed for tile | 1,220.00 SF | 8.41 | 154.57 | 2,082.96 | 12,497.73 | (0.00) | 12,497.73 |
| 423. Step flashing | 949.00 LF | 11.63 | 90.34 | 2,225.44 | 13,352.65 | (0.00) | 13,352.65 |
| 424. R&R Flashing - pipe jack - lead | 64.00 EA | 85.78 | 161.59 | 1,130.32 | 6,781.83 | (0.00) | 6,781.83 |
| 425. R&R Roof vent - off ridge type - 6' | 34.00 EA | 221.85 | 160.96 | 1,540.78 | 9,244.64 | (0.00) | 9,244.64 |
| 426. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 52.00 EA | 94.68 | 97.92 | 1,004.26 | 6,025.54 | (0.00) | 6,025.54 |
| 427. R&R Roof vent -large turtle type - Metal* | 38.00 EA | 116.49 | 116.69 | 908.66 | 5,451.97 | (0.00) | 5,451.97 |
| 428. Remove Additional charge for high roof (2 stories or greater) | 146.84 SQ | 5.46 | 0.00 | 0.00 | 801.75 | (0.00) | 801.75 |
| 429. Additional charge for high roof (2 stories or greater) | 168.87 SQ | 40.58 | 0.00 | 0.00 | 6,852.74 | (0.00) | 6,852.74 |
| **Totals: Building Roof - #11 - Building #8** | | | **6,827.45** | **61,309.56** | **375,511.73** | **0.00** | **375,511.73** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 430.  Delivery charge / loading up to 37' * | 173.19 EA | 47.60 | 0.00 | 1,648.76 | 9,892.60 | (0.00) | 9,892.60 |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,648.76** | **9,892.60** | **0.00** | **9,892.60** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 431.  Scaffolding - easement protection * | 1.00 EA | 87,460.21 | 0.00 | 17,492.04 | 104,952.25 | (0.00) | 104,952.25 |
| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **17,492.04** | **104,952.25** | **0.00** | **104,952.25** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 432.  Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals:  Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 433.  R&R Sheathing - plywood - 5/8" CDX | 1,088.00 SF | 3.81 | 98.25 | 848.72 | 5,092.25 | (0.00) | 5,092.25 |
| **Totals:  Sheathing** | | | **98.25** | **848.72** | **5,092.25** | **0.00** | **5,092.25** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 434.  R&R 1" x 2" lumber (.167 BF per LF) | 400.00 LF | 5.23 | 14.84 | 421.36 | 2,528.20 | (0.00) | 2,528.20 |
| **Totals:  1" x 2" Framing** | | | **14.84** | **421.36** | **2,528.20** | **0.00** | **2,528.20** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 435. R&R Fascia - 1" x 8" - #1 pine | 200.00 LF | 7.31 | 29.96 | 298.40 | 1,790.36 | (0.00) | 1,790.36 |
| **Totals: Fascia - Repair/Replacement** | | | **29.96** | **298.40** | **1,790.36** | **0.00** | **1,790.36** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 436. Remove Metal lath & stucco | 1,423.50 SF | 0.80 | 0.00 | 227.76 | 1,366.56 | (0.00) | 1,366.56 |
| 437. Metal lath & stucco | 1,423.50 SF | 6.87 | 173.38 | 1,990.58 | 11,943.41 | (0.00) | 11,943.41 |
| 438. R&R House wrap (air/moisture barrier) | 1,423.50 SF | 0.31 | 15.94 | 91.44 | 548.67 | (0.00) | 548.67 |
| 439. Stucco Plasterer - per hour | 70.00 HR | 40.11 | 0.00 | 561.54 | 3,369.24 | (0.00) | 3,369.24 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **189.32** | **2,871.32** | **17,227.88** | **0.00** | **17,227.88** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 440. Exterior - paint two coats | 17,231. SF 51 | 2.45 | 856.41 | 8,614.72 | 51,688.33 | (0.00) | 51,688.33 |
| **Totals: Exterior Painting** | | | **856.41** | **8,614.72** | **51,688.33** | **0.00** | **51,688.33** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 441. R&R Gutter / downspout - aluminum - 7" to 8" | 477.00 LF | 14.46 | 387.99 | 1,457.08 | 8,742.49 | (0.00) | 8,742.49 |
| **Totals: Gutters** | | | **387.99** | **1,457.08** | **8,742.49** | **0.00** | **8,742.49** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 442. Window Reglazing & Repair * | 1.00 EA | 2,465.00 | 0.00 | 493.00 | 2,958.00 | (0.00) | 2,958.00 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Screen Repair/Replacement | | | 0.00 | 493.00 | 2,958.00 | 0.00 | 2,958.00 |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 443. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 5,157.63 | 148.02 | 1,061.12 | 6,366.77 | (0.00) | 6,366.77 |
| Totals: Interior | | | 148.02 | 1,061.12 | 6,366.77 | 0.00 | 6,366.77 |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 444. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| Totals: Landscaping | | | 0.00 | 25.00 | 150.00 | 0.00 | 150.00 |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 445. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| Totals: Permit & Fees | | | 0.00 | 40.22 | 241.31 | 0.00 | 241.31 |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 446. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| Totals: Awnings | | | 0.00 | 900.00 | 5,400.00 | 0.00 | 5,400.00 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 447.  Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals:  Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 448.  Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals:  Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 449.  Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 450.  Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals:  Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total:  Building #11 - Bldg #8 - 1230 Wildwood Lakes Blvd** | | | **8,820.95** | **102,202.54** | **621,123.74** | **0.00** | **621,123.74** |

### Building #12 - Bldg #2 - 1235 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 451.  Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 452.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 400.00 SF | 1.22 | 6.44 | 98.88 | 593.32 | (0.00) | 593.32 |
| 453.  Roofer - per hour | 21.34 HR | 174.17 | 0.00 | 743.36 | 4,460.15 | (0.00) | 4,460.15 |
| 454.  Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals:  Mitigation** | | | **6.44** | **993.42** | **5,960.56** | **0.00** | **5,960.56** |

### Building Roof - #12 - Building #2



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 455. Remove Tear off, haul and dispose of tile roofing | 146.84 SQ | 277.11 | 1,174.04 | 8,372.96 | 50,237.83 | (0.00) | 50,237.83 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 456. Remove Roll roofing | 146.84 SQ | 97.71 | 0.00 | 2,869.54 | 17,217.28 | (0.00) | 17,217.28 |
| 457. Re-nailing of roof sheathing - complete re-nail | 14,684.00 SF | 0.57 | 30.84 | 1,680.14 | 10,080.86 | (0.00) | 10,080.86 |
| 458. R&R Drip edge/gutter apron | 1,754.00 LF | 3.31 | 115.41 | 1,184.24 | 7,105.39 | (0.00) | 7,105.39 |
| 459. Modified bitumen roof - cold adhesive application | 146.84 SQ | 413.59 | 1,106.20 | 12,367.56 | 74,205.32 | (0.00) | 74,205.32 |
| 460. Tile roofing - Concrete - "S" or flat tile | 168.87 SQ | 697.87 | 3,383.38 | 24,246.54 | 145,479.23 | (0.00) | 145,479.23 |
| 461. Bird stop - Eave closure strip for tile roofing - clay | 524.00 LF | 5.36 | 85.46 | 578.82 | 3,472.92 | (0.00) | 3,472.92 |
| 462. Hip & ridge nailer board for tile roofing - channel metal | 251.00 LF | 3.34 | 28.11 | 173.28 | 1,039.73 | (0.00) | 1,039.73 |
| 463. R&R Ridge / Hip / Rake cap - tile roofing | 251.00 LF | 18.32 | 121.94 | 944.06 | 5,664.32 | (0.00) | 5,664.32 |
| 464. R&R Mortar bed for tile | 1,220.00 SF | 8.41 | 154.57 | 2,082.96 | 12,497.73 | (0.00) | 12,497.73 |
| 465. Step flashing | 949.00 LF | 11.63 | 90.34 | 2,225.44 | 13,352.65 | (0.00) | 13,352.65 |
| 466. R&R Flashing - pipe jack - lead | 64.00 EA | 85.78 | 161.59 | 1,130.32 | 6,781.83 | (0.00) | 6,781.83 |
| 467. R&R Roof vent - off ridge type - 6' | 34.00 EA | 221.85 | 160.96 | 1,540.78 | 9,244.64 | (0.00) | 9,244.64 |
| 468. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 52.00 EA | 94.68 | 97.92 | 1,004.26 | 6,025.54 | (0.00) | 6,025.54 |
| 469. R&R Roof vent -large turtle type - Metal* | 38.00 EA | 116.49 | 116.69 | 908.66 | 5,451.97 | (0.00) | 5,451.97 |
| 470. Remove Additional charge for high roof (2 stories or greater) | 146.84 SQ | 5.46 | 0.00 | 0.00 | 801.75 | (0.00) | 801.75 |
| 471. Additional charge for high roof (2 stories or greater) | 168.87 SQ | 40.58 | 0.00 | 0.00 | 6,852.74 | (0.00) | 6,852.74 |
| **Totals: Building Roof - #12 - Building #2** | | | **6,827.45** | **61,309.56** | **375,511.73** | **0.00** | **375,511.73** |

**Loading/Delivery Fees**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 472. Delivery charge / loading up to 37' * | 173.19 EA | 47.60 | 0.00 | 1,648.76 | 9,892.60 | (0.00) | 9,892.60 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,648.76** | **9,892.60** | **0.00** | **9,892.60** |

**Scaffolding / Easement Overhead Protection**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 473. Scaffolding - easement protection * | 1.00 EA | 87,460.21 | 0.00 | 17,492.04 | 104,952.25 | (0.00) | 104,952.25 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **17,492.04** | **104,952.25** | **0.00** | **104,952.25** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 474. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals:  Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 475. R&R Sheathing - plywood - 5/8" CDX | 992.00 SF | 3.81 | 89.58 | 773.82 | 4,642.92 | (0.00) | 4,642.92 |
| **Totals:  Sheathing** | | | **89.58** | **773.82** | **4,642.92** | **0.00** | **4,642.92** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 476. R&R 1" x 2" lumber (.167 BF per LF) | 398.00 LF | 5.23 | 14.77 | 419.28 | 2,515.59 | (0.00) | 2,515.59 |
| **Totals:  1" x 2" Framing** | | | **14.77** | **419.28** | **2,515.59** | **0.00** | **2,515.59** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 477. R&R Fascia - 1" x 8" - #1 pine | 253.00 LF | 7.31 | 37.90 | 377.48 | 2,264.81 | (0.00) | 2,264.81 |
| **Totals:  Fascia - Repair/Replacement** | | | **37.90** | **377.48** | **2,264.81** | **0.00** | **2,264.81** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 478. Remove Metal lath & stucco | 1,423.50 SF | 0.80 | 0.00 | 227.76 | 1,366.56 | (0.00) | 1,366.56 |
| 479. Metal lath & stucco | 1,423.50 SF | 6.87 | 173.38 | 1,990.58 | 11,943.41 | (0.00) | 11,943.41 |
| 480. R&R House wrap (air/moisture barrier) | 1,423.50 SF | 0.31 | 15.94 | 91.44 | 548.67 | (0.00) | 548.67 |
| 481. Stucco Plasterer - per hour | 70.00 HR | 40.11 | 0.00 | 561.54 | 3,369.24 | (0.00) | 3,369.24 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Stucco** | | | **189.32** | **2,871.32** | **17,227.88** | **0.00** | **17,227.88** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 482. Exterior - paint two coats | 17,231. SF 51 | 2.45 | 856.41 | 8,614.72 | 51,688.33 | (0.00) | 51,688.33 |
| **Totals: Exterior Painting** | | | **856.41** | **8,614.72** | **51,688.33** | **0.00** | **51,688.33** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 483. R&R Gutter / downspout - aluminum - 7" to 8" | 410.00 LF | 14.46 | 333.49 | 1,252.42 | 7,514.51 | (0.00) | 7,514.51 |
| **Totals: Gutters** | | | **333.49** | **1,252.42** | **7,514.51** | **0.00** | **7,514.51** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 484. Window Reglazing & Repair * | 1.00 EA | 800.00 | 0.00 | 160.00 | 960.00 | (0.00) | 960.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **160.00** | **960.00** | **0.00** | **960.00** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 485. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 2,304.00 | 66.12 | 474.02 | 2,844.14 | (0.00) | 2,844.14 |
| **Totals: Interior** | | | **66.12** | **474.02** | **2,844.14** | **0.00** | **2,844.14** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 486. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 487. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 488. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 489. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 490. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 491. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 492. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #12 - Bldg #2 - 1235 Wildwood Lakes Blvd** | | | **8,675.70** | **100,956.26** | **613,645.97** | **0.00** | **613,645.97** |

