UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ISLAND ROOFING AND
RESTORATION LLC, a/a/o Enclave
at Naples Condominium Association,
Inc.,

    Plaintiff,

v.                                              Case No.:  2:21-cv-211-JLB-MRM

EMPIRE INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Following the Court's May 9, 2022 Order (Doc. 51), the Court enters this Amended Case Management and Scheduling Order:

| DEADLINE | DATE |
| --- | --- |
| **Disclosure of any Expert Report** | Plaintiff: 6/30/2022<br>Defendant: 8/3/2022<br>Rebuttal: 8/30/2022 |
| **Discovery and Motions to Compel Discovery** | 9/30/2022 |
| **Mediation** | 10/14/2022 |
| **Dispositive and *Daubert* Motions**[1] | 11/30/2022 |
| **Final Pretrial Meeting** | 3/30/2023 |
| **Motions in Limine** | 4/6/2023 |

---

[1] *Daubert* motions must not be titled or filed as motions to strike. When filing via CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form, and Trial Briefs (if applicable)** | 4/13/2023 |
| **Final Pretrial Conference** | 4/28/2023 |
| **Monthly Trial Term** | 5/1/2023 |
| **Estimated Length of Trial** | 3 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the Court's prior scheduling orders remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on May 10, 2022.

Mac R. McCoy
United States Magistrate Judge

Copies to: All Parties of Record