UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ISLAND ROOFING AND
RESTORATION LLC, a/a/o
Enclave at Naples Condominium
Association, Inc.,

    Plaintiff,

v.                              Case No.:  2:21-cv-211-JLB-KCD

EMPIRE INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

## FOURTH AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's order (Doc. 80), the Court enters this Fourth Amended Case Management and Scheduling Order:

| | |
|---|---|
| **Discovery Deadline** | **July 3, 2023** |
| **Mediation Deadline:** | **July 7, 2023** |
| **Dispositive Motions, *Daubert* Motions, and *Markman* Motions** | **July 14, 2023** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **November 17, 2023** |

| | |
|---|---|
| **Joint Final Pretrial Statement** (including, as applicable, joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed to the presiding trial judge's chambers email inbox as provided on the Court's public website) | December 1, 2023 |
| **All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials)** | November 27, 2023 |
| **Final Pretrial Conference**    Date:<br>Time:<br>Judge: | December 15, 2023<br>1:30 PM<br>John L. Badalamenti |
| **Trial Term Begins** | January 2, 2024 |
| **Estimated Length of Trial** | 3 days |
| **Jury/Non Jury** | Jury |

All other provisions of the prior scheduling order(s) entered in this case shall remain in effect unless expressly modified herein or by further court order.

**ORDERED** in Fort Myers, Florida on June 20, 2023.

Kyle C. Dudek
United States Magistrate Judge

2