### Building #13 - Bldg #17 - 1240 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 493. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 494. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 200.00 SF | 1.22 | 3.22 | 49.44 | 296.66 | (0.00) | 296.66 |
| 495. Roofer - per hour | 14.77 HR | 174.17 | 0.00 | 514.50 | 3,086.99 | (0.00) | 3,086.99 |
| 496. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **3.22** | **715.12** | **4,290.74** | **0.00** | **4,290.74** |

### Building Roof - #13 - Building #17

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 497. Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.81 | 5,796.76 | 34,780.57 | (0.00) | 34,780.57 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 498. Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 499. Re-nailing of roof sheathing - complete re-nail | 10,166. SF 00 | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 500. R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |
| 501. Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 502. Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 503. Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 504. Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 505. R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 506. R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 507. Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 508. R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Building Roof - #13 - Building #17

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 509. R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 510. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 511. R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 512. Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 513. Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals: Building Roof - #13 - Building #17** | | | **4,707.76** | **42,613.36** | **260,982.68** | **0.00** | **260,982.68** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 514. Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 515. Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 516. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 517. R&R Sheathing - plywood - 5/8" CDX | 224.00 SF | 3.81 | 20.23 | 174.74 | 1,048.41 | (0.00) | 1,048.41 |
| **Totals: Sheathing** | | | **20.23** | **174.74** | **1,048.41** | **0.00** | **1,048.41** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 518. R&R 1" x 2" lumber (.167 BF per LF) | 189.00 LF | 5.23 | 7.01 | 199.10 | 1,194.58 | (0.00) | 1,194.58 |
| **Totals: 1" x 2" Framing** | | | **7.01** | **199.10** | **1,194.58** | **0.00** | **1,194.58** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 519. R&R Fascia - 1" x 8" - #1 pine | 153.00 LF | 7.31 | 22.92 | 228.28 | 1,369.63 | (0.00) | 1,369.63 |
| **Totals: Fascia - Repair/Replacement** | | | **22.92** | **228.28** | **1,369.63** | **0.00** | **1,369.63** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 520. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 521. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 522. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 523. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 524. Exterior - paint two coats | 13,675.80 SF | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## CONTINUED - Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 525. R&R Gutter / downspout - aluminum - 7" to 8" | 81.00 LF | 14.46 | 65.89 | 247.42 | 1,484.57 | (0.00) | 1,484.57 |
| **Totals: Gutters** | | | **65.89** | **247.42** | **1,484.57** | **0.00** | **1,484.57** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 526. Window Reglazing & Repair * | 1.00 EA | 1,285.00 | 0.00 | 257.00 | 1,542.00 | (0.00) | 1,542.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **257.00** | **1,542.00** | **0.00** | **1,542.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 527. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 528. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 529. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 530. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 531. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 532. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 533. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #13 - Bldg #17 - 1240 Wildwood Lakes Blvd** | | | **5,911.96** | **72,831.72** | **442,546.98** | **0.00** | **442,546.98** |

### Building #14 - Bldg #9 - 1250 Wildwood Lakes Blvd

### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 534. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 535. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 5,180.00 SF | 1.22 | 83.40 | 1,280.60 | 7,683.60 | (0.00) | 7,683.60 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Mitigation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 536. Roofer - per hour | 23.74 HR | 174.17 | 0.00 | 826.96 | 4,961.76 | (0.00) | 4,961.76 |
| 537. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **83.40** | **2,258.74** | **13,552.45** | **0.00** | **13,552.45** |

**Building Roof - #14 - Building #9**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 538. Remove Tear off, haul and dispose of tile roofing | 136.19 SQ | 277.11 | 1,088.89 | 7,765.70 | 46,594.20 | (0.00) | 46,594.20 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 539. Remove Roll roofing | 136.19 SQ | 97.71 | 0.00 | 2,661.42 | 15,968.54 | (0.00) | 15,968.54 |
| 540. Re-nailing of roof sheathing - complete re-nail | 13,619. SF 00 | 0.57 | 28.60 | 1,558.28 | 9,349.71 | (0.00) | 9,349.71 |
| 541. R&R Drip edge/gutter apron | 1,625.00 LF | 3.31 | 106.93 | 1,097.14 | 6,582.82 | (0.00) | 6,582.82 |
| 542. Modified bitumen roof - cold adhesive application | 136.19 SQ | 413.59 | 1,025.97 | 11,470.56 | 68,823.35 | (0.00) | 68,823.35 |
| 543. Tile roofing - Concrete - "S" or flat tile | 156.62 SQ | 697.87 | 3,137.94 | 22,487.66 | 134,926.00 | (0.00) | 134,926.00 |
| 544. Bird stop - Eave closure strip for tile roofing - clay | 468.00 LF | 5.36 | 76.33 | 516.96 | 3,101.77 | (0.00) | 3,101.77 |
| 545. Hip & ridge nailer board for tile roofing - channel metal | 223.00 LF | 3.34 | 24.98 | 153.96 | 923.76 | (0.00) | 923.76 |
| 546. R&R Ridge / Hip / Rake cap - tile roofing | 223.00 LF | 18.32 | 108.33 | 838.74 | 5,032.43 | (0.00) | 5,032.43 |
| 547. R&R Mortar bed for tile | 1,095.00 SF | 8.41 | 138.74 | 1,869.54 | 11,217.23 | (0.00) | 11,217.23 |
| 548. Step flashing | 872.00 LF | 11.63 | 83.01 | 2,044.88 | 12,269.25 | (0.00) | 12,269.25 |
| 549. R&R Flashing - pipe jack - lead | 60.00 EA | 85.78 | 151.49 | 1,059.66 | 6,357.95 | (0.00) | 6,357.95 |
| 550. R&R Roof vent - off ridge type - 6' | 34.00 EA | 221.85 | 160.96 | 1,540.78 | 9,244.64 | (0.00) | 9,244.64 |
| 551. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 50.00 EA | 94.68 | 94.15 | 965.64 | 5,793.79 | (0.00) | 5,793.79 |
| 552. R&R Roof vent -large turtle type - Metal* | 36.00 EA | 116.49 | 110.55 | 860.84 | 5,165.03 | (0.00) | 5,165.03 |
| 553. Remove Additional charge for high roof (2 stories or greater) | 136.19 SQ | 5.46 | 0.00 | 0.00 | 743.60 | (0.00) | 743.60 |
| 554. Additional charge for high roof (2 stories or greater) | 156.62 SQ | 40.58 | 0.00 | 0.00 | 6,355.64 | (0.00) | 6,355.64 |
| **Totals: Building Roof - #14 - Building #9** | | | **6,336.87** | **56,891.76** | **348,449.71** | **0.00** | **348,449.71** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 555.  Delivery charge / loading up to 37' * | 160.46 EA | 47.60 | 0.00 | 1,527.58 | 9,165.48 | (0.00) | 9,165.48 |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,527.58** | **9,165.48** | **0.00** | **9,165.48** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 556.  Scaffolding - easement protection * | 1.00 EA | 81,572.68 | 0.00 | 16,314.54 | 97,887.22 | (0.00) | 97,887.22 |
| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **16,314.54** | **97,887.22** | **0.00** | **97,887.22** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 557.  Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals:  Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 558.  R&R Sheathing - plywood - 5/8" CDX | 1,536.00 SF | 3.81 | 138.70 | 1,198.16 | 7,189.02 | (0.00) | 7,189.02 |
| **Totals:  Sheathing** | | | **138.70** | **1,198.16** | **7,189.02** | **0.00** | **7,189.02** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 559.  R&R 1" x 2" lumber (.167 BF per LF) | 346.00 LF | 5.23 | 12.84 | 364.48 | 2,186.90 | (0.00) | 2,186.90 |
| **Totals:  1" x 2" Framing** | | | **12.84** | **364.48** | **2,186.90** | **0.00** | **2,186.90** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 560.  R&R Fascia - 1" x 8" - #1 pine | 146.00 LF | 7.31 | 21.87 | 217.84 | 1,306.97 | (0.00) | 1,306.97 |
| **Totals:  Fascia - Repair/Replacement** | | | **21.87** | **217.84** | **1,306.97** | **0.00** | **1,306.97** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 561.  Remove Metal lath & stucco | 1,308.00 SF | 0.80 | 0.00 | 209.28 | 1,255.68 | (0.00) | 1,255.68 |
| 562.  Metal lath & stucco | 1,308.00 SF | 6.87 | 159.31 | 1,829.06 | 10,974.33 | (0.00) | 10,974.33 |
| 563.  R&R House wrap (air/moisture barrier) | 1,308.00 SF | 0.31 | 14.65 | 84.04 | 504.17 | (0.00) | 504.17 |
| 564.  Stucco Plasterer - per hour | 65.00 HR | 40.11 | 0.00 | 521.44 | 3,128.59 | (0.00) | 3,128.59 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals:  Stucco** | | | **173.96** | **2,643.82** | **15,862.77** | **0.00** | **15,862.77** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 565.  Exterior - paint two coats | 16,137. SF 44 | 2.45 | 802.03 | 8,067.74 | 48,406.50 | (0.00) | 48,406.50 |
| **Totals:  Exterior Painting** | | | **802.03** | **8,067.74** | **48,406.50** | **0.00** | **48,406.50** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 566.  R&R Gutter / downspout - aluminum - 7" to 8" | 243.00 LF | 14.46 | 197.66 | 742.30 | 4,453.74 | (0.00) | 4,453.74 |
| **Totals:  Gutters** | | | **197.66** | **742.30** | **4,453.74** | **0.00** | **4,453.74** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 567.  Window Reglazing & Repair * | 1.00 EA | 1,005.00 | 0.00 | 201.00 | 1,206.00 | (0.00) | 1,206.00 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Screen Repair/Replacement**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Screen Repair/Replacement | | | 0.00 | 201.00 | 1,206.00 | 0.00 | 1,206.00 |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 568. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 6,119.00 | 175.62 | 1,258.92 | 7,553.54 | (0.00) | 7,553.54 |
| Totals: Interior | | | 175.62 | 1,258.92 | 7,553.54 | 0.00 | 7,553.54 |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 569. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| Totals: Landscaping | | | 0.00 | 25.00 | 150.00 | 0.00 | 150.00 |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 570. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| Totals: Permit & Fees | | | 0.00 | 40.22 | 241.31 | 0.00 | 241.31 |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 571. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| Totals: Awnings | | | 0.00 | 900.00 | 5,400.00 | 0.00 | 5,400.00 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 572. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 573. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 574. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 575. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #14 - Bldg #9 - 1250 Wildwood Lakes Blvd** | | | **8,197.17** | **96,256.30** | **584,890.95** | **0.00** | **584,890.95** |

### Building #15 - Bldg #18 - 1260 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 576. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 577. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 5,200.00 SF | 1.22 | 83.72 | 1,285.54 | 7,713.26 | (0.00) | 7,713.26 |
| 578. Roofer - per hour | 17.41 HR | 174.17 | 0.00 | 606.46 | 3,638.76 | (0.00) | 3,638.76 |
| 579. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **83.72** | **2,043.18** | **12,259.11** | **0.00** | **12,259.11** |

### Building Roof - #15 - Building #18



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 580.  Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.81 | 5,796.76 | 34,780.57 | (0.00) | 34,780.57 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 581.  Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 582.  Re-nailing of roof sheathing - complete re-nail | 10,166. SF 00 | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 583.  R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |
| 584.  Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 585.  Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 586.  Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 587.  Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 588.  R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 589.  R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 590.  Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 591.  R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 592.  R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 593.  R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 594.  R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 595.  Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 596.  Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals:  Building Roof - #15 - Building #18** | | | **4,707.76** | **42,613.36** | **260,982.68** | **0.00** | **260,982.68** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 597.  Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 598.  Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 599. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 600. R&R Sheathing - plywood - 5/8" CDX | 1,152.00 SF | 3.81 | 104.03 | 898.62 | 5,391.77 | (0.00) | 5,391.77 |
| **Totals: Sheathing** | | | **104.03** | **898.62** | **5,391.77** | **0.00** | **5,391.77** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 601. R&R 1" x 2" lumber (.167 BF per LF) | 265.00 LF | 5.23 | 9.83 | 279.16 | 1,674.94 | (0.00) | 1,674.94 |
| **Totals: 1" x 2" Framing** | | | **9.83** | **279.16** | **1,674.94** | **0.00** | **1,674.94** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 602. R&R Fascia - 1" x 8" - #1 pine | 101.00 LF | 7.31 | 15.13 | 150.70 | 904.14 | (0.00) | 904.14 |
| **Totals: Fascia - Repair/Replacement** | | | **15.13** | **150.70** | **904.14** | **0.00** | **904.14** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 603. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 604. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 605. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 606. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 607.  Exterior - paint two coats | 13,675. SF 80 | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals:  Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 608.  Window Reglazing & Repair * | 1.00 EA | 1,810.00 | 0.00 | 362.00 | 2,172.00 | (0.00) | 2,172.00 |
| **Totals:  Screen Repair/Replacement** | | | **0.00** | **362.00** | **2,172.00** | **0.00** | **2,172.00** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 609.  Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 5,832.00 | 167.38 | 1,199.88 | 7,199.26 | (0.00) | 7,199.26 |
| **Totals:  Interior** | | | **167.38** | **1,199.88** | **7,199.26** | **0.00** | **7,199.26** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 610.  Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals:  Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 611. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 612. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 613. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 614. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 615. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 616. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #15 - Bldg #18 - 1260 Wildwood Lakes Blvd** | | | **6,172.78** | **75,943.60** | **461,218.27** | **0.00** | **461,218.27** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Building #16 - Bldg #11 - 1265 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 617. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 618. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 2,200.00 SF | 1.22 | 35.42 | 543.88 | 3,263.30 | (0.00) | 3,263.30 |
| 619. Roofer - per hour | 17.41 HR | 174.17 | 0.00 | 606.46 | 3,638.76 | (0.00) | 3,638.76 |
| 620. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **35.42** | **1,301.52** | **7,809.15** | **0.00** | **7,809.15** |

#### Building Roof - #16 - Building #11

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 621. Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.81 | 5,796.76 | 34,780.57 | (0.00) | 34,780.57 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 622. Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 623. Re-nailing of roof sheathing - complete re-nail | 10,166. SF 00 | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 624. R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |
| 625. Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 626. Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 627. Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 628. Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 629. R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 630. R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 631. Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 632. R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.00 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 633. R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 634. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 635. R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 636. Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 637. Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals: Building Roof - #16 - Building #11** | | | **4,707.76** | **42,613.36** | **260,982.68** | **0.00** | **260,982.68** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 638. Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 639. Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 640. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 641. R&R Sheathing - plywood - 5/8" CDX | 1,248.00 SF | 3.81 | 112.69 | 973.52 | 5,841.09 | (0.00) | 5,841.09 |
| **Totals: Sheathing** | | | **112.69** | **973.52** | **5,841.09** | **0.00** | **5,841.09** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 642. R&R 1" x 2" lumber (.167 BF per LF) | 85.00 LF | 5.23 | 3.15 | 89.56 | 537.26 | (0.00) | 537.26 |
| **Totals: 1" x 2" Framing** | | | **3.15** | **89.56** | **537.26** | **0.00** | **537.26** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 643. R&R Fascia - 1" x 8" - #1 pine | 60.00 LF | 7.31 | 8.99 | 89.52 | 537.11 | (0.00) | 537.11 |
| **Totals: Fascia - Repair/Replacement** | | | **8.99** | **89.52** | **537.11** | **0.00** | **537.11** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 644. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 645. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 646. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 647. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 648. Exterior - paint two coats | 13,675. SF 80 | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals: Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 649. R&R Gutter / downspout - aluminum - 7" to 8" | 234.00 LF | 14.46 | 190.34 | 714.80 | 4,288.78 | (0.00) | 4,288.78 |
| **Totals: Gutters** | | | **190.34** | **714.80** | **4,288.78** | **0.00** | **4,288.78** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 650. Window Reglazing & Repair * | 1.00 EA | 4,645.00 | 0.00 | 929.00 | 5,574.00 | (0.00) | 5,574.00 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Screen Repair/Replacement** | | | **0.00** | **929.00** | **5,574.00** | **0.00** | **5,574.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 651. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 652. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 653. Awnings & Patio Covers (Bid Item) | 1.00 EA | 6,100.00 | 0.00 | 1,220.00 | 7,320.00 | (0.00) | 7,320.00 |
| **Totals: Awnings** | | | **0.00** | **1,220.00** | **7,320.00** | **0.00** | **7,320.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 654. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 655. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 656. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 657. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #16 - Bldg #11 - 1265 Wildwood Lakes Blvd** | | | **6,143.28** | **75,427.98** | **458,124.44** | **0.00** | **458,124.44** |

### Building #17 - Bldg #10 - 1270 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 658. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 659. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 6,900.00 SF | 1.22 | 111.09 | 1,705.82 | 10,234.91 | (0.00) | 10,234.91 |
| 660. Roofer - per hour | 25.41 HR | 174.17 | 0.00 | 885.14 | 5,310.80 | (0.00) | 5,310.80 |
| 661. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **111.09** | **2,742.14** | **16,452.80** | **0.00** | **16,452.80** |

#### Building Roof - #17 - Building #10

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 662. Remove Tear off, haul and dispose of tile roofing | 119.76 SQ | 277.11 | 957.53 | 6,828.84 | 40,973.06 | (0.00) | 40,973.06 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 663. Remove Roll roofing | 119.76 SQ | 97.71 | 0.00 | 2,340.36 | 14,042.11 | (0.00) | 14,042.11 |
| 664. Re-nailing of roof sheathing - complete re-nail | 11,976.00 SF | 0.57 | 25.15 | 1,370.30 | 8,221.77 | (0.00) | 8,221.77 |
| 665. R&R Drip edge/gutter apron | 1,568.00 LF | 3.31 | 103.17 | 1,058.66 | 6,351.91 | (0.00) | 6,351.91 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Building Roof - #17 - Building #10

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 666. Modified bitumen roof - cold adhesive application | 119.76 SQ | 413.59 | 902.20 | 10,086.74 | 60,520.48 | (0.00) | 60,520.48 |
| 667. Tile roofing - Concrete - "S" or flat tile | 137.72 SQ | 697.87 | 2,759.28 | 19,774.00 | 118,643.94 | (0.00) | 118,643.94 |
| 668. Bird stop - Eave closure strip for tile roofing - clay | 388.00 LF | 5.36 | 63.28 | 428.60 | 2,571.56 | (0.00) | 2,571.56 |
| 669. Hip & ridge nailer board for tile roofing - channel metal | 194.00 LF | 3.34 | 21.73 | 133.94 | 803.63 | (0.00) | 803.63 |
| 670. R&R Ridge / Hip / Rake cap - tile roofing | 194.00 LF | 18.32 | 94.25 | 729.68 | 4,378.01 | (0.00) | 4,378.01 |
| 671. R&R Mortar bed for tile | 1,056.00 SF | 8.41 | 133.80 | 1,802.94 | 10,817.70 | (0.00) | 10,817.70 |
| 672. Step flashing | 862.00 LF | 11.63 | 82.06 | 2,021.44 | 12,128.56 | (0.00) | 12,128.56 |
| 673. R&R Flashing - pipe jack - lead | 50.00 EA | 85.78 | 126.25 | 883.06 | 5,298.31 | (0.00) | 5,298.31 |
| 674. R&R Roof vent - off ridge type - 6' | 24.00 EA | 221.85 | 113.62 | 1,087.60 | 6,525.62 | (0.00) | 6,525.62 |
| 675. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 40.00 EA | 94.68 | 75.32 | 772.50 | 4,635.02 | (0.00) | 4,635.02 |
| 676. R&R Roof vent -large turtle type - Metal* | 28.00 EA | 116.49 | 85.99 | 669.54 | 4,017.25 | (0.00) | 4,017.25 |
| 677. Remove Additional charge for high roof (2 stories or greater) | 119.76 SQ | 5.46 | 0.00 | 0.00 | 653.89 | (0.00) | 653.89 |
| 678. Additional charge for high roof (2 stories or greater) | 137.12 SQ | 40.58 | 0.00 | 0.00 | 5,564.33 | (0.00) | 5,564.33 |
| **Totals: Building Roof - #17 - Building #10** | | | **5,543.63** | **49,988.20** | **306,147.15** | **0.00** | **306,147.15** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 679. Delivery charge / loading up to 37' * | 141.06 EA | 47.60 | 0.00 | 1,342.90 | 8,057.36 | (0.00) | 8,057.36 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,342.90** | **8,057.36** | **0.00** | **8,057.36** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 680. Scaffolding - easement protection * | 1.00 EA | 74,416.29 | 0.00 | 14,883.26 | 89,299.55 | (0.00) | 89,299.55 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **14,883.26** | **89,299.55** | **0.00** | **89,299.55** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 681. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 682. R&R Sheathing - plywood - 5/8" CDX | 736.00 SF | 3.81 | 66.46 | 574.12 | 3,444.74 | (0.00) | 3,444.74 |
| **Totals: Sheathing** | | | **66.46** | **574.12** | **3,444.74** | **0.00** | **3,444.74** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 683. R&R 1" x 2" lumber (.167 BF per LF) | 300.00 LF | 5.23 | 11.13 | 316.02 | 1,896.15 | (0.00) | 1,896.15 |
| **Totals: 1" x 2" Framing** | | | **11.13** | **316.02** | **1,896.15** | **0.00** | **1,896.15** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 684. R&R Fascia - 1" x 8" - #1 pine | 69.00 LF | 7.31 | 10.34 | 102.94 | 617.67 | (0.00) | 617.67 |
| **Totals: Fascia - Repair/Replacement** | | | **10.34** | **102.94** | **617.67** | **0.00** | **617.67** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 685. Remove Metal lath & stucco | 1,293.00 SF | 0.80 | 0.00 | 206.88 | 1,241.28 | (0.00) | 1,241.28 |
| 686. Metal lath & stucco | 1,293.00 SF | 6.87 | 157.49 | 1,808.08 | 10,848.48 | (0.00) | 10,848.48 |
| 687. R&R House wrap (air/moisture barrier) | 1,293.00 SF | 0.31 | 14.48 | 83.06 | 498.37 | (0.00) | 498.37 |
| 688. Stucco Plasterer - per hour | 60.00 HR | 40.11 | 0.00 | 481.32 | 2,887.92 | (0.00) | 2,887.92 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Stucco** | | | **171.97** | **2,579.34** | **15,476.05** | **0.00** | **15,476.05** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 689. Exterior - paint two coats | 15,180. SF 13 | 2.45 | 754.45 | 7,589.16 | 45,534.93 | (0.00) | 45,534.93 |
| **Totals: Exterior Painting** | | | **754.45** | **7,589.16** | **45,534.93** | **0.00** | **45,534.93** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 690. Window Reglazing & Repair * | 1.00 EA | 1,645.00 | 0.00 | 329.00 | 1,974.00 | (0.00) | 1,974.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **329.00** | **1,974.00** | **0.00** | **1,974.00** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 691. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 2,989.00 | 85.78 | 614.96 | 3,689.74 | (0.00) | 3,689.74 |
| **Totals: Interior** | | | **85.78** | **614.96** | **3,689.74** | **0.00** | **3,689.74** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 692. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 693. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 694. Awnings & Patio Covers (Bid Item) | 1.00 EA | 6,100.00 | 0.00 | 1,220.00 | 7,320.00 | (0.00) | 7,320.00 |
| **Totals: Awnings** | | | **0.00** | **1,220.00** | **7,320.00** | **0.00** | **7,320.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 695. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 696. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 697. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 698. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #17 - Bldg #10 - 1270 Wildwood Lakes Blvd** | | | **7,009.07** | **85,951.46** | **522,180.79** | **0.00** | **522,180.79** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Building #18 - Bldg #1 - 1275 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 699. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 700. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 2,580.00 SF | 1.22 | 41.54 | 637.82 | 3,826.96 | (0.00) | 3,826.96 |
| 701. Roofer - per hour | 19.41 HR | 174.17 | 0.00 | 676.12 | 4,056.76 | (0.00) | 4,056.76 |
| 702. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **41.54** | **1,465.12** | **8,790.81** | **0.00** | **8,790.81** |

#### Building Roof - #18 - Building #1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 703. Remove Tear off, haul and dispose of tile roofing | 119.76 SQ | 277.11 | 957.53 | 6,828.84 | 40,973.06 | (0.00) | 40,973.06 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 704. Remove Roll roofing | 119.76 SQ | 97.71 | 0.00 | 2,340.36 | 14,042.11 | (0.00) | 14,042.11 |
| 705. Re-nailing of roof sheathing - complete re-nail | 11,976. SF 00 | 0.57 | 25.15 | 1,370.30 | 8,221.77 | (0.00) | 8,221.77 |
| 706. R&R Drip edge/gutter apron | 1,568.00 LF | 3.31 | 103.17 | 1,058.66 | 6,351.91 | (0.00) | 6,351.91 |
| 707. Modified bitumen roof - cold adhesive application | 119.76 SQ | 413.59 | 902.20 | 10,086.74 | 60,520.48 | (0.00) | 60,520.48 |
| 708. Tile roofing - Concrete - "S" or flat tile | 137.72 SQ | 697.87 | 2,759.28 | 19,774.00 | 118,643.94 | (0.00) | 118,643.94 |
| 709. Bird stop - Eave closure strip for tile roofing - clay | 388.00 LF | 5.36 | 63.28 | 428.60 | 2,571.56 | (0.00) | 2,571.56 |
| 710. Hip & ridge nailer board for tile roofing - channel metal | 194.00 LF | 3.34 | 21.73 | 133.94 | 803.63 | (0.00) | 803.63 |
| 711. R&R Ridge / Hip / Rake cap - tile roofing | 194.00 LF | 18.32 | 94.25 | 729.68 | 4,378.01 | (0.00) | 4,378.01 |
| 712. R&R Mortar bed for tile | 1,056.00 SF | 8.41 | 133.80 | 1,802.94 | 10,817.70 | (0.00) | 10,817.70 |
| 713. Step flashing | 862.00 LF | 11.63 | 82.06 | 2,021.44 | 12,128.56 | (0.00) | 12,128.56 |
| 714. R&R Flashing - pipe jack - lead | 50.00 EA | 85.78 | 126.25 | 883.06 | 5,298.31 | (0.00) | 5,298.31 |
| 715. R&R Roof vent - off ridge type - 6' | 24.00 EA | 221.85 | 113.62 | 1,087.60 | 6,525.62 | (0.00) | 6,525.62 |
| 716. R&R Flat roof exhaust vent / cap - gooseneck 5"* | 40.00 EA | 94.68 | 75.32 | 772.50 | 4,635.02 | (0.00) | 4,635.02 |
| 717. R&R Roof vent -large turtle type - Metal* | 28.00 EA | 116.49 | 85.99 | 669.54 | 4,017.25 | (0.00) | 4,017.25 |
| 718. Remove Additional charge for high roof (2 stories or greater) | 119.76 SQ | 5.46 | 0.00 | 0.00 | 653.89 | (0.00) | 653.89 |
| 719. Additional charge for high roof (2 stories or greater) | 137.12 SQ | 40.58 | 0.00 | 0.00 | 5,564.33 | (0.00) | 5,564.33 |
| **Totals: Building Roof - #18 - Building #1** | | | **5,543.63** | **49,988.20** | **306,147.15** | **0.00** | **306,147.15** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 720.  Delivery charge / loading up to 37' * | 141.06 EA | 47.60 | 0.00 | 1,342.90 | 8,057.36 | (0.00) | 8,057.36 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **1,342.90** | **8,057.36** | **0.00** | **8,057.36** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 721.  Scaffolding - easement protection * | 1.00 EA | 74,416.29 | 0.00 | 14,883.26 | 89,299.55 | (0.00) | 89,299.55 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **14,883.26** | **89,299.55** | **0.00** | **89,299.55** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 722.  Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 723.  R&R Sheathing - plywood - 5/8" CDX | 1,600.00 SF | 3.81 | 144.48 | 1,248.10 | 7,488.58 | (0.00) | 7,488.58 |
| **Totals: Sheathing** | | | **144.48** | **1,248.10** | **7,488.58** | **0.00** | **7,488.58** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 724.  R&R 1" x 2" lumber (.167 BF per LF) | 117.00 LF | 5.23 | 4.34 | 123.24 | 739.49 | (0.00) | 739.49 |
| **Totals: 1" x 2" Framing** | | | **4.34** | **123.24** | **739.49** | **0.00** | **739.49** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 725. R&R Fascia - 1" x 8" - #1 pine | 65.00 LF | 7.31 | 9.74 | 96.98 | 581.87 | (0.00) | 581.87 |
| **Totals: Fascia - Repair/Replacement** | | | **9.74** | **96.98** | **581.87** | **0.00** | **581.87** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 726. Remove Metal lath & stucco | 1,293.00 SF | 0.80 | 0.00 | 206.88 | 1,241.28 | (0.00) | 1,241.28 |
| 727. Metal lath & stucco | 1,293.00 SF | 6.87 | 157.49 | 1,808.08 | 10,848.48 | (0.00) | 10,848.48 |
| 728. R&R House wrap (air/moisture barrier) | 1,293.00 SF | 0.31 | 14.48 | 83.06 | 498.37 | (0.00) | 498.37 |
| 729. Stucco Plasterer - per hour | 60.00 HR | 40.11 | 0.00 | 481.32 | 2,887.92 | (0.00) | 2,887.92 |
| **additional labor to smooth new material into existing finish** | | | | | | | |
| **Totals: Stucco** | | | **171.97** | **2,579.34** | **15,476.05** | **0.00** | **15,476.05** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 730. Exterior - paint two coats | 15,180. SF 13 | 2.45 | 754.45 | 7,589.16 | 45,534.93 | (0.00) | 45,534.93 |
| **Totals: Exterior Painting** | | | **754.45** | **7,589.16** | **45,534.93** | **0.00** | **45,534.93** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 731. R&R Gutter / downspout - aluminum - 7" to 8" | 468.00 LF | 14.46 | 380.67 | 1,429.60 | 8,577.55 | (0.00) | 8,577.55 |
| **Totals: Gutters** | | | **380.67** | **1,429.60** | **8,577.55** | **0.00** | **8,577.55** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 732. Window Reglazing & Repair * | 1.00 EA | 2,995.00 | 0.00 | 599.00 | 3,594.00 | (0.00) | 3,594.00 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Screen Repair/Replacement | | | 0.00 | 599.00 | 3,594.00 | 0.00 | 3,594.00 |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 733. Prep & protection,drywall repair, insulation & paint* | 1.00 EA | 6,856.00 | 196.77 | 1,410.56 | 8,463.33 | (0.00) | 8,463.33 |
| Totals: Interior | | | 196.77 | 1,410.56 | 8,463.33 | 0.00 | 8,463.33 |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 734. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| Totals: Landscaping | | | 0.00 | 25.00 | 150.00 | 0.00 | 150.00 |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 735. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| Totals: Permit & Fees | | | 0.00 | 40.22 | 241.31 | 0.00 | 241.31 |

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 736. Awnings & Patio Covers (Bid Item) | 1.00 EA | 7,700.00 | 0.00 | 1,540.00 | 9,240.00 | (0.00) | 9,240.00 |
| Totals: Awnings | | | 0.00 | 1,540.00 | 9,240.00 | 0.00 | 9,240.00 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 737. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 738. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 739. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 740. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #18 - Bldg #1 - 1275 Wildwood Lakes Blvd** | | | **7,501.81** | **87,964.88** | **534,261.32** | **0.00** | **534,261.32** |

### Building #19 - Bldg #19 - 1280 Wildwood Lakes Blvd

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 741. Boom lift - 50'-60' reach (per day) | 1.00 DA | 484.58 | 0.00 | 96.92 | 581.50 | (0.00) | 581.50 |
| 742. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 200.00 SF | 1.22 | 3.22 | 49.44 | 296.66 | (0.00) | 296.66 |
| 743. Roofer - per hour | 14.77 HR | 174.17 | 0.00 | 514.50 | 3,086.99 | (0.00) | 3,086.99 |
| 744. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |
| **Totals: Mitigation** | | | **3.22** | **715.12** | **4,290.74** | **0.00** | **4,290.74** |

#### Building Roof - #19 - Building #19



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 745.  Remove Tear off, haul and dispose of tile roofing | 101.66 SQ | 277.11 | 812.81 | 5,796.76 | 34,780.57 | (0.00) | 34,780.57 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 746.  Remove Roll roofing | 101.66 SQ | 97.71 | 0.00 | 1,986.64 | 11,919.84 | (0.00) | 11,919.84 |
| 747.  Re-nailing of roof sheathing - complete re-nail | 10,166.00 SF | 0.57 | 21.35 | 1,163.20 | 6,979.17 | (0.00) | 6,979.17 |
| 748.  R&R Drip edge/gutter apron | 1,314.00 LF | 3.31 | 86.46 | 887.18 | 5,322.98 | (0.00) | 5,322.98 |
| 749.  Modified bitumen roof - cold adhesive application | 101.66 SQ | 413.59 | 765.85 | 8,562.30 | 51,373.71 | (0.00) | 51,373.71 |
| 750.  Tile roofing - Concrete - "S" or flat tile | 117.00 SQ | 697.87 | 2,344.14 | 16,798.98 | 100,793.91 | (0.00) | 100,793.91 |
| 751.  Bird stop - Eave closure strip for tile roofing - clay | 332.00 LF | 5.36 | 54.15 | 366.74 | 2,200.41 | (0.00) | 2,200.41 |
| 752.  Hip & ridge nailer board for tile roofing - channel metal | 166.00 LF | 3.34 | 18.59 | 114.60 | 687.63 | (0.00) | 687.63 |
| 753.  R&R Ridge / Hip / Rake cap - tile roofing | 166.00 LF | 18.32 | 80.64 | 624.34 | 3,746.10 | (0.00) | 3,746.10 |
| 754.  R&R Mortar bed for tile | 1,148.00 SF | 8.41 | 145.45 | 1,960.04 | 11,760.17 | (0.00) | 11,760.17 |
| 755.  Step flashing | 757.00 LF | 11.63 | 72.07 | 1,775.20 | 10,651.18 | (0.00) | 10,651.18 |
| 756.  R&R Flashing - pipe jack - lead | 44.00 EA | 85.78 | 111.10 | 777.10 | 4,662.52 | (0.00) | 4,662.52 |
| 757.  R&R Roof vent - off ridge type - 6' | 20.00 EA | 221.85 | 94.68 | 906.34 | 5,438.02 | (0.00) | 5,438.02 |
| 758.  R&R Flat roof exhaust vent / cap - gooseneck 5"* | 24.00 EA | 94.68 | 45.19 | 463.52 | 2,781.03 | (0.00) | 2,781.03 |
| 759.  R&R Roof vent -large turtle type - Metal* | 18.00 EA | 116.49 | 55.28 | 430.42 | 2,582.52 | (0.00) | 2,582.52 |
| 760.  Remove Additional charge for high roof (2 stories or greater) | 101.66 SQ | 5.46 | 0.00 | 0.00 | 555.06 | (0.00) | 555.06 |
| 761.  Additional charge for high roof (2 stories or greater) | 117.00 SQ | 40.58 | 0.00 | 0.00 | 4,747.86 | (0.00) | 4,747.86 |
| **Totals:  Building Roof - #19 - Building #19** | | | **4,707.76** | **42,613.36** | **260,982.68** | **0.00** | **260,982.68** |

**Loading/Delivery Fees**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 762.  Delivery charge / loading up to 37' * | 120.00 EA | 47.60 | 0.00 | 1,142.40 | 6,854.40 | (0.00) | 6,854.40 |
| **Totals:  Loading/Delivery Fees** | | | **0.00** | **1,142.40** | **6,854.40** | **0.00** | **6,854.40** |

**Scaffolding / Easement Overhead Protection**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 763.  Scaffolding - easement protection * | 1.00 EA | 68,021.22 | 0.00 | 13,604.24 | 81,625.46 | (0.00) | 81,625.46 |
| **Totals:  Scaffolding / Easement Overhead Protection** | | | **0.00** | **13,604.24** | **81,625.46** | **0.00** | **81,625.46** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 764. Commercial Supervision / Project Management - per hour | 77.36 HR | 62.51 | 0.00 | 967.16 | 5,802.93 | (0.00) | 5,802.93 |
| **Totals: Commercial Supervision** | | | **0.00** | **967.16** | **5,802.93** | **0.00** | **5,802.93** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 765. R&R Sheathing - plywood - 5/8" CDX | 448.00 SF | 3.81 | 40.45 | 349.48 | 2,096.81 | (0.00) | 2,096.81 |
| **Totals: Sheathing** | | | **40.45** | **349.48** | **2,096.81** | **0.00** | **2,096.81** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 766. R&R 1" x 2" lumber (.167 BF per LF) | 125.00 LF | 5.23 | 4.64 | 131.68 | 790.07 | (0.00) | 790.07 |
| **Totals: 1" x 2" Framing** | | | **4.64** | **131.68** | **790.07** | **0.00** | **790.07** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 767. R&R Fascia - 1" x 8" - #1 pine | 23.00 LF | 7.31 | 3.45 | 34.34 | 205.92 | (0.00) | 205.92 |
| **Totals: Fascia - Repair/Replacement** | | | **3.45** | **34.34** | **205.92** | **0.00** | **205.92** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 768. Remove Metal lath & stucco | 1,135.50 SF | 0.80 | 0.00 | 181.68 | 1,090.08 | (0.00) | 1,090.08 |
| 769. Metal lath & stucco | 1,135.50 SF | 6.87 | 138.30 | 1,587.84 | 9,527.03 | (0.00) | 9,527.03 |
| 770. R&R House wrap (air/moisture barrier) | 1,135.50 SF | 0.31 | 12.72 | 72.94 | 437.67 | (0.00) | 437.67 |
| 771. Stucco Plasterer - per hour | 50.00 HR | 40.11 | 0.00 | 401.10 | 2,406.60 | (0.00) | 2,406.60 |
| **additional labor to smooth new material into existing finish** | | | | | | | |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

**CONTINUED - Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Stucco** | | | **151.02** | **2,243.56** | **13,461.38** | **0.00** | **13,461.38** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 772. Exterior - paint two coats | 13,675. SF 80 | 2.45 | 679.69 | 6,837.08 | 41,022.48 | (0.00) | 41,022.48 |
| **Totals: Exterior Painting** | | | **679.69** | **6,837.08** | **41,022.48** | **0.00** | **41,022.48** |

### Screen Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 773. Window Reglazing & Repair * | 1.00 EA | 685.00 | 0.00 | 137.00 | 822.00 | (0.00) | 822.00 |
| **Totals: Screen Repair/Replacement** | | | **0.00** | **137.00** | **822.00** | **0.00** | **822.00** |

### Landscaping

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 774. Landscaping * | 1.00 EA | 125.00 | 0.00 | 25.00 | 150.00 | (0.00) | 150.00 |
| **Totals: Landscaping** | | | **0.00** | **25.00** | **150.00** | **0.00** | **150.00** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 775. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Awnings

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 776. Awnings & Patio Covers (Bid Item) | 1.00 EA | 4,500.00 | 0.00 | 900.00 | 5,400.00 | (0.00) | 5,400.00 |
| **Totals: Awnings** | | | **0.00** | **900.00** | **5,400.00** | **0.00** | **5,400.00** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 777. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 778. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 779. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 EA | 550.00 | 0.00 | 440.00 | 2,640.00 | (0.00) | 2,640.00 |
| 780. Cleaning Technician - per hour | 80.00 HR | 37.83 | 254.22 | 605.28 | 3,885.90 | (0.00) | 3,885.90 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **254.22** | **1,045.28** | **6,525.90** | **0.00** | **6,525.90** |
| **Total: Building #19 - Bldg #19 - 1280 Wildwood Lakes Blvd** | | | **5,844.45** | **72,377.68** | **439,822.59** | **0.00** | **439,822.59** |

### Building #20 - Clubhouse -1295 Wildwood Lakes Blvd

### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 781. Roofer - per hour | 9.80 HR | 174.17 | 0.00 | 341.38 | 2,048.25 | (0.00) | 2,048.25 |
| 782. Single axle dump truck - per load - including dump fees | 1.00 EA | 271.33 | 0.00 | 54.26 | 325.59 | (0.00) | 325.59 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## CONTINUED - Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Mitigation** | | | **0.00** | **395.64** | **2,373.84** | **0.00** | **2,373.84** |

### Building Roof - #20 - Clubhouse

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 783. Remove Tear off, haul and dispose of tile roofing | 67.47 SQ | 232.66 | 0.00 | 3,139.52 | 18,837.09 | (0.00) | 18,837.09 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 784. Remove Roll roofing | 67.47 SQ | 97.71 | 0.00 | 1,318.50 | 7,910.99 | (0.00) | 7,910.99 |
| 785. Re-nailing of roof sheathing - complete re-nail | 6,747.00 SF | 0.57 | 14.17 | 772.00 | 4,631.96 | (0.00) | 4,631.96 |
| 786. R&R Valley metal | 48.00 LF | 7.17 | 6.82 | 70.20 | 421.18 | (0.00) | 421.18 |
| 787. R&R Drip edge/gutter apron | 634.00 LF | 3.31 | 41.72 | 428.06 | 2,568.32 | (0.00) | 2,568.32 |
| 788. Modified bitumen roof - cold adhesive application | 67.47 SQ | 413.59 | 508.28 | 5,682.64 | 34,095.84 | (0.00) | 34,095.84 |
| 789. Tile roofing - Concrete - "S" or flat tile | 77.59 SQ | 697.87 | 891.98 | 11,007.94 | 66,047.65 | (0.00) | 66,047.65 |
| 790. Bird stop - Eave closure strip for tile roofing - clay | 634.00 LF | 5.36 | 103.41 | 700.32 | 4,201.97 | (0.00) | 4,201.97 |
| 791. Hip & ridge nailer board for tile roofing - channel metal | 434.00 LF | 3.34 | 48.61 | 299.64 | 1,797.81 | (0.00) | 1,797.81 |
| 792. R&R Ridge / Hip / Rake cap - tile roofing | 434.00 LF | 18.32 | 210.84 | 1,632.34 | 9,794.06 | (0.00) | 9,794.06 |
| 793. R&R Mortar bed for tile | 458.00 SF | 8.41 | 58.03 | 781.96 | 4,691.77 | (0.00) | 4,691.77 |
| 794. Step flashing | 167.00 LF | 11.63 | 15.90 | 391.62 | 2,349.73 | (0.00) | 2,349.73 |
| 795. R&R Flashing - L flashing - galvanized | 10.00 LF | 5.16 | 0.90 | 10.50 | 63.00 | (0.00) | 63.00 |
| 796. R&R Flashing - pipe jack - lead | 3.00 EA | 85.78 | 7.57 | 52.98 | 317.89 | (0.00) | 317.89 |
| 797. R&R Exhaust cap - through roof - 6" to 8" | 3.00 EA | 108.67 | 7.18 | 66.64 | 399.83 | (0.00) | 399.83 |
| **Totals: Building Roof - #20 - Clubhouse** | | | **1,915.41** | **26,354.86** | **158,129.09** | **0.00** | **158,129.09** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 798. Delivery charge / loading up to 37' * | 85.07 EA | 47.60 | 0.00 | 809.86 | 4,859.19 | (0.00) | 4,859.19 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Loading/Delivery Fees** | | | **0.00** | **809.86** | **4,859.19** | **0.00** | **4,859.19** |

### Scaffolding / Easement Overhead Protection

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 799. Scaffolding - easement protection * | 1.00 EA | 40,330.99 | 0.00 | 8,066.20 | 48,397.19 | (0.00) | 48,397.19 |
| **Totals: Scaffolding / Easement Overhead Protection** | | | **0.00** | **8,066.20** | **48,397.19** | **0.00** | **48,397.19** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 800. Commercial Supervision / Project Management - per hour | 50.00 HR | 62.51 | 0.00 | 625.10 | 3,750.60 | (0.00) | 3,750.60 |
| **Totals: Commercial Supervision** | | | **0.00** | **625.10** | **3,750.60** | **0.00** | **3,750.60** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 801. R&R Sheathing - plywood - 5/8" CDX | 96.00 SF | 3.81 | 8.67 | 74.88 | 449.31 | (0.00) | 449.31 |
| **Totals: Sheathing** | | | **8.67** | **74.88** | **449.31** | **0.00** | **449.31** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 802. Remove Metal lath & stucco | 250.50 SF | 0.80 | 0.00 | 40.08 | 240.48 | (0.00) | 240.48 |
| 803. Metal lath & stucco | 250.50 SF | 6.87 | 30.51 | 350.28 | 2,101.73 | (0.00) | 2,101.73 |
| 804. R&R House wrap (air/moisture barrier) | 250.30 SF | 0.31 | 2.80 | 16.08 | 96.47 | (0.00) | 96.47 |
| 805. Stucco Plasterer - per hour | 10.00 HR | 40.11 | 0.00 | 80.22 | 481.32 | (0.00) | 481.32 |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| additional labor to smooth new material into existing finish | | | | | | | |
| **Totals: Stucco** | | | **33.31** | **486.66** | **2,920.00** | **0.00** | **2,920.00** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 806. Exterior - paint two coats | 9,730.03 SF | 2.45 | 483.58 | 4,864.44 | 29,186.59 | (0.00) | 29,186.59 |
| **Totals: Exterior Painting** | | | **483.58** | **4,864.44** | **29,186.59** | **0.00** | **29,186.59** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 807. R&R Gutter / downspout - aluminum - 7" to 8" | 171.00 LF | 14.46 | 139.09 | 522.34 | 3,134.09 | (0.00) | 3,134.09 |
| **Totals: Gutters** | | | **139.09** | **522.34** | **3,134.09** | **0.00** | **3,134.09** |

### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 808. Fencing * | 1.00 EA | 255.86 | 0.00 | 51.18 | 307.04 | (0.00) | 307.04 |
| **Totals: Fencing** | | | **0.00** | **51.18** | **307.04** | **0.00** | **307.04** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 809. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 40.22 | 241.31 | (0.00) | 241.31 |
| **Totals: Permit & Fees** | | | **0.00** | **40.22** | **241.31** | **0.00** | **241.31** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 810. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 811. Heavy Equipment* | 1.00 EA | 2,995.00 | 0.00 | 599.00 | 3,594.00 | (0.00) | 3,594.00 |
| **Totals: Equipment Rental** | | | **0.00** | **599.00** | **3,594.00** | **0.00** | **3,594.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 812. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 EA | 550.00 | 0.00 | 330.00 | 1,980.00 | (0.00) | 1,980.00 |
| 813. Cleaning Technician - per hour | 60.00 HR | 37.83 | 190.67 | 453.96 | 2,914.43 | (0.00) | 2,914.43 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **190.67** | **783.96** | **4,894.43** | **0.00** | **4,894.43** |
| **Total: Building #20 - Clubhouse -1295 Wildwood Lakes Blvd** | | | **2,770.73** | **44,068.10** | **264,599.19** | **0.00** | **264,599.19** |

### Building #22 - Maintenance + Car Wash

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 814. Roofer - per hour | 1.69 HR | 174.17 | 0.00 | 58.88 | 353.23 | (0.00) | 353.23 |
| **Totals: Mitigation** | | | **0.00** | **58.88** | **353.23** | **0.00** | **353.23** |

### Building Roof - Maintenance + Car Wash

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 815. Remove Tear off, haul and dispose of tile roofing | 12.66 SQ | 232.66 | 0.00 | 589.10 | 3,534.58 | (0.00) | 3,534.58 |

**Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt**



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Building Roof - Maintenance + Car Wash

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 816. Remove Roll roofing | 12.66 SQ | 97.71 | 0.00 | 247.40 | 1,484.41 | (0.00) | 1,484.41 |
| 817. Re-nailing of roof sheathing - complete re-nail | 1,266.00 SF | 0.57 | 2.66 | 144.86 | 869.14 | (0.00) | 869.14 |
| 818. R&R Drip edge/gutter apron | 149.50 LF | 3.31 | 9.84 | 100.92 | 605.61 | (0.00) | 605.61 |
| 819. Modified bitumen roof - cold adhesive application | 12.66 SQ | 413.59 | 95.37 | 1,066.30 | 6,397.72 | (0.00) | 6,397.72 |
| 820. Tile roofing - Concrete - "S" or flat tile | 14.56 SQ | 697.87 | 167.38 | 2,065.68 | 12,394.05 | (0.00) | 12,394.05 |
| 821. Bird stop - Eave closure strip for tile roofing - clay | 97.34 LF | 5.36 | 15.88 | 107.52 | 645.14 | (0.00) | 645.14 |
| 822. Hip & ridge nailer board for tile roofing - channel metal | 48.67 LF | 3.34 | 5.45 | 33.62 | 201.63 | (0.00) | 201.63 |
| 823. R&R Ridge / Hip / Rake cap - tile roofing | 48.67 LF | 18.32 | 23.64 | 183.06 | 1,098.34 | (0.00) | 1,098.34 |
| **Totals: Building Roof - Maintenance + Car Wash** | | | **320.22** | **4,538.46** | **27,230.62** | **0.00** | **27,230.62** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 824. Delivery charge / loading up to 37' * | 15.39 EA | 47.60 | 0.00 | 146.52 | 879.08 | (0.00) | 879.08 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **146.52** | **879.08** | **0.00** | **879.08** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 825. Commercial Supervision / Project Management - per hour | 10.00 HR | 62.51 | 0.00 | 125.02 | 750.12 | (0.00) | 750.12 |
| **Totals: Commercial Supervision** | | | **0.00** | **125.02** | **750.12** | **0.00** | **750.12** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 826. Exterior - paint two coats | 971.63 SF | 2.45 | 48.29 | 485.76 | 2,914.54 | (0.00) | 2,914.54 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## CONTINUED - Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Exterior Painting** | | | **48.29** | **485.76** | **2,914.54** | **0.00** | **2,914.54** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 827. R&R Fascia - 1" x 8" - #1 pine | 1.50 LF | 7.31 | 0.22 | 2.24 | 13.43 | (0.00) | 13.43 |
| **Totals: Fascia - Repair/Replacement** | | | **0.22** | **2.24** | **13.43** | **0.00** | **13.43** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 828. Permits & fees * | 1.00 EA | 201.09 | 0.00 | 0.00 | 201.09 | (0.00) | 201.09 |
| **Totals: Permit & Fees** | | | **0.00** | **0.00** | **201.09** | **0.00** | **201.09** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 829. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |
| **Total: Building #22 - Maintenance + Car Wash** | | | **368.73** | **5,750.64** | **34,704.62** | **0.00** | **34,704.62** |

## Building #23 - Garages - 12 Units

### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 830. Roofer - per hour | 31.56 HR | 174.17 | 0.00 | 1,099.36 | 6,596.17 | (0.00) | 6,596.17 |
| **Totals: Mitigation** | | | **0.00** | **1,099.36** | **6,596.17** | **0.00** | **6,596.17** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Building #23 - Garages - Roofs - 12 Units

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| below calculations based on an aggregate total for twelve garage units | | | | | | | |
| 831. Remove Tear off, haul and dispose of tile roofing | 217.68 SQ | 232.66 | 1,460.52 | 10,421.18 | 62,527.13 | (0.00) | 62,527.13 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 832. Remove Roll roofing | 217.68 SQ | 97.71 | 0.00 | 4,253.90 | 25,523.41 | (0.00) | 25,523.41 |
| 833. Re-nailing of roof sheathing - complete re-nail | 21,768. SF 00 | 0.57 | 45.71 | 2,490.70 | 14,944.17 | (0.00) | 14,944.17 |
| 834. R&R Drip edge/gutter apron | 1,674.00 LF | 3.31 | 110.15 | 1,130.24 | 6,781.33 | (0.00) | 6,781.33 |
| 835. Modified bitumen roof - cold adhesive application | 217.68 SQ | 413.59 | 1,639.87 | 18,334.04 | 110,004.18 | (0.00) | 110,004.18 |
| 836. Tile roofing - Concrete - "S" or flat tile | 250.33 SQ | 697.87 | 5,015.46 | 35,942.66 | 215,655.92 | (0.00) | 215,655.92 |
| 837. Bird stop - Eave closure strip for tile roofing - clay | 1,674.00 LF | 5.36 | 273.03 | 1,849.12 | 11,094.79 | (0.00) | 11,094.79 |
| 838. Hip & ridge nailer board for tile roofing - channel metal | 837.00 LF | 3.34 | 93.74 | 577.86 | 3,467.18 | (0.00) | 3,467.18 |
| 839. R&R Ridge / Hip / Rake cap - tile roofing | 837.00 LF | 18.32 | 406.61 | 3,148.10 | 18,888.55 | (0.00) | 18,888.55 |
| **Totals: Building #23 - Garages - Roofs - 12 Units** | | | **9,045.09** | **78,147.80** | **468,886.66** | **0.00** | **468,886.66** |

### Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 840. Delivery charge / loading up to 37' * | 264.77 EA | 47.60 | 0.00 | 2,520.62 | 15,123.67 | (0.00) | 15,123.67 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **2,520.62** | **15,123.67** | **0.00** | **15,123.67** |

### Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 841. Commercial Supervision / Project Management - per hour | 150.00 HR | 62.51 | 0.00 | 1,875.30 | 11,251.80 | (0.00) | 11,251.80 |
| **Totals: Commercial Supervision** | | | **0.00** | **1,875.30** | **11,251.80** | **0.00** | **11,251.80** |

### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 842. R&R Sheathing - plywood - 5/8" CDX | 608.00 SF | 3.81 | 54.90 | 474.28 | 2,845.66 | (0.00) | 2,845.66 |
| **Totals: Sheathing** | | | **54.90** | **474.28** | **2,845.66** | **0.00** | **2,845.66** |

### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 843. R&R 1" x 2" lumber (.167 BF per LF) | 60.00 LF | 5.23 | 2.23 | 63.20 | 379.23 | (0.00) | 379.23 |
| **Totals: 1" x 2" Framing** | | | **2.23** | **63.20** | **379.23** | **0.00** | **379.23** |

### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 844. R&R Fascia - 1" x 8" - #1 pine | 30.00 LF | 7.31 | 4.49 | 44.76 | 268.55 | (0.00) | 268.55 |
| **Totals: Fascia - Repair/Replacement** | | | **4.49** | **44.76** | **268.55** | **0.00** | **268.55** |

### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 845. Garages - Exterior Paint* | 15,437. EA 13 | 2.45 | 1,080.60 | 7,780.32 | 46,681.89 | (0.00) | 46,681.89 |
| includes (12) garages | | | | | | | |
| **Totals: Exterior Painting** | | | **1,080.60** | **7,780.32** | **46,681.89** | **0.00** | **46,681.89** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 846. Permits & fees * | 1.00 EA | 2,413.08 | 0.00 | 482.62 | 2,895.70 | (0.00) | 2,895.70 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Permit & Fees** | | | **0.00** | **482.62** | **2,895.70** | **0.00** | **2,895.70** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 847. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 848. Heavy Equipment* | 1.00 EA | 8,985.00 | 0.00 | 1,797.00 | 10,782.00 | (0.00) | 10,782.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,797.00** | **10,782.00** | **0.00** | **10,782.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 849. Dumpster load - Approx. 20 yards, 4 tons of debris | 7.00 EA | 550.00 | 0.00 | 770.00 | 4,620.00 | (0.00) | 4,620.00 |
| 850. Cleaning Technician - per hour | 130.00 HR | 37.83 | 413.10 | 983.58 | 6,314.58 | (0.00) | 6,314.58 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **413.10** | **1,753.58** | **10,934.58** | **0.00** | **10,934.58** |
| **Total: Building #23 - Garages - 12 Units** | | | **10,600.41** | **96,432.60** | **579,008.42** | **0.00** | **579,008.42** |

### Building #24 - Carports - 6 Units

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 851. Roofer - per hour | 10.14 HR | 174.17 | 0.00 | 353.22 | 2,119.30 | (0.00) | 2,119.30 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## CONTINUED - Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Mitigation** | | | **0.00** | **353.22** | **2,119.30** | **0.00** | **2,119.30** |

## Building #24 - Carports - Roofs - 6 Units

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **below calculations based on an aggregate total for six carport units** | | | | | | | |
| 852. Remove Tear off, haul and dispose of tile roofing | 69.72 SQ | 232.66 | 0.00 | 3,244.22 | 19,465.28 | (0.00) | 19,465.28 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 853. Remove Roll roofing | 69.72 SQ | 97.71 | 0.00 | 1,362.46 | 8,174.80 | (0.00) | 8,174.80 |
| 854. Re-nailing of roof sheathing - complete re-nail | 6,972.00 SF | 0.57 | 14.64 | 797.72 | 4,786.40 | (0.00) | 4,786.40 |
| 855. R&R Drip edge/gutter apron | 915.96 LF | 3.31 | 60.27 | 618.42 | 3,710.52 | (0.00) | 3,710.52 |
| 856. Modified bitumen roof - cold adhesive application | 69.72 SQ | 413.59 | 525.23 | 5,872.14 | 35,232.86 | (0.00) | 35,232.86 |
| 857. Tile roofing - Concrete - "S" or flat tile | 80.18 SQ | 697.87 | 921.76 | 11,375.40 | 68,252.38 | (0.00) | 68,252.38 |
| 858. Bird stop - Eave closure strip for tile roofing - clay | 663.96 LF | 5.36 | 108.29 | 733.42 | 4,400.54 | (0.00) | 4,400.54 |
| 859. Hip & ridge nailer board for tile roofing - channel metal | 331.98 LF | 3.34 | 37.18 | 229.20 | 1,375.19 | (0.00) | 1,375.19 |
| 860. R&R Ridge / Hip / Rake cap - tile roofing | 331.98 LF | 18.32 | 161.28 | 1,248.64 | 7,491.80 | (0.00) | 7,491.80 |
| **Totals: Building #24 - Carports - Roofs - 6 Units** | | | **1,828.65** | **25,481.62** | **152,889.77** | **0.00** | **152,889.77** |

## Loading/Delivery Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 861. Delivery charge / loading up to 37' * | 85.90 EA | 47.60 | 0.00 | 817.76 | 4,906.60 | (0.00) | 4,906.60 |
| **Totals: Loading/Delivery Fees** | | | **0.00** | **817.76** | **4,906.60** | **0.00** | **4,906.60** |

## Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Commercial Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 862. Commercial Supervision / Project Management - per hour | 50.00 HR | 62.51 | 0.00 | 625.10 | 3,750.60 | (0.00) | 3,750.60 |
| **Totals: Commercial Supervision** | | | **0.00** | **625.10** | **3,750.60** | **0.00** | **3,750.60** |

#### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 863. R&R Sheathing - plywood - 5/8" CDX | 128.00 SF | 3.81 | 11.56 | 99.86 | 599.10 | (0.00) | 599.10 |
| **Totals: Sheathing** | | | **11.56** | **99.86** | **599.10** | **0.00** | **599.10** |

#### 1" x 2" Framing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 864. R&R 1" x 2" lumber (.167 BF per LF) | 40.00 LF | 5.23 | 1.48 | 42.14 | 252.82 | (0.00) | 252.82 |
| **Totals: 1" x 2" Framing** | | | **1.48** | **42.14** | **252.82** | **0.00** | **252.82** |

#### Fascia - Repair/Replacement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 865. R&R Fascia - 1" x 8" - #1 pine | 35.00 LF | 7.31 | 5.24 | 52.22 | 313.31 | (0.00) | 313.31 |
| **Totals: Fascia - Repair/Replacement** | | | **5.24** | **52.22** | **313.31** | **0.00** | **313.31** |

#### Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 866. Carports - Exterior Paint* **includes (6) carports** | 3,968.06 EA | 2.45 | 277.76 | 1,999.92 | 11,999.43 | (0.00) | 11,999.43 |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### CONTINUED - Exterior Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Exterior Painting** | | | **277.76** | **1,999.92** | **11,999.43** | **0.00** | **11,999.43** |

### Permit & Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 867. Permits & fees * | 1.00 EA | 1,206.54 | 0.00 | 241.30 | 1,447.84 | (0.00) | 1,447.84 |
| **Totals: Permit & Fees** | | | **0.00** | **241.30** | **1,447.84** | **0.00** | **1,447.84** |

### Asphalt Drive Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 868. Asphalt overlay - 1 1/2" | 787.50 SF | 2.50 | 0.00 | 393.76 | 2,362.51 | (0.00) | 2,362.51 |
| **Totals: Asphalt Drive Repairs** | | | **0.00** | **393.76** | **2,362.51** | **0.00** | **2,362.51** |

### Equipment Rental

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 869. Heavy Equipment* | 1.00 EA | 5,990.00 | 0.00 | 1,198.00 | 7,188.00 | (0.00) | 7,188.00 |
| **Totals: Equipment Rental** | | | **0.00** | **1,198.00** | **7,188.00** | **0.00** | **7,188.00** |

### Dumpster and Interim / Final Cleaning Fees

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 870. Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 550.00 | 0.00 | 220.00 | 1,320.00 | (0.00) | 1,320.00 |
| 871. Cleaning Technician - per hour | 30.00 HR | 37.83 | 95.33 | 226.98 | 1,457.21 | (0.00) | 1,457.21 |
| **Totals: Dumpster and Interim / Final Cleaning Fees** | | | **95.33** | **446.98** | **2,777.21** | **0.00** | **2,777.21** |
| **Total: Building #24 - Carports - 6 Units** | | | **2,220.02** | **31,751.88** | **190,606.49** | **0.00** | **190,606.49** |

ENCLAVE_NAPLES_CONDO



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Building #25 - Pavillion

#### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 872. Roofer - per hour | 0.75 HR | 174.17 | 0.00 | 26.12 | 156.75 | (0.00) | 156.75 |
| **Totals: Mitigation** | | | **0.00** | **26.12** | **156.75** | **0.00** | **156.75** |

### Building #25 - Pavillion

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 873. Remove Tear off, haul and dispose of tile roofing | 5.04 SQ | 252.66 | 0.00 | 254.68 | 1,528.09 | (0.00) | 1,528.09 |
| **Includes: Dump fees, hauling, disposal, and labor to remove tile roofing and felt** | | | | | | | |
| 874. Remove Roll roofing | 5.04 SQ | 97.71 | 0.00 | 98.50 | 590.96 | (0.00) | 590.96 |
| 875. Re-nailing of roof sheathing - complete re-nail | 504.00 SF | 0.57 | 1.06 | 57.68 | 346.02 | (0.00) | 346.02 |
| 876. R&R Drip edge/gutter apron | 84.00 LF | 3.31 | 5.53 | 56.72 | 340.29 | (0.00) | 340.29 |
| 877. Modified bitumen roof - cold adhesive application | 5.04 SQ | 413.59 | 37.97 | 424.50 | 2,546.96 | (0.00) | 2,546.96 |
| 878. Tile roofing - Concrete - "S" or flat tile | 5.80 SQ | 697.87 | 66.68 | 822.88 | 4,937.21 | (0.00) | 4,937.21 |
| 879. Bird stop - Eave closure strip for tile roofing - clay | 84.00 LF | 5.36 | 13.70 | 92.78 | 556.72 | (0.00) | 556.72 |
| 880. Hip & ridge nailer board for tile roofing - channel metal | 64.00 LF | 3.34 | 7.17 | 44.20 | 265.13 | (0.00) | 265.13 |
| 881. R&R Ridge / Hip / Rake cap - tile roofing | 64.00 LF | 18.32 | 31.09 | 240.72 | 1,444.29 | (0.00) | 1,444.29 |
| **Totals: Building #25 - Pavillion** | | | **163.20** | **2,092.66** | **12,555.67** | **0.00** | **12,555.67** |

#### Sheathing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 882. R&R Sheathing - plywood - 5/8" CDX | 64.00 SF | 3.81 | 5.78 | 49.94 | 299.56 | (0.00) | 299.56 |
| **Totals: Sheathing** | | | **5.78** | **49.94** | **299.56** | **0.00** | **299.56** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Building #25 - Pavillion** | | | **168.98** | **2,168.72** | **13,011.98** | **0.00** | **13,011.98** |

### Building #26 - Spa Pavillion



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 883. Spa Pavillion * | 1.00 EA | 214.66 | 0.00 | 0.00 | 214.66 | (0.00) | 214.66 |
| **Totals: Building #26 - Spa Pavillion** | | | **0.00** | **0.00** | **214.66** | **0.00** | **214.66** |
| **Total: Commercial Building Coverage** | | | **147,999.10** | **1,773,266.80** | **10,761,515.65** | **0.00** | **10,761,515.65** |
| **Line Item Totals: ENCLAVE_NAPLES_CONDO** | | | **147,999.10** | **1,773,266.80** | **10,761,515.65** | **0.00** | **10,761,515.65** |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| #1 Bldg - 1150 Wildwood Lakes Blvd (Bldg 14) | 451,197.27 | 4.19% | 451,197.27 | 4.19% |
| #2 Bldg - 1160 Wildwood Lakes Blvd (Bldg 4) | 510,572.73 | 4.74% | 510,572.73 | 4.74% |
| #3 Bldg - 1170 Wildwood Lakes Blvd (Bldg 15) | 458,692.91 | 4.26% | 458,692.91 | 4.26% |
| #4 Bldg - 1180 Wildwood Lakes Blvd (Bldg 5) | 515,083.18 | 4.79% | 515,083.18 | 4.79% |
| #5 Bldg - 1185 Wildwood Lakes Blvd (Bldg 13) | 457,602.12 | 4.25% | 457,602.12 | 4.25% |
| #6 Bldg - 1190 Wildwood Lakes Blvd (Bldg 16) | 452,724.05 | 4.21% | 452,724.05 | 4.21% |
| #7 Bldg - 1195 Wildwood Lakes Blvd (Bldg 3) | 510,210.87 | 4.74% | 510,210.87 | 4.74% |
| #8 Bldg - 1205 Wildwood Lakes Blvd (Bldg 12) | 456,370.40 | 4.24% | 456,370.40 | 4.24% |
| #9 Bldg - 1210 Wildwood Lakes Blvd (Bldg 6) | 616,342.10 | 5.73% | 616,342.10 | 5.73% |
| #10 Bldg - 1220 Wildwood Lakes Blvd (Bldg 7) | 572,759.61 | 5.32% | 572,759.61 | 5.32% |
| #11 Bldg - 1230 Wildwood Lakes Blvd (Bldg 8) | 621,123.74 | 5.77% | 621,123.74 | 5.77% |
| #12 Bldg - 1235 Wildwood Lakes Blvd (Bldg 2) | 613,645.97 | 5.70% | 613,645.97 | 5.70% |
| #13 Bldg - 1240 Wildwood Lakes Blvd (Bldg 17) | 442,546.98 | 4.11% | 442,546.98 | 4.11% |
| #14 Bldg - 1250 Wildwood Lakes Blvd (Bldg 9) | 584,890.95 | 5.44% | 584,890.95 | 5.44% |
| #15 Bldg - 1260 Wildwood Lakes Blvd (Bldg 18) | 461,218.27 | 4.29% | 461,218.27 | 4.29% |
| #16 Bldg - 1265 Wildwood Lakes Blvd (Bldg 11) | 458,124.44 | 4.26% | 458,124.44 | 4.26% |
| #17 Bldg - 1270 Wildwood Lakes Blvd (Bldg 10) | 522,180.79 | 4.85% | 522,180.79 | 4.85% |
| #18 Bldg - 1275 Wildwood Lakes Blvd (Bldg 1) | 534,261.32 | 4.96% | 534,261.32 | 4.96% |
| #19 Bldg - 1280 Wildwood Lakes Blvd (Bldg 19) | 439,822.59 | 4.09% | 439,822.59 | 4.09% |
| #20 Bldg - 1295 Wildwood Lakes Blvd (Clubhouse) | 264,599.19 | 2.46% | 264,599.19 | 2.46% |
| #21 Bldg - 1295 Wildwood Lakes Blvd (Swimming Pool) | 0.00 | 0.00% | 0.00 | 0.00% |
| #22 Bldg - 1295 Wildwood Lakes Blvd (Maintenance + CarWash) | 34,704.62 | 0.32% | 34,704.62 | 0.32% |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

| | | | | |
|---|---|---|---|---|
| #23 Bldg - 1295 Wildwood Lakes Blvd (12 Each - Garages) | 579,008.42 | 5.38% | 579,008.42 | 5.38% |
| #24 Bldg - 1295 Wildwood Lakes Blvd (6 Each - Carports) | 190,606.49 | 1.77% | 190,606.49 | 1.77% |
| #25 Bldg - 1295 Wildwood Lakes Blvd (Pavillion) | 13,011.98 | 0.12% | 13,011.98 | 0.12% |
| #26 Bldg - 1295 Wildwood Lakes Blvd (Spa Pavillion) | 214.66 | 0.00% | 214.66 | 0.00% |
| Total | 10,761,515.65 | 100.00% | 10,761,515.65 | 100.00% |



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #1 Bldg - 1150 Wildwood Lakes Blvd (Bldg 14)

| | |
|---|---:|
| Line Item Total | 370,939.86 |
| Material Sales Tax | 5,729.73 |
| Subtotal | 376,669.59 |
| Overhead | 37,136.73 |
| Profit | 37,136.73 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$451,197.27** |
| **Net Claim** | **$451,197.27** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #2 Bldg - 1160 Wildwood Lakes Blvd (Bldg 4)

| | |
|---|---:|
| Line Item Total | 419,653.97 |
| Material Sales Tax | 6,647.76 |
| Subtotal | 426,301.73 |
| Overhead | 42,008.39 |
| Profit | 42,008.39 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$510,572.73** |
| **Net Claim** | **$510,572.73** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #3 Bldg - 1170 Wildwood Lakes Blvd (Bldg 15)

| | |
|---|---:|
| Line Item Total | 376,890.16 |
| Material Sales Tax | 6,025.81 |
| Subtotal | 382,915.97 |
| Overhead | 37,761.36 |
| Profit | 37,761.36 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$458,692.91** |
| **Net Claim** | **$458,692.91** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #4 Bldg - 1180 Wildwood Lakes Blvd (Bldg 5)

| | |
|---|---:|
| Line Item Total | 423,354.98 |
| Material Sales Tax | 6,705.44 |
| Subtotal | 430,060.42 |
| Overhead | 42,384.27 |
| Profit | 42,384.27 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$515,083.18** |
| **Net Claim** | **$515,083.18** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #5 Bldg - 1185 Wildwood Lakes Blvd (Bldg 13)

| | |
|---|---:|
| Line Item Total | 376,237.98 |
| Material Sales Tax | 5,769.00 |
| | |
| Subtotal | 382,006.98 |
| Overhead | 37,670.46 |
| Profit | 37,670.46 |
| Total Cleaning Tax | 254.22 |
| | |
| **Replacement Cost Value** | **$457,602.12** |
| **Net Claim** | **$457,602.12** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

## Summary for #6 Bldg - 1190 Wildwood Lakes Blvd (Bldg 16)

| | |
|---|---|
| Line Item Total | 372,187.90 |
| Material Sales Tax | 5,754.03 |
| | |
| Subtotal | 377,941.93 |
| Overhead | 37,263.95 |
| Profit | 37,263.95 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$452,724.05** |
| **Net Claim** | **$452,724.05** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## Summary for #7 Bldg - 1195 Wildwood Lakes Blvd (Bldg 3)

| | |
|---|---:|
| Line Item Total | 419,412.01 |
| Material Sales Tax | 6,588.16 |
| Subtotal | 426,000.17 |
| Overhead | 41,978.24 |
| Profit | 41,978.24 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$510,210.87** |
| **Net Claim** | **$510,210.87** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #8 Bldg - 1205 Wildwood Lakes Blvd (Bldg 12)

| | |
|---|---:|
| Line Item Total | 375,178.54 |
| Material Sales Tax | 5,802.02 |
| | |
| Subtotal | 380,980.56 |
| Overhead | 37,567.81 |
| Profit | 37,567.81 |
| Total Cleaning Tax | 254.22 |
| | |
| **Replacement Cost Value** | **$456,370.40** |
| **Net Claim** | **$456,370.40** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #9 Bldg - 1210 Wildwood Lakes Blvd (Bldg 6)

| | |
|---|---:|
| Line Item Total | 506,361.40 |
| Material Sales Tax | 8,320.86 |
| Subtotal | 514,682.26 |
| Overhead | 50,702.81 |
| Profit | 50,702.81 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$616,342.10** |
| **Net Claim** | **$616,342.10** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## Summary for #10 Bldg - 1220 Wildwood Lakes Blvd (Bldg 7)

| | |
|---|---:|
| Line Item Total | 470,562.94 |
| Material Sales Tax | 7,708.05 |
| | |
| Subtotal | 478,270.99 |
| Overhead | 47,117.20 |
| Profit | 47,117.20 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$572,759.61** |
| **Net Claim** | **$572,759.61** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #11 Bldg - 1230 Wildwood Lakes Blvd (Bldg 8)

| | |
|---|---:|
| Line Item Total | 510,100.25 |
| Material Sales Tax | 8,566.73 |
| Subtotal | 518,666.98 |
| Overhead | 51,101.27 |
| Profit | 51,101.27 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$621,123.74** |
| **Net Claim** | **$621,123.74** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## Summary for #12 Bldg - 1235 Wildwood Lakes Blvd (Bldg 2)

| | |
|---|---:|
| Line Item Total | 504,014.01 |
| Material Sales Tax | 8,421.48 |
| | |
| Subtotal | 512,435.49 |
| Overhead | 50,478.13 |
| Profit | 50,478.13 |
| Total Cleaning Tax | 254.22 |
| | |
| **Replacement Cost Value** | **$613,645.97** |
| **Net Claim** | **$613,645.97** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #13 Bldg - 1240 Wildwood Lakes Blvd (Bldg 17)

| | |
|---|---:|
| Line Item Total | 363,803.30 |
| Material Sales Tax | 5,657.74 |
| Subtotal | 369,461.04 |
| Overhead | 36,415.86 |
| Profit | 36,415.86 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$442,546.98** |
| **Net Claim** | **$442,546.98** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #14 Bldg - 1250 Wildwood Lakes Blvd (Bldg 9)

| | |
|---|---:|
| Line Item Total | 480,437.48 |
| Material Sales Tax | 7,942.95 |
| Subtotal | 488,380.43 |
| Overhead | 48,128.15 |
| Profit | 48,128.15 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$584,890.95** |
| **Net Claim** | **$584,890.95** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #15 Bldg - 1260 Wildwood Lakes Blvd (Bldg 18)

| | |
|---|---:|
| Line Item Total | 379,101.89 |
| Material Sales Tax | 5,918.56 |
| | |
| Subtotal | 385,020.45 |
| Overhead | 37,971.80 |
| Profit | 37,971.80 |
| Total Cleaning Tax | 254.22 |
| | |
| **Replacement Cost Value** | **$461,218.27** |
| **Net Claim** | **$461,218.27** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #16 Bldg - 1265 Wildwood Lakes Blvd (Bldg 11)

| | |
|---|---:|
| Line Item Total | 376,553.18 |
| Material Sales Tax | 5,889.06 |
| Subtotal | 382,442.24 |
| Overhead | 37,713.99 |
| Profit | 37,713.99 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$458,124.44** |
| **Net Claim** | **$458,124.44** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

## Summary for #17 Bldg - 1270 Wildwood Lakes Blvd (Bldg 10)

| | |
|---|---:|
| Line Item Total | 429,220.26 |
| Material Sales Tax | 6,754.85 |
| Subtotal | 435,975.11 |
| Overhead | 42,975.73 |
| Profit | 42,975.73 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$522,180.79** |
| **Net Claim** | **$522,180.79** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #18 Bldg - 1275 Wildwood Lakes Blvd (Bldg 1)

| | |
|---|---:|
| Line Item Total | 438,794.63 |
| Material Sales Tax | 7,247.59 |
| Subtotal | 446,042.22 |
| Overhead | 43,982.44 |
| Profit | 43,982.44 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$534,261.32** |
| **Net Claim** | **$534,261.32** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #19 Bldg - 1280 Wildwood Lakes Blvd (Bldg 19)

| | |
|---|---:|
| Line Item Total | 361,600.46 |
| Material Sales Tax | 5,590.23 |
| Subtotal | 367,190.69 |
| Overhead | 36,188.84 |
| Profit | 36,188.84 |
| Total Cleaning Tax | 254.22 |
| **Replacement Cost Value** | **$439,822.59** |
| **Net Claim** | **$439,822.59** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #20 Bldg - 1295 Wildwood Lakes Blvd (Clubhouse)

| | |
|---|---:|
| Line Item Total | 217,760.36 |
| Material Sales Tax | 2,580.06 |
| Subtotal | 220,340.42 |
| Overhead | 22,034.05 |
| Profit | 22,034.05 |
| Total Cleaning Tax | 190.67 |
| **Replacement Cost Value** | **$264,599.19** |
| **Net Claim** | **$264,599.19** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #22 Bldg - 1295 Wildwood Lakes Blvd (Maintenance + CarWash)

| | |
|---|---:|
| Line Item Total | 28,585.25 |
| Material Sales Tax | 368.73 |
| Subtotal | 28,953.98 |
| Overhead | 2,875.32 |
| Profit | 2,875.32 |
| **Replacement Cost Value** | **$34,704.62** |
| **Net Claim** | **$34,704.62** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #23 Bldg - 1295 Wildwood Lakes Blvd (12 Each - Garages)

| | |
|---|---:|
| Line Item Total | 471,975.41 |
| Material Sales Tax | 10,187.31 |
| Subtotal | 482,162.72 |
| Overhead | 48,216.30 |
| Profit | 48,216.30 |
| Total Cleaning Tax | 413.10 |
| **Replacement Cost Value** | **$579,008.42** |
| **Net Claim** | **$579,008.42** |

_____

Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #24 Bldg - 1295 Wildwood Lakes Blvd (6 Each - Carports)

| | |
|---|---:|
| Line Item Total | 156,634.59 |
| Material Sales Tax | 2,124.69 |
| | |
| Subtotal | 158,759.28 |
| Overhead | 15,875.94 |
| Profit | 15,875.94 |
| Total Cleaning Tax | 95.33 |
| **Replacement Cost Value** | **$190,606.49** |
| **Net Claim** | **$190,606.49** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text:  (954) 798-8006

### Summary for #25 Bldg - 1295 Wildwood Lakes Blvd (Pavillion)

| | |
|---|---:|
| Line Item Total | 10,674.28 |
| Material Sales Tax | 168.98 |
| Subtotal | 10,843.26 |
| Overhead | 1,084.36 |
| Profit | 1,084.36 |
| **Replacement Cost Value** | **$13,011.98** |
| **Net Claim** | **$13,011.98** |

_____
Umpire



**SoFlo Claims**

4811 NW 96th Drive
Coral Springs, Florida 33076
Voice/Text: (954) 798-8006

### Summary for #26 Bldg - 1295 Wildwood Lakes Blvd (Spa Pavillion)

| | |
|---|---:|
| Line Item Total | 214.66 |
| **Replacement Cost Value** | **$214.66** |
| **Net Claim** | **$214.66** |

_____
Umpire



# INVOICE

**# INV-11012**

Balance Due
**$80,600.00**

**SoFlo Claims**
4811 NW 96th Drive
Coral Springs Florida 33076
U.S.A

| | |
|---|---|
| Invoice Date : | August 11, 2020 |
| Terms : | Due on Receipt |
| Due Date : | August 11, 2020 |

Bill To
**Enclave at Naples Condominium Association**

Subject :

Umpire Services & Fees

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Building #1 - Bldg 14 - 1150 Wildwood Lakes Blvd -<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 2 | Building #2 - Bldg 4 - 1160 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 3 | Building #3 - Bldg 15 - 1170 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 4 | Building #4 - Bldg 5 - 1180 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 5 | Building #5 - Bldg 13 - 1185 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 6 | Building #6 - Bldg 16 - 1190 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 7 | Building #7 - Bldg 3 - 1195 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 8 | Building #8 - Bldg 12 - 1205 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 9 | Building #9 - Bldg 6 - 1210 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 10 | Building #10 - Bldg 7 - 1220 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 11 | Building #11 - Bldg 8 - 1230 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 12 | Building #12 - Bldg 2 - 1235 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 13 | Building #13 - Bldg 17 - 1240 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 14 | Building #14 - Bldg 9 - 1250 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 15 | Building #15 - Bldg 18 - 1260 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 16 | Building #16 - Bldg 11 - 1265 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 17 | Building #17 - Bldg 10 - 1270 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 18 | Building #18 - Bldg 1 - 1275 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 19 | Building #19 - Bldg 19 - 1280 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 20 | Building #20 - Clubhouse - 1295 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 21 | Building #22 - Maintenance + Car Wash - 1295 Wildwood Lakes Blvd<br>Carrier - $1250 - Appraiser - Pat Lewis<br>Insured - $1250 - Appraiser - Christopher-Charles Knapp | 1.00 | 2,500.00 | 2,500.00 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 22 | Building #23 - Garages - (12) Units - 1295 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 23 | Building #24 - Carports - (6) Units - 1295 Wildwood Lakes Blvd<br>Carrier - $1750 - Appraiser - Pat Lewis<br>Insured - $1750 - Appraiser - Christopher-Charles Knapp | 1.00 | 3,500.00 | 3,500.00 |
| 24 | Building #25 - Pavillion - 1295 Wildwood Lakes Blvd<br>Carrier - $500 - Appraiser - Pat Lewis<br>Insured - $500 - Appraiser - Christopher-Charles Knapp | 1.00 | 1,000.00 | 1,000.00 |
| 25 | Building #26 - Pavillion - 1295 Wildwood Lakes Blvd<br>Carrier - $50 - Appraiser - Pat Lewis<br>Insured - $50 - Appraiser - Christopher-Charles Knapp | 1.00 | 100.00 | 100.00 |

|  |  |
|---|---|
| Sub Total | 80,600.00 |
| **Total** | **$80,600.00** |
| **Balance Due** | **$80,600.00** |

### Notes

Amount Due From Each Appraiser's Client = $40,300.00

Thank you for your business!

### Terms & Conditions

Please Make All Checks Payable to:
Bradford Spradley - SSN: 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
CGA, CFGA, CPAU
Certified Property Insurance Appraiser & Umpire
SoFlo Claims
4811 NW 96th Drive
Coral Springs, Florida 33076

DocuSign Envelope ID: BBE47E16-7557-4B50-9F1D-0972E36A2FE3

Form **W-9**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

**Print or type / See Specific Instructions on page 2.**

Name (as shown on your income tax return)
**Bradford Spradley**

Business name, if different from above

Check appropriate box: ☑ Individual/ Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ► _____   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
**4811 NW 96th Drive**

Requester's name and address (optional)

City, state, and ZIP code
**Coral Springs, FL 33076**

List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
4 5 3 7 7 7 6 0 0

or

Employer identification number

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**   Signature of U.S. person ►   **Bradford Spradley**   Date ►   6/24/2020

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you

● An individual who is a citizen or resident of the United States,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

● Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